AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| City of New York | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-01510 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of New York

Date:   02/21/2025

*Attorney's signature*

Joshua P. Rubin   2734051 (NY)
*Printed name and bar number*

100 Church St. rm 20-94
New York, NY 10007

*Address*

jrubin@law.nyc.gov
*E-mail address*

(212) 356-2269
*Telephone number*

(212) 356-2038
*FAX number*