AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| City of New York <br> *Plaintiff* <br> v. <br> Donald J. Trump, et al. <br> *Defendant* | ) ) ) ) ) Case No. 1:25-cv-01510 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of New York

Date:   02/21/2025

*Attorney's signature*

Doris Bernhardt (4449385 NYS)
*Printed name and bar number*

100 Church St.
New York, NY 11107

*Address*

dbernhar@law.nyc.gov
*E-mail address*

(212) 356-2296
*Telephone number*

(212) 356-2038
*FAX number*