# Amendment Memo

U.S. Department of Homeland Security
Washington, D.C. 20472

Effective date: 10/03/2024



FEMA has made an amendment to your award: EMW-2023-SP-05027. The change to your grant was reviewed and is hereby approved as specified below. All other terms and conditions of the grant remain unchanged.

## Budget or scope amendment

FEMA has amended the budget or scope of work of your award. Please view the full budget or scope of work within the Award Summary below, including justifications for differences between the approved costs and scope of work in this amendment and the previously approved costs and scope of work.

- Project

**Cost share change:** No

**Budget change:**

| Object Class | Previous total | Adjusted total |
|---|---:|---:|
| Personnel | $12,470,399.99 | $245,768.25 |
| Fringe benefits | $0.00 | $0.00 |
| Travel | $30,899,098.88 | $16,679,213.28 |
| Equipment | $8,665,748.00 | $41,470,305.74 |
| Supplies | $0.00 | $0.00 |
| Contractual | $54,844,496.13 | $48,484,455.73 |
| Construction | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Indirect charges | $0.00 | $0.00 |
| Federal | $106,879,743.00 | $106,879,743.00 |
| Non-federal | $0.00 | $0.00 |
| Total | $106,879,743.00 | $106,879,743.00 |

Your amended award package is included below. The amended award package incorporates changes approved in this amendment as well as any previously approved amendments.

# Award Letter

U.S. Department of Homeland Security
Washington, D.C. 20472

Effective date: 10/03/2024

**FEMA**

Neil Thompson
NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET
255 GREENWICH STREET 8TH FLOOR
NEW YORK, NY 10007

EMW-2023-SP-05027

Dear Neil Thompson,

Congratulations on behalf of the Department of Homeland Security, your application submitted for the FY 2023 Shelter and Services Program, has been approved in the amount of $106,879,743.00 in Federal funding. This award of federal assistance is executed as a Grant.

Before you request and receive any of the Federal funds awarded to you, you must establish acceptance of the award through the FEMA Grants Outcomes (FEMA GO) system. By accepting this award, you acknowledge that the terms of the following documents are incorporated into the terms of your award:

- Award Summary - included in this document
- Agreement Articles - included in this document
- Obligating Document - included in this document
- FY 2023 Shelter and Services Program Notice of Funding Opportunity

Please make sure you read, understand, and maintain a copy of these documents in your official file for this award.

Sincerely,

PAMELA WILLIAMS
Assistant Administrator, Grant Programs
Region 4

# Award Summary

**Program:** Fiscal Year 2023 Shelter and Services Program
**Recipient:** NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET
**UEI-EFT:** K8W4TFU9L6E4
**DUNS number:** 155946981
**Award number:** EMW-2023-SP-05027

## Summary description of award

The Fiscal Year (FY) 2023 Shelter and Services Program (SSP) provides grant funding to non-federal entities that serve noncitizen migrants recently released from DHS custody to provide shelter, food, transportation, acute medical care, personal hygiene supplies, and case management services, and to provide funding to non-federal entities to increase their capacity to shelter noncitizen migrants recently released from DHS custody, including renovations and modifications to existing facilities.

## Construction budget summary table

The amount of the construction budget is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for Cost classification within this amended award

| Cost classification | Total cost |
|---|---|
| Administrative and legal expenses | $0.00 |
| Land, structures, rights-of-way, appraisals, etc. | $0.00 |
| Relocation expenses and payments | $0.00 |
| Architectural and engineering fees | $0.00 |
| Other architectural and engineering fees | $0.00 |
| Project inspection fees | $0.00 |
| Site work | $0.00 |
| Demolition and removal | $0.00 |
| Construction | $0.00 |
| Equipment | $0.00 |
| Miscellaneous | $0.00 |
| **SUBTOTAL** | $0.00 |
| Contingencies | $0.00 |
| **SUBTOTAL** | $0.00 |
| Project (program) income | $0.00 |
| **TOTAL PROJECT COSTS** | $0.00 |

## Amount awarded table

The amount of the award is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for object classes for this amended award (including Federal share plus your cost share, if applicable):

| Object Class | Total |
|---|---:|
| Personnel | $245,768.25 |
| Fringe benefits | $0.00 |
| Travel | $16,679,213.28 |
| Equipment | $41,470,305.74 |
| Supplies | $0.00 |
| Contractual | $48,484,455.73 |
| Construction | $0.00 |
| Other | $0.00 |
| Indirect charges | $0.00 |
| Federal | $106,879,743.00 |
| Non-federal | $0.00 |
| Total | $106,879,743.00 |
| Program Income | $0.00 |

## Approved scope of work

FEMA has approved the below scope of work. Differences between the approved scope of work in this amendment and the previously approved scope of work are justified below. You must submit scope or budget revision requests for FEMA's prior approval, via an amendment request, as appropriate per 2 C.F.R. § 200.308 and the FY2023 SSP NOFO.

