**Outlook**

## [EXTERNAL] Payment confirmation: FY 2023 Shelter and Services Program grant number EMW-2023-SP-05027

**From** FEMA GO <no-reply@fema.dhs.gov>
**Date** Tue 1/7/2025 1:27 PM
**To** Thompson, Neil <thompsonn@omb.nyc.gov>; Heiman, Jennifer <heimanj@omb.nyc.gov>
**Cc** Mandelbaum, Ron <mandelbaumr@omb.nyc.gov>; Freeman, Julie <freemanj@omb.nyc.gov>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

This email is confirmation that your payment request for grant number EMW-2023-SP-05027 in the amount of $45,114,031.45 has been approved. Your payment was accepted by our financial system on 01/07/2025. Please expect an electronic payment to be made to your organization's bank within 3 to 5 business days.

The Shelter and Services Program program office provided the following comments on your payment request:

Dear NYC OMB, Thank you for resubmitting your payment request on 01/07/2025 for $45,114,031.45. Your payment request is approved for the full amount. You requested: $5,767,177.74 in food costs, $7,479,286.96 in primary service labor costs, $31,867,566.75 in shelter costs, all of which is reimbursable. Please consult the file "NYC OMB EMW-2023-SP-05027 SSP Drawdown 2 Cost Summary 07JAN2025" shared with you via email to view your remaining budget amounts totaling: $36,636,206.30 (See "Budget" tab). Please reach out to your SSP point of contact with any questions.