**U.S. Department of Homeland Security**
Washington, DC  20472



**Grant Programs Directorate**
**Information Bulletin No. 518**

**August 28, 2024**

**MEMORANDUM FOR**:  All Eligible Applicants for Fiscal Year 2024 Shelter and Services
Program – Allocated Funding

**FROM**:            Pamela S. Williams
                 Acting Assistant Administrator
                 Grant Programs Directorate

**SUBJECT**:          Fiscal Year 2024 Amended Shelter and Services Program – Allocated
                 Round 2 (Reserve Funding)

Today, the Department of Homeland Security (DHS), through the Federal Emergency
Management Agency (FEMA) and U.S. Customs and Border Protection (CBP), announced the
availability of the Round 2 (Reserve Funding) for the Fiscal Year (FY) 2024 Shelter and
Services Program – Allocated (SSP-A).

FY 2024 SSP-A provides $300 million in federal awards to support the safe, orderly and humane
release of noncitizen migrants from short-term holding facilities. FEMA allocated a total of $275
million in Round 1 of SSP-A funding. The $25 million set aside for SSP-A Round 2 funding and
the unclaimed funds from Round 1 make $40,874,482.14 available for the SSP-A Round 2
funding. The amended SSP-A Notice of Funding Opportunity (NOFO) may be found online at
https://www.fema.gov/grants and at https://www.grants.gov.

The applicants identified in the Round 2 allocation table in Section B.1 Available Funding of the
Amended SSP-A NOFO are the only entities eligible to submit SSP-A Round 2 funding
applications, including those applications submitted with eligible subapplicants.

Funding allowability requirements are the same as listed in the original FY 2024 SSP-A NOFO.
Below are some examples of eligible primary and secondary services.

    Primary Services
    • Shelter (e.g., cots, beds, linens, shelter utilities, maintenance, housekeeping)
    • Food (e.g., food items, food banks, contracted meals, storage containers, cookware,
      utensils)

- Transportation (e.g., transportation from DHS facility to shelter, service provider to service provider transportation, and transportation onward to a final destination)
- Acute Medical Care (e.g., basic first aid care and supplies, health screenings, over-the-counter medication)

Secondary Services

- Clothing (shorts, pants, outerwear, underwear and bras, socks, shoes/shoelaces, backpacks, belts, etc.)
- Management and Administration (e.g., IT assistance, shelter management, language services)
- Renovations or modifications to existing facilities (e.g., temporary expansion, non-groundbreaking improvements, repairs)

For a complete description on allowable activities, see the FY 2024 SSP-A Amended NOFO.

Under the SSP-A Round 2 funding, funds are being awarded to state and local governments which are prior SSP recipients set to receive the lowest funding in SSP as a percentage of their budget requests.

## Appendix A

### Table 1: FY 2024 SSP-A Round 2 Funding Allocations

| State | SSP-C Recipient | Jurisdiction | Award Amount |
|---|---|---|---|
| Colorado | City/County of Denver | Denver County | $5,917,592.50 |
| District of Columbia | District of Columbia | District of Columbia | $2,738,815.22 |
| Illinois | City of Chicago | Cook County | $3,809,581.46 |
| Massachusetts | Commonwealth of Massachusetts | Suffolk County | $4,896,807.87 |
| New York | NYC Office of Management and Budget | Manhattan | $20,437,241.07 |
| Pennsylvania | City of Philadelphia | Philadelphia | $3,074,444.02 |
| Total | | | $40,874,482.14 |