

The City of New York
**New York City Mayor's Office of Management and Budget**
255 Greenwich Street • New York, New York 10007

January 15, 2025

Pamela S. Williams
Assistant Administrator, Grant Programs Directorate
Office of Resilience
Federal Emergency Management Agency
U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472

Dear Assistant Administrator Williams,

The City of New York (City) is requesting a reimbursement of all $59,302,125.07 from its FY 2024 Shelter and Services Program – Allocated (SSP-A) award (grant ID EMW-2024-SP-05018). This is the first reimbursement request for the City's SSP-A award.

All required documentation for this request has been uploaded to FEMA GO or shared with the SSP team. We are grateful for the continued support of SSP.

Thank you,

Seth Severino
Associate Director, New York City Mayor's Office of Management & Budget

cc:   Michael Coen, Chief of Staff, FEMA
      Keith Turi, Associate Administrator (Acting), Office of Response and Recovery, FEMA
      Robert A. Farmer, Deputy Assistant Administrator, Enterprise Grant Services, FEMA
      Stacey N. Street, Director, Office of Grants Administration, FEMA
      David Warrington, Regional Administrator, FEMA Region 2
      Andrew D'Amora, Deputy Regional Administrator, FEMA Region 2
      Jackie Bray, Commissioner, NYS Division of Homeland Security and Emergency Services
      Zach Iscol, Commissioner, New York City Emergency Management
      Jacques Jiha, Ph.D., Director, New York City Mayor's Office of Management & Budget
      Tara Boirard, Senior Deputy Director, New York City Mayor's Office of Management & Budget
      Latonia McKinney, Senior Deputy Director, New York City Mayor's Office of Management & Budget