Outlook

## [EXTERNAL] Payment request returned: FY 2024 Shelter and Services Program - Allocated (SSP-A) grant number EMW-2024-SP-05018

**From** FEMA GO <no-reply@fema.dhs.gov>
**Date** Fri 1/31/2025 4:00 PM
**To** Thompson, Neil <thompsonn@omb.nyc.gov>; Heiman, Jennifer <heimanj@omb.nyc.gov>
**Cc** Freeman, Julie <freemanj@omb.nyc.gov>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

This email is to inform you that your payment request for grant number EMW-2024-SP-05018 in the amount of $59,302,125.07 has been returned for you to review and update. Please use the FEMA GO system to update and re-submit your payment request by 02/07/2025. The Shelter and Services Program program office provided the following comments on your payment request:

New York City OMB, Thank you for submitting your 01/15/2025 payment request of $59,302,125.07. We are returning your payment request for amount adjustment as our A-Number analysis returned a 1.22% adjusted error rate after factoring our 4.99% allowed grace. You may resubmit the payment request in the amount of $58,581,446.08 to be paid out upon our receipt. Your new submission may indicate that you are requesting the following amounts for these categories (See Column "Reimbursable After ER Adjustment):  We will follow up with an email to give full details on the budget line-item amounts remaining.

 Outlook

## [EXTERNAL] Payment request returned: FY 2024 Shelter and Services Program- Competitive (SSP-C) grant number EMW-2024-SP-05125

**From** FEMA GO <no-reply@fema.dhs.gov>
**Date** Fri 1/31/2025 3:43 PM
**To** Heiman, Jennifer <heimanj@omb.nyc.gov>
**Cc** Salobo, Anamaria <saloboa@omb.nyc.gov>; Freeman, Julie <freemanj@omb.nyc.gov>; Thompson, Neil <thompsonn@omb.nyc.gov>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

This email is to inform you that your payment request for grant number EMW-2024-SP-05125 in the amount of $22,169,838.00 has been returned for you to review and update. Please use the FEMA GO system to update and re-submit your payment request by 02/07/2025. The Shelter and Services Program program office provided the following comments on your payment request:

New York City OMB, Thank you for submitting your 01/14/2025 payment request of $22,169,838.00. We are returning your payment request for amount adjustment as our A-Number analysis returned a 1.22% adjusted error rate after factoring our 4.99% allowed grace. You may resubmit the payment request in the amount of $21,900,415.34 to be paid out upon our receipt. Your new submission may indicate that you are requesting the following amounts for these categories (See Column "Reimbursable After ER Adjustment):  We will follow up with an email to give full details on the budget line-item amounts remaining.