Outlook

**[EXTERNAL] Payment confirmation: FY 2024 Shelter and Services Program - Allocated (SSP-A) grant number EMW-2024-SP-05018**

From  FEMA GO <no-reply@fema.dhs.gov>
Date  Fri 2/7/2025 2:24 PM
To    Thompson, Neil <thompsonn@omb.nyc.gov>; Heiman, Jennifer <heimanj@omb.nyc.gov>
Cc    Freeman, Julie <freemanj@omb.nyc.gov>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

This email is confirmation that your payment request for grant number EMW-2024-SP-05018 in the amount of $58,581,446.08 has been approved. Your payment was accepted by our financial system on 02/07/2025. Please expect an electronic payment to be made to your organization's bank within 3 to 5 business days.

 Outlook

**[EXTERNAL] Payment confirmation: FY 2024 Shelter and Services Program- Competitive (SSP-C) grant number EMW-2024-SP-05125**

From  FEMA GO <no-reply@fema.dhs.gov>
Date  Fri 2/7/2025 4:24 PM
To    Heiman, Jennifer <heimanj@omb.nyc.gov>
Cc    Salobo, Anamaria <saloboa@omb.nyc.gov>; Freeman, Julie <freemanj@omb.nyc.gov>; Thompson, Neil <thompsonn@omb.nyc.gov>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

This email is confirmation that your payment request for grant number EMW-2024-SP-05125 in the amount of $21,900,415.34 has been approved. Your payment was accepted by our financial system on 02/07/2025. Please expect an electronic payment to be made to your organization's bank within 3 to 5 business days.