# FY 2024 Shelter and Services Program - Allocated (SSP-A)

**Grant ID: EMW-2024-SP-05018**

Period of performance: 10/01/2023 to 09/30/2026

Federal resources awarded: **$59,302,125.07**

| | |
|---|---|
| Status | Approved |
| Date of status | 02/07/2025 |
| Technical assistance comments | |
| Payment number | 2 |
| Request date | 01/31/2025 |
| Payment amount | $58,581,446.08 |
| Payment request narrative | January 31, 2025 Request amount adjusted to $58,581,446.08 based on technical assistance comments received on 1/31/25 via FEMA GO. --------------------- The City of New York (City) is requesting payment of all $59,302,125.07 from its SSP-a award. This payment request is for the following categories: $38,609,461.46 for shelter costs $6,101,750.73 for food costs $14,590,912.88 for primary service labor costs Invoice and proof of payment documentation has been shared with FEMA via SharePoint. |

## Request documentation

| Filename | Date uploaded | Uploaded by | Label | Description | Action |
|---|---|---|---|---|---|
| FY24 SSP_Anumber_template.xlsx | 01/13/2025 | heimanj@omb.nyc.gov | Payment request documentation | NYC OMB A-number template for FY24 SSP costs | |
| NYC OMB FY24 SSP-A Payment Request Supplement.docx | 01/13/2025 | heimanj@omb.nyc.gov | Payment request documentation | NYC OMB FY24 SSP-A Payment Request Supplement | |
| NYC OMB FY24 SSP-A Payment Request Cost Summary.xlsx | 01/15/2025 | heimanj@omb.nyc.gov | Payment request documentation | NYC OMB FY24 SSP-A Payment Request Cost Summary | |
| NYC Citywide SSP-A Payment Request_Signed.pdf | 01/15/2025 | heimanj@omb.nyc.gov | Payment request documentation | NYC OMB FY24 SSP-A Payment Request Letter | |