**Approved request details:**

## Project

## Contractual

DESCRIPTION

For some shelter types, security is also included. Security per-diems differ based on the shelter capacity, contracts, population, and site specifications. All included security is provided by outside contractors. HPD Hotel security $28.84/unit x 1500 NCMs x 25 days = $1,081,500.00

|        | QUANTITY | UNIT PRICE | TOTAL          | BUDGET CLASS |
|--------|----------|------------|----------------|--------------|
| Cost 1 | 37,500   | $28.84     | $1,081,500.00  | Contractual  |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Other

DESCRIPTION

Zeroed out due to being over award allocation: Secondary Services: Clothing Socks, belts, shoe laces and other clothing needs after leaving facility. Totaling: 3790.00

|        | QUANTITY | UNIT PRICE | TOTAL   | BUDGET CLASS |
|--------|----------|------------|---------|--------------|
| Cost 1 | 1        | $0.00      | $0.00   | Other        |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Zeroed out due to being over award allocation:

## Equipment

DESCRIPTION

In all asylum seeker shelters, migrants are served 3 meals per day. The per-diem rate differs in congregate facilities and hotel facilities. The averaged rates in each type of facility have been used to forecast spending for this budget. Meals are provided by various contractors. The rates included here are averages. Meals in congregate facilities $14 per meal, serving 2927 NCMs, 3 meals per day for 22 days, totaling: $901,516.00

|        | QUANTITY | UNIT PRICE | TOTAL       | BUDGET CLASS |
|--------|----------|------------|-------------|--------------|
| Cost 1 | 64,394   | $14.00     | $901,516.00 | Equipment    |

CHANGE FROM APPLICATION
**Description changed**
**Quantity** from **166,192** to **64,394**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Equipment

DESCRIPTION

Hotel meals $16.83/unit x 1540 NCMs x 25 days = $647,955.00 per unit price represents 3 meals a day

|        | QUANTITY | UNIT PRICE | TOTAL       | BUDGET CLASS |
|--------|----------|------------|-------------|--------------|
| Cost 1 | 38,500   | $16.83     | $647,955.00 | Equipment    |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Travel

DESCRIPTION

Reimbursed on 7/24/24 as follows: H+H hotel - Contracted shelter support staff and coordination 53.19unit price 7710NCMs 1 per day varies.

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $4,775,228.56 | $4,775,228.56 | Travel |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

For some shelter types, security is also included. Security per-diems differ based on the shelter capacity, contracts, population, and site specifications. All included security is provided by outside contractors. NYCEM Congregate Security $21.34/hour x 3514 NCMs x 20 days = $1,499,775.20

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 70,280 | $21.34 | $1,499,775.20 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

HPD HANYC hotel night - $52.00/unit x 669 NCMs x 25 days = $869,700.00

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 16,725 | $52.00 | $869,700.00 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Travel

DESCRIPTION

For some shelter types, "support staff and coordination" is included. Support staff responsibilities include connecting guests to case workers, supporting with questions or escalations, helping notify guests of the 30/60 Day Program Exist Date at applicable sites, assisting with exit planning, and coordinating across sites and agencies. H+H hotel contracted shelter support staff and coordination $42.11/hour x 3572 NCMs x 20 days = $3,008,338.40

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 71,440 | $42.11 | $3,008,338.40 | Travel |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

HPD hotel night - $76.35/unit x 1540 NCMs x 25 days = $2,939,475.00

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 38,500 | $76.35 | $2,939,475.00 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

For some shelter types, security is also included. Security per-diems differ based on the shelter capacity, contracts, population, and site specifications. All included security is provided by outside contractors. H+H Hotel security (per person per night) - $24.32, serving 4034 NCMs, for 22 days, totaling: $2,158,351.36

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 88,748 | $24.32 | $2,158,351.36 | Contractual |

CHANGE FROM APPLICATION
**Description changed**
**Quantity** from **452,790** to **88,748**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Travel

DESCRIPTION

For some shelter types, costs for case work are included. Case workers complete guest interviews at intake, provide resources to support NCMs transition, and coach them through their exit planning interview and program exit plans. HPD hotel - contracted casework and shelter support staff - $33.84/hour x 1540 NCMs x 25 days = $1,302,840.00

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 38,500 | $33.84 | $1,302,840.00 | Travel |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Equipment

DESCRIPTION

Congregate Meals $14.25/unit x 3501 NCMs x 20 days = $997,785.00

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 70,020 | $14.25 | $997,785.00 | Equipment |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Equipment

DESCRIPTION

Meals - multiagency - $14.00/unit x 91700 NCMs x 25 days = $32,095,000.00****$18.40 added to match allocated amount

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $32,095,018.40 | $32,095,018.40 | Equipment |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Fringe benefits

DESCRIPTION

Transportation

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $0.00 | $0.00 | Fringe benefits |

CHANGE FROM APPLICATION
**Unit price** from **$2,093,560.14** to **$0.00**

JUSTIFICATION
Zeroed out to reflect submitted amendment 05/03

## Contractual

DESCRIPTION

H+H hotel night $62.19 per night, 2861 NCMs served per day for 22 days total cost $3,914,456.72 ***
$62.1914893617021 x 2861 NCM x 22 days = $3,914,456.72

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $3,914,456.72 | $3,914,456.72 | Contractual |

CHANGE FROM APPLICATION
**Description changed**
**Unit price** from **$28,159,684.47** to **$3,914,456.72**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Equipment

DESCRIPTION

Food Budget Item Reimbursed on 7/24 as follows: H+H hotel meals $2,247,702.29 + H+H congregate meals $1,178,747.20 = $3,426,449.49

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $3,426,449.49 | $3,426,449.49 | Equipment |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amount reimbursed

## Travel

DESCRIPTION

For some shelter types, "support staff and coordination" is included. Support staff responsibilities include connecting guests to case workers, supporting with questions or escalations, helping notify guests of the 30/60 Day Program Exist Date at applicable sites, assisting with exit planning, and coordinating across sites and agencies. HPD congregate site 1 contracted casework and shelter coordination $54.39/hour x 285 NCMs x 25 days = $387,528.75

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 7,125 | $54.39 | $387,528.75 | Travel |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Equipment

DESCRIPTION
Hotel Meals $10.56/unit x 6260 NCMs x 31 days = $2,049,273.60

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 194,060 | $10.56 | $2,049,273.60 | Equipment |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Travel

DESCRIPTION

Reimbursed Labor for Primary Services on 7/24 as follows: Support Staff $4.71/hour x 7710 NCMs = $514,290.63

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $514,290.63 | $514,290.63 | Travel |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amount reimbursed

## Contractual

DESCRIPTION

Reimbursed on 7/24/24 as follows: Shelter H+H congregate night and operations $2,845,139.35 + Reimbursed H+H hotel nights $8,240,610.33 = $11,085,749.68

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $11,085,749.68 | $11,085,749.68 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amount reimbursed

## Equipment

DESCRIPTION

Congregate Meals $19.09/unit x 285 NCMs x 25 days = $136,016.25

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 7,125 | $19.09 | $136,016.25 | Equipment |

CHANGE FROM APPLICATION

**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

For some shelter types, laundry is included in this budget. These costs are for non-citizen migrant laundry services provided by outside contractors. H+H hotel housekeeping/laundry $8.83unit price 760NCM 1 per day 22months.

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 16,720 | $8.83 | $147,637.60 | Contractual |

CHANGE FROM APPLICATION

**Description changed**
**Quantity** from **452,790** to **16,720**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

For some shelter types, maintenance and cleaning is included in this budget. This service is provided by outsider contractors. This is an all-in rate including contract labor and supplies. Congregate maintenance and cleaning $18.27/unit x 3543 NCMs x 20 days = $1,294,612.20

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 70,860 | $18.27 | $1,294,612.20 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

Reimbursed on 7/24/24 as follows: H+H hotel maintenance and housekeeping (per person per night) = $1,013,507.40 H+H hotel security (per person per night) = $2,791,449.60 H+H congregate facilities security (per person per night) = $939,003.75 Payment adjustment/Shelter reduction for approved payment request #1 = $(339,831.85)

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $4,404,128.90 | $4,404,128.90 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
updated to reflect amount reimbursed

## Contractual

DESCRIPTION

Congregate night" rate for each included congregate shelter exceeds $12.50. Because the SSP NOFO caps this rate, $12.50 is used. This cost is only for the rent of congregate facilities. HPD congregate site 2 congregate night $12.50/unit x 849 NCMs x 25 days = $265,312.50

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 21,225 | $12.50 | $265,312.50 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

For some shelter types, fireguard costs are included in this budget. Fireguards are required at shelter sites and are provided by outside contractors. Fireguards are included for the first time in this budget because it expands costs to include expenses incurred by other agencies. Facilities classified as emergency shelters are subject to certain fire safety staffing and emergency preparedness requirements in the New York City Fire Code (Chapter 4, Section 405.4.5 Fire guard patrols in emergency shelters: "Buildings or parts thereof occupied or operated to be occupied by emergency shelters shall be continuously patrolled by a fire guard. Every area of the building shall be patrolled at least once every hour") and the New York City Fire Department "emergency shelter rule." Shelter-operating agencies must rely heavily on fire safety staffing to ensure code compliance. Congregate Fireguards $26.65/unit x 3460 NCMs x 20 days = $1,844,180.00

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 69,200 | $26.65 | $1,844,180.00 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Personnel

DESCRIPTION

Reimbursed on 7/24/24 as follows: H+H hotel per diem medical cost rate $2,285,587.88 + H+H congregate per diem medical cost rate $466,978.20 – payment request adjustment -$2,506,797.83 = $245,768.25. Medical assessment and services are offered as needed in all asylum seeker shelters. The average price per person as of January 24, 2024, is used to forecast acute medical care costs for this budget. These services are provided by contractors that provide medical staff, supplies (such as band-aids, tests, PPE, etc.), and other related services such as COVID testing and other health screenings. Average rates differ by shelter type. This updated per-diem rate includes the cost of supplies and the cost of contracted staff. Per diem medical cost rate in hotel facilities $20 per person, serving 7710 NCMs per day, totaling: $2,285,587.88 Medical assessment and services are offered as needed in all asylum seeker shelters. The average price per person as of January 24, 2024, is used to forecast acute medical care costs for this budget. These services are provided by contractors that provide medical staff, supplies (such as band-aids, tests, PPE, etc.), and other related services such as COVID testing and other health screenings. Average rates differ by shelter type. This updated per-diem rate includes the cost of supplies and the cost of contracted staff. Per diem medical cost rate in congregate facilities $20.55 per person, serving 5170 NCMs per day, totaling: $466,978.20

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $245,768.25 | $245,768.25 | Personnel |

CHANGE FROM APPLICATION

**Description changed**
**Quantity** from **452,790** to **1**
**Unit price** from **$20.00** to **$245,768.25**

JUSTIFICATION

updated to reflect amount reimbursed

## Contractual

DESCRIPTION

Congregate night" rate for each included congregate shelter exceeds $12.50. Because the SSP NOFO caps this rate, $12.50 is used. This cost is only for the rent of congregate facilities. H+H congregate night $12.50/unit x 2558 NCMs x 22 days = $703,450.00

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 56,276 | $12.50 | $703,450.00 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

DHS hotel night - $52.73/unit x 6205 NCMs x 31 days = $10,142,879.15

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 192,355 | $52.73 | $10,142,879.15 | Contractual |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

For some shelter types, security is also included. Security per-diems differ based on the shelter capacity, contracts, population, and site specifications. All included security is provided by outside contractors. H+H Congregate facilities security (per person per night) $39.33, serving 6013 NCMs per day for 22 days, totaling: $5,202,808.38

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 132,286 | $39.33 | $5,202,808.38 | Contractual |

CHANGE FROM APPLICATION

**Description changed**
**Quantity** from **166,166** to **132,286**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Travel

DESCRIPTION

Average primary service labor costs differ by shelter type. Two per-diem rates are calculated based on shelter type. The average spend per person in each type of shelter as of January 24, 2024, is used to project spending. Included services are shelter intake, shelter coordination, food service staff, and shelter management. Primary service labor to be reimbursed by federal dollars is provided by contractors. These costs do not include any grant administration. The City is not claiming reimbursement for grant administration. The per-diem rate for hotel labor for primary services is higher than congregate shelters due to the amount of coordination and additional labor needs in that type of facility. Rather than placing single adults on cots in congregate facilities, the intake and coordination staff at hotel facilities places noncitizen migrants in specific rooms, often families with children. For some shelter types, "support staff and coordination" is included. Support staff responsibilities include connecting guests to case workers, supporting with questions or escalations, helping notify guests of the 30/60 Day Program Exist Date at applicable sites, assisting with exit planning, and coordinating across sites and agencies. H+H hotel contracted shelter support staff and coordination - hotel facility - $53.19 per hour, serving 3178 NCMs for 22 days, totaling: $3,718,832.04

|        | QUANTITY | UNIT PRICE | TOTAL          | BUDGET CLASS |
|--------|----------|------------|----------------|--------------|
| Cost 1 | 69,916   | $53.19     | $3,718,832.04  | Travel       |

CHANGE FROM APPLICATION

**Description changed**
**Quantity** from **452,790** to **69,916**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Travel

DESCRIPTION

Average primary service labor costs differ by shelter type. Two per-diem rates are calculated based on shelter type. The average spend per person in each type of shelter as of January 24, 2024, is used to project spending. Included services are shelter intake, shelter coordination, food service staff, and shelter management. Primary service labor to be reimbursed by federal dollars is provided by contractors. These costs do not include any grant administration. The City is not claiming reimbursement for grant administration. The per-diem rate for hotel labor for primary services is higher than congregate shelters due to the amount of coordination and additional labor needs in that type of facility. Rather than placing single adults on cots in congregate facilities, the intake and coordination staff at hotel facilities places noncitizen migrants in specific rooms, often families with children. For some shelter types, "support staff and coordination" is included. Support staff responsibilities include connecting guests to case workers, supporting with questions or escalations, helping notify guests of the 30/60 Day Program Exist Date at applicable sites, assisting with exit planning, and coordinating across sites and agencies. H+H congregate contracted shelter support staff and coordination - congregate facility - $27.83 per hour, serving 2558 NCMs for 22 days, totaling: $1,566,161.08

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 56,276 | $27.83 | $1,566,161.08 | Travel |

CHANGE FROM APPLICATION

**Description changed**
**Quantity** from **166,166** to **56,276**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Travel

DESCRIPTION

Reimbursed on 7/24/24 as follows: Support Staff $27.83 x 5170 = $989,999.25

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $989,999.25 | $989,999.25 | Travel |

CHANGE FROM APPLICATION

**Item created**

JUSTIFICATION
updated to reflect amount reimbursed

## Travel

DESCRIPTION

Average primary service labor costs differ by shelter type. Two per-diem rates are calculated based on shelter type. The average spend per person in each type of shelter as of January 24, 2024, is used to project spending. Included services are shelter intake, shelter coordination, food service staff, and shelter management. Primary service labor to be reimbursed by federal dollars is provided by contractors. These costs do not include any grant administration. The City is not claiming reimbursement for grant administration. The per-diem rate for hotel labor for primary services is higher than congregate shelters due to the amount of coordination and additional labor needs in that type of facility. Rather than placing single adults on cots in congregate facilities, the intake and coordination staff at hotel facilities places noncitizen migrants in specific rooms, often families with children. Contracted food service staff - hotel facility- $4.71 per hour, serving 1981 NCMs for 22 days, totaling: $205,271.22

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 43,582 | $4.71 | $205,271.22 | Travel |

CHANGE FROM APPLICATION

**Description changed**
**Quantity** from **452,790** to **43,582**

JUSTIFICATION
updated to reflect amended budget on 8/21

## Equipment

DESCRIPTION

In all asylum seeker shelters, migrants are served 3 meals per day. The per-diem rate differs in congregate facilities and hotel facilities. The averaged rates in each type of facility have been used to forecast spending for this budget. Meals are provided by various contractors. The rates included here are averages. Meals in hotel facilities $14 per meal, serving 3949 NCMs, 3 meals per day for 22 days, totaling: $1,216,292.00

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 86,878 | $14.00 | $1,216,292.00 | Equipment |

CHANGE FROM APPLICATION

**Description changed**
**Quantity** from **452,790** to **86,878**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Travel

DESCRIPTION

Reimbursed on 7/24/24 as follows: Support Staff $0.35 x 5170 = $16,331.35

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $16,331.35 | $16,331.35 | Travel |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amount reimbursed

## Travel

DESCRIPTION

For some shelter types, "support staff and coordination" is included. Support staff responsibilities include connecting guests to case workers, supporting with questions or escalations, helping notify guests of the 30/60 Day Program Exist Date at applicable sites, assisting with exit planning, and coordinating across sites and agencies. HPD congregate site 1 contracted shelter support staff - $25.30/hour x 285 NCMs x 25 days = $180,262.50

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 7,125 | $25.30 | $180,262.50 | Travel |

CHANGE FROM APPLICATION
**Item created**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

For some shelters, operating costs are included in this budget. This cost refers to the operation of congregate spaces including building maintenance, linen replacement, cleaning, utilities, and refuse removal. H+H congregate operating expenses - $18.43, serving 1699 NCMs for 22 days, totaling: $688,876.54

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 37,378 | $18.43 | $688,876.54 | Contractual |

CHANGE FROM APPLICATION
**Description changed**
**Quantity** from **166,166** to **37,378**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Personnel

DESCRIPTION

Zeroed out to reflect the amount reimbursed. See adjusted budget worksheet. Medical assessment and services are offered as needed in all asylum seeker shelters. The average price per person as of January 24, 2024, is used to forecast acute medical care costs for this budget. These services are provided by contractors that provide medical staff, supplies (such as band-aids, tests, PPE, etc.), and other related services such as COVID testing and other health screenings. Average rates differ by shelter type. This updated per-diem rate includes the cost of supplies and the cost of contracted staff. Per diem medical cost rate in congregate facilities $20.55 per person, serving 5170 NCMs per day, totaling: $466,978.20

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $0.00 | $0.00 | Personnel |

CHANGE FROM APPLICATION
**Description changed**
**Unit price** from **$3,414,599.99** to **$0.00**

JUSTIFICATION
updated to reflected amount reimbursed

## Travel

DESCRIPTION

Average primary service labor costs differ by shelter type. Two per-diem rates are calculated based on shelter type. The average spend per person in each type of shelter as of January 24, 2024, is used to project spending. Included services are shelter intake, shelter coordination, food service staff, and shelter management. Primary service labor to be reimbursed by federal dollars is provided by contractors. These costs do not include any grant administration. The City is not claiming reimbursement for grant administration. The per-diem rate for hotel labor for primary services is higher than congregate shelters due to the amount of coordination and additional labor needs in that type of facility. Rather than placing single adults on cots in congregate facilities, the intake and coordination staff at hotel facilities places noncitizen migrants in specific rooms, often families with children. Contracted food services staff - congregate facility- $0.35 per hour, serving 1835 NCMs for 22 days totaling: $14,129.50

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 40,370 | $0.35 | $14,129.50 | Travel |

CHANGE FROM APPLICATION

**Description changed**
**Quantity** from **166,166** to **40,370**

JUSTIFICATION
Updated to reflect amended budget on 8/21

## Contractual

DESCRIPTION

Congregate night" rate for each included congregate shelter exceeds $12.50. Because the SSP NOFO caps this rate, $12.50 is used. This cost is only for the rent of congregate facilities. HPD congregate site 1 congregate night $12.50/unit x 773 NCMs x 25 days = $241,562.50

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 19,325 | $12.50 | $241,562.50 | Contractual |

CHANGE FROM APPLICATION

**Description changed**
**Quantity** from **166,166** to **19,325**

JUSTIFICATION
Updated to reflect amended budget on 8/21

# Project

## Other

DESCRIPTION

Budgeted secondary costs, non-administrative

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $0.00 | $0.00 | Other |

CHANGE FROM APPLICATION

**Unit price** from **$37,684,082.52** to **$0.00**

JUSTIFICATION
Updated to reflect 3/8/24 RFI

## Other

DESCRIPTION

Balance in excess of 5% M&A to be redistributed.

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $0.00 | $0.00 | Other |

CHANGE FROM APPLICATION

**Unit price** from **$5,243,900.35** to **$0.00**

JUSTIFICATION
Additional information is required. Detailed cost item breakout needed to justify how amount was developed. Reduced M&A to maximum 5% permitted in the NOFO. This entry is the difference between the original requested amount and the maximum allowable M&A

## Other

DESCRIPTION

Primary administrative costs included in the secondary project section per instructions on the SSP Project Worksheet.

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $0.00 | $0.00 | Other |

CHANGE FROM APPLICATION

**Unit price** from **$5,223,900.35** to **$0.00**

JUSTIFICATION

Updated to reflect 3/8/24 RFI

# Agreement Articles

**Program:** Fiscal Year 2023 Shelter and Services Program
**Recipient:** NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET
**UEI-EFT:** K8W4TFU9L6E4
**DUNS number:** 155946981
**Award number:** EMW-2023-SP-05027

# Table of contents

| | |
|---|---|
| **Article 1** | **Assurances, Administrative Requirements, Cost Principles, Representations and Certifications** |
| **Article 2** | **General Acknowledgements and Assurances** |
| **Article 3** | **Acknowledgement of Federal Funding from DHS** |
| **Article 4** | **Activities Conducted Abroad** |
| **Article 5** | **Age Discrimination Act of 1975** |
| **Article 6** | **Americans with Disabilities Act of 1990** |
| **Article 7** | **Best Practices for Collection and Use of Personally Identifiable Information** |
| **Article 8** | **Civil Rights Act of 1964 – Title VI** |
| **Article 9** | **Civil Rights Act of 1968** |
| **Article 10** | **Copyright** |
| **Article 11** | **Debarment and Suspension** |
| **Article 12** | **Drug-Free Workplace Regulations** |
| **Article 13** | **Duplication of Benefits** |
| **Article 14** | **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX** |
| **Article 15** | **E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety** |
| **Article 16** | **Energy Policy and Conservation Act** |
| **Article 17** | **False Claims Act and Program Fraud Civil Remedies** |
| **Article 18** | **Federal Debt Status** |
| **Article 19** | **Federal Leadership on Reducing Text Messaging while Driving** |
| **Article 20** | **Fly America Act of 1974** |
| **Article 21** | **Hotel and Motel Fire Safety Act of 1990** |
| **Article 22** | **John S. McCain National Defense Authorization Act of Fiscal Year 2019** |
| **Article 23** | **Limited English Proficiency (Civil Rights Act of 1964, Title VI)** |
| **Article 24** | **Lobbying Prohibitions** |
| **Article 25** | **National Environmental Policy Act** |
| **Article 26** | **Nondiscrimination in Matters Pertaining to Faith-Based Organizations** |
| **Article 27** | **Non-Supplanting Requirement** |
| **Article 28** | **Notice of Funding Opportunity Requirements** |
| **Article 29** | **Patents and Intellectual Property Rights** |
| **Article 30** | **Procurement of Recovered Materials** |
| **Article 31** | **Rehabilitation Act of 1973** |
| **Article 32** | **Reporting of Matters Related to Recipient Integrity and Performance** |
| **Article 33** | **Reporting Subawards and Executive Compensation** |

**Article 34**  **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials**

**Article 35**  **SAFECOM**

**Article 36**  **Terrorist Financing**

**Article 37**  **Trafficking Victims Protection Act of 2000 (TVPA)**

**Article 38**  **Universal Identifier and System of Award Management**

**Article 39**  **USA PATRIOT Act of 2001**

**Article 40**  **Use of DHS Seal, Logo and Flags**

**Article 41**  **Whistleblower Protection Act**

**Article 42**  **Environmental Planning and Historic Preservation (EHP) Review**

**Article 43**  **Applicability of DHS Standard Terms and Conditions to Tribes**

**Article 44**  **Acceptance of Post Award Changes**

**Article 45**  **Disposition of Equipment Acquired Under the Federal Award**

**Article 46**  **Prior Approval for Modification of Approved Budget**

**Article 47**  **Indirect Cost Rate**

**Article 48**  **This article has been removed**

**Article 49**  **This article has been removed**

| | |
|---|---|
| **Article 1** | **Assurances, Administrative Requirements, Cost Principles, Representations and Certifications** I. DHS financial assistance recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non-Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program, and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances as instructed by the awarding agency. II. DHS financial assistance recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards located at Title 2, Code of Federal Regulations (C.F.R.) Part 200 and adopted by DHS at 2 C.F.R.Part 3002. III. By accepting this agreement, recipients, and their executives, as defined in 2 C.F.R. § 170.315, certify that their policies are in accordance with OMB's guidance located at 2 C.F.R. Part 200, all applicable federal laws, and relevant Executive guidance. |
| **Article 2** | **General Acknowledgements and Assurances** All recipients, subrecipients, successors, transferees, and assignees must acknowledge and agree to comply with applicable provisions governing DHS access to records, accounts, documents, information, facilities, and staff. I. Recipients must cooperate with any DHS compliance reviews or compliance investigations conducted by DHS. II. Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities or personnel. III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports. IV. Recipients must comply with all other special reporting, data collection, and evaluation requirements, as prescribed by law, or detailed in program guidance. V. Recipients (as defined in 2 C.F.R. Part 200 and including recipients acting as pass-through entities) of federal financial assistance from DHS or one of its awarding component agencies must complete the DHS Civil Rights Evaluation Tool within thirty (30) days of receipt of the Notice of Award for the first award under which this term applies. Recipients of multiple awards of DHS financial assistance should only submit one completed tool for their organization, not per award. After the initial submission, recipients are required to complete the tool once every two (2) years if they have an active award, not every time an award is made. Recipients should submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in the DHS Standard Terms and Conditions. Subrecipients are not required to complete and submit this tool to DHS. The evaluation tool can be found at https://www.dhs.gov/publication/dhs-civil-rights-evaluation-tool. DHS Civil Rights Evaluation Tool | Homeland Security. The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension if the recipient identifies steps and a timeline for completing the tool. Recipients should request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline. |
| **Article 3** | **Acknowledgement of Federal Funding from DHS** Recipients must acknowledge their use of federal funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal funds. |
| **Article 4** | **Activities Conducted Abroad** Recipients must ensure that project activities performed outside the United States are coordinated as necessary with appropriate government authorities and that appropriate licenses, permits, or approvals are obtained. |

| Article 5 | **Age Discrimination Act of 1975** Recipients must comply with the requirements of the Age Discrimination Act of 1975, Public Law 94-135 (1975) (codified as amended at Title 42, U.S. Code, § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance. |
|---|---|
| Article 6 | **Americans with Disabilities Act of 1990** Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities. |
| Article 7 | **Best Practices for Collection and Use of Personally Identifiable Information** Recipients who collect personally identifiable information (PII) are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively. |
| Article 8 | **Civil Rights Act of 1964 – Title VI** Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21 and 44 C.F.R. Part 7. |
| Article 9 | **Civil Rights Act of 1968** Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. 90-284, as amended through Pub. L. 113-4, which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex (see 42 U.S.C. § 3601 et seq.), as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units—i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.) |
| Article 10 | **Copyright** Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 and an acknowledgement of U.S. Government sponsorship (including the award number) to any work first produced under federal financial assistance awards. |
| Article 11 | **Debarment and Suspension** Recipients are subject to the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689, which are at 2 C.F.R. Part 180 as adopted by DHS at 2 C.F.R. Part 3002. These regulations restrict federal financial assistance awards, subawards, and contracts with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities. |

| | |
|---|---|
| **Article 12** | **Drug-Free Workplace Regulations** Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government-wide implementation (2 C.F.R. Part 182) of Sec. 5152-5158 of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106). |
| **Article 13** | **Duplication of Benefits** Any cost allocable to a particular federal financial assistance award provided for in 2 C.F.R. Part 200, Subpart E may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons. However, these prohibitions would not preclude recipients from shifting costs that are allowable under two or more awards in accordance with existing federal statutes, regulations, or the federal financial assistance award terms and conditions may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons. |
| **Article 14** | **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX** Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. 92-318 (1972) (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17 and 44 C.F.R. Part 19. |
| **Article 15** | **E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety** Recipient State, Tribal, local, or territorial law enforcement agencies must comply with the requirements of section 12(c) of E.O. 14074. Recipient State, Tribal, local, or territorial law enforcement agencies are also encouraged to adopt and enforce policies consistent with E.O. 14074 to support safe and effective policing. |
| **Article 16** | **Energy Policy and Conservation Act** Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. 94- 163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act. |
| **Article 17** | **False Claims Act and Program Fraud Civil Remedies** Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§3729- 3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.) |
| **Article 18** | **Federal Debt Status** All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. (See OMB Circular A-129.) |
| **Article 19** | **Federal Leadership on Reducing Text Messaging while Driving** Recipients are encouraged to adopt and enforce policies that ban text messaging while driving as described in E.O. 13513, including conducting initiatives described in Section 3(a) of the Order when on official government business or when performing any work for or on behalf of the Federal Government. |

| | |
|---|---|
| **Article 20** | **Fly America Act of 1974** Recipients must comply with Preference for U.S. Flag Air Carriers (air carriers holding certificates under 49 U.S.C.) for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942. |
| **Article 21** | **Hotel and Motel Fire Safety Act of 1990** Recipients must ensure that all conference, meeting, convention, or training space funded in whole or in part with federal funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a |
| **Article 22** | **John S. McCain National Defense Authorization Act of Fiscal Year 2019** Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. Beginning August 13, 2020, the statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons |
| **Article 23** | **Limited English Proficiency (Civil Rights Act of 1964, Title VI)** Recipients must comply with Title VI of the Civil Rights Act of 1964, (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance- published-help-department- supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov. |
| **Article 24** | **Lobbying Prohibitions** Recipients must comply with 31 U.S.C. § 1352, which provides that none of the funds provided under a federal financial assistance award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. |
| **Article 25** | **National Environmental Policy Act** Recipients must comply with the requirements of the National Environmental Policy Act of 1969, (NEPA) Pub. L. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq. and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans |

| | |
|---|---|
| **Article 26** | **Nondiscrimination in Matters Pertaining to Faith-Based Organizations** It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statues, regulations, and guidance governing the participations of faith- based organizations in individual DHS programs. |
| **Article 27** | **Non-Supplanting Requirement** Recipients receiving federal financial assistance awards made under programs that prohibit supplanting by law must ensure that federal funds do not replace (supplant) funds that have been budgeted for the same purpose through non-federal sources. |
| **Article 28** | **Notice of Funding Opportunity Requirements** All the instructions, guidance, limitations, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this program are incorporated here by reference in the award terms and conditions. All recipients must comply with any such requirements set forth in the program NOFO. |
| **Article 29** | **Patents and Intellectual Property Rights** Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq, unless otherwise provided by law. Recipients are subject to the specific requirements governing the development, reporting, and disposition of rights to inventions and patents resulting from federal financial assistance awards located at 37 C.F.R. Part 401 and the standard patent rights clause located at 37 C.F.R. § 401.14. |
| **Article 30** | **Procurement of Recovered Materials** States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. 89-272 (1965), (codified as amended by the Resource Conservation and Recovery Act, 42 U.S.C. § 6962.) The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition. |
| **Article 31** | **Rehabilitation Act of 1973** Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. 93-112 (1973), (codified as amended at 29 U.S.C. § 794,) which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. |
| **Article 32** | **Reporting of Matters Related to Recipient Integrity and Performance** General Reporting Requirements: If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this federal award, then the recipients must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated here by reference in the award terms and conditions. |

| | |
|---|---|
| **Article 33** | **Reporting Subawards and Executive Compensation** Reporting of first tier subawards. Recipients are required to comply with the requirements set forth in the government-wide award term on Reporting Subawards and Executive Compensation located at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated here by reference in the award terms and conditions. |
| **Article 34** | **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials** Recipients must comply with the "Build America, Buy America" provisions of the Infrastructure Investment and Jobs Act and E.O. 14005. Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless: (1) all iron and steel used in the project are produced in the United States--this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project. Waivers When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. Information on the process for requesting a waiver from these requirements is on the website below. (a) When the federal agency has made a determination that one of the following exceptions applies, the awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that: (1) applying the domestic content procurement preference would be inconsistent with the public interest; (2) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or (3) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent. A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office. There may be instances where an award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure \| FEMA.gov. The awarding Component may provide specific instructions to Recipients of awards from infrastructure programs that are subject to the "Build America, Buy America" provisions. Recipients should refer to the Notice of Funding Opportunity for further information on the Buy America preference and waiver process. |
| **Article 35** | **SAFECOM** Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. |

| | |
|---|---|
| **Article 36** | **Terrorist Financing** Recipients must comply with E.O. 13224 and U.S. laws that prohibit transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible to ensure compliance with the Order and laws. |
| **Article 37** | **Trafficking Victims Protection Act of 2000 (TVPA)** Trafficking in Persons. Recipients must comply with the requirements of the government-wide financial assistance award term which implements Section 106 (g) of the Trafficking Victims Protection Act of 2000 (TVPA), codified as amended at 22 U.S.C. § 7104. The award term is located at 2 C.F.R. § 175.15, the full text of which is incorporated here by reference. |
| **Article 38** | **Universal Identifier and System of Award Management** Requirements for System for Award Management and Unique Entity Identifier Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated here by reference. |
| **Article 39** | **USA PATRIOT Act of 2001** Recipients must comply with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c. |
| **Article 40** | **Use of DHS Seal, Logo and Flags** Recipients must obtain permission from their DHS FAO prior to using the DHS seal(s), logos, crests or reproductions of flags or likenesses of DHS agency officials, including use of the United States Coast Guard seal, logo, crests or reproductions of flags or likenesses of Coast Guard officials. |
| **Article 41** | **Whistleblower Protection Act** Recipients must comply with the statutory requirements for whistleblower protections (if applicable) at 10 U.S.C § 2409, 41 U.S.C. § 4712, and 10 U.S.C. § 2324, 41 U.S.C. §§ 4304 and 4310. |
| **Article 42** | **Environmental Planning and Historic Preservation (EHP) Review** DHS/FEMA funded activities that may require an Environmental Planning and Historic Preservation (EHP) review are subject to the FEMA EHP review process. This review does not address all federal, state, and local requirements. Acceptance of federal funding requires the recipient to comply with all federal, state and local laws. DHS/FEMA is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS/FEMA grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; National Historic Preservation Act of 1966, as amended; National Flood Insurance Program regulations; and any other applicable laws and executive orders. General guidance for FEMA's EHP process is available on the DHS/FEMA Website. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program and applicants should contact their grant Program Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The EHP review process must be completed before funds are released to carry out the proposed project; otherwise, DHS/FEMA may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies. If ground disturbing activities occur during construction, applicant will monitor ground disturbance, and if any potential archaeological resources are discovered the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS/FEMA. |

| Article 43 | **Applicability of DHS Standard Terms and Conditions to Tribes** The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to sub-recipients as a matter of law, regulation, or executive order. If the requirement does not apply to Indian tribes or there is a federal law or regulation exempting its application to Indian tribes, then the acceptance by Tribes of, or acquiescence to, DHS Standard Terms and Conditions does not change or alter its inapplicability to an Indian tribe. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribe where it does not already exist. |
|---|---|
| Article 44 | **Acceptance of Post Award Changes** In the event FEMA determines that changes are necessary to the award document after an award has been made, including changes to period of performance or terms and conditions, recipients will be notified of the changes in writing. Once notification has been made, any subsequent request for funds will indicate recipient acceptance of the changes to the award. Please call the FEMA/ GMD Call Center at (866) 927-5646 or via e-mail to: ASK-GMD@fema.dhs.gov if you have any questions. |
| Article 45 | **Disposition of Equipment Acquired Under the Federal Award** For purposes of original or replacement equipment acquired under this award by a non-state recipient or non-state sub-recipients, when that equipment is no longer needed for the original project or program or for other activities currently or previously supported by a federal awarding agency, you must request instructions from FEMA to make proper disposition of the equipment pursuant to 2 C.F.R. section 200.313. State recipients and state sub-recipients must follow the disposition requirements in accordance with state laws and procedures. |
| Article 46 | **Prior Approval for Modification of Approved Budget** Before making any change to the FEMA approved budget for this award, you must request prior written approval from FEMA where required by 2 C.F.R. section 200.308. For purposes of non-construction projects, FEMA is utilizing its discretion to impose an additional restriction under 2 C.F.R. section 200.308(f) regarding the transfer of funds among direct cost categories, programs, functions, or activities. Therefore, for awards with an approved budget where the federal share is greater than the simplified acquisition threshold (currently $250,000), you may not transfer funds among direct cost categories, programs, functions, or activities without prior written approval from FEMA where the cumulative amount of such transfers exceeds or is expected to exceed ten percent (10%) of the total budget FEMA last approved. For purposes of awards that support both construction and non-construction work, FEMA is utilizing its discretion under 2 C.F.R. section 200.308(h)(5) to require the recipient to obtain prior written approval from FEMA before making any fund or budget transfers between the two types of work. You must report any deviations from your FEMA approved budget in the first Federal Financial Report (SF-425) you submit following any budget deviation, regardless of whether the budget deviation requires prior written approval. |
| Article 47 | **Indirect Cost Rate** 2 C.F.R. section 200.211(b)(15) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for this award is stated in the budget documents or other materials approved by FEMA and included in the award file. |
| Article 48 | **This article has been removed** |
| Article 49 | **This article has been removed** |

# Obligating document

| 1. Agreement No. EMW-2023-SP-05027 | 2. Amendment No. 4 | 3. Recipient No. 136400434 | 4. Type of Action AMENDMENT | 5. Control No. WX05544N2023T |
|---|---|---|---|---|

| 6. Recipient Name and Address NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET 255 GREENWICH ST FL 8 NEW YORK, NY 10007 | 7. Issuing FEMA Office and Address Grant Programs Directorate 500 C Street, S.W. Washington DC, 20528-7000 1-866-927-5646 | 8. Payment Office and Address FEMA, Financial Services Branch 500 C Street, S.W., Room 723 Washington DC, 20742 |
|---|---|---|

| 9. Name of Recipient Project Officer Neil Thompson | 9a. Phone No. 212-7887637 | 10. Name of FEMA Project Coordinator Shelter and Services Program Grant Program | 10a. Phone No. 1-877-585-3242 |
|---|---|---|---|

| 11. Effective Date of This Action 10/03/2024 | 12. Method of Payment OTHER - FEMA GO | 13. Assistance Arrangement COST SHARING | 14. Performance Period 03/01/2023 to 09/30/2025 Budget Period 03/01/2023 to 09/30/2025 |
|---|---|---|---|

## 15. Description of Action a. (Indicate funding data for awards or financial changes)

| Program Name Abbreviation | Assistance Listing No. | Accounting Data (ACCS Code) | Prior Total Award | Amount Awarded This Action + or (-) | Current Total Award | Cumulative Non-Federal Commitment |
|---|---|---|---|---|---|---|
| SSP | 97.141 | 2023-FA-PA12 - P410-xxxx-4101-D | $106,879,743.00 | $0.00 | $106,879,743.00 | See Totals |
| | | Totals | $106,879,743.00 | $0.00 | $106,879,743.00 | $0.00 |

**b. To describe changes other than funding data or financial changes, attach schedule and check here:**
N/A

~~16.FOR NON-DISASTER PROGRAMS: RECIPIENT IS REQUIRED TO SIGN AND RETURN THREE (3) COPIES OF THIS DOCUMENT TO FEMA (See Block 7 for address)~~
This field is not applicable for digitally signed grant agreements

~~17. RECIPIENT SIGNATORY OFFICIAL (Name and Title)~~
(Recipients are not required to sign and return copies of this document. However, recipients should print and keep a copy of this documents for their records.)

| 18. FEMA SIGNATORY OFFICIAL (Name and Title) PAMELA WILLIAMS, Assistant Administrator, Grant Programs Region 4 | DATE 08/11/2023 |
|---|---|