**Award accepted**

# EMW-2024-SP-05018: FY 2024 Shelter and Services Program - Allocated (SSP-A)

**NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET**

| | |
|---|---|
| Period of performance | **10/01/2023 - 09/30/2026** |
| Federal resources awarded | **$59,302,125.07** |
| Required non-federal resources | **$0.00** |
| Federal resources disbursed to recipient | **$58,581,446.08** |
| Pending disbursements to recipient | **$0.00** |
| Balance of federal resources available | **$720,678.99** |
| Payment prior approval | **Applied** |

Select an action ▾

## My to do list

| Description | Status | Date of status | Due date | Action |
|---|---|---|---|---|
| amendment 3 | Pending submission | 09/10/2024 | | Actions ▾ |
| payment 1 | Pending submission | 11/12/2024 | | Actions ▾ |

## Organization : NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET

This information is current of SAM.gov as of: 02/02/2025

## Registration summary

| | |
|---|---|
| UEI-EFT | **K8W4TFU9L6E4** |
| DUNS | **155946981** |
| Registration status | **Active** |
| Registration last update date | **05/30/2024** |
| Registration expiration date | |
| Has active exclusion? | **No** |
| Debt subject to offset? | **Y** |

## Business Information

| | |
|---|---|
| Doing business as name | |
| Physical address | **255 GREENWICH ST FL 8**<br>**NEW YORK, NY 10007** |
| Mailing address | **255 GREENWICH STREET 8TH FLOOR**<br>**NEW YORK, NY 10007** |

## Payments

| Payment number | Request date | Status | Date of status | Payment amount | Action |
|---|---|---|---|---|---|
| payment 2 | 01/31/2025 | Approved | 02/07/2025 | $58,581,446.08 | Select action ▼ |

| Payment number | Request date | Status | Date of status | Payment amount | Action |
|---|---|---|---|---|---|
| payment 1 | | Pending submission | 11/12/2024 | | Select action ▾ |

## Amendments

| Request number | Request date | Status | Date of status | Action |
|---|---|---|---|---|
| amendment 2 | 11/27/2024 | Approved | 01/10/2025 | Select action ▾ |
| amendment 1 | 09/11/2024 | Approved | 09/12/2024 | Select action ▾ |
| amendment 3 | | Pending submission | 09/10/2024 | Select action ▾ |

## Financial reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|
| Federal Financial Report for period ending 12/31/2024 | 01/30/2025 | Submitted to FEMA | 01/24/2025 | Actions ▾ |
| Federal Financial Report for period ending 09/30/2024 | 10/30/2024 | Submitted to FEMA | 10/28/2024 | Actions ▾ |

## Performance progress reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|
| Performance Progress Report for period ending 12/31/2024 | 01/28/2025 | Review completed | 01/28/2025 | Actions ▾ |
| Performance Progress Report for period ending 09/30/2024 | 11/13/2024 | Review completed | 11/13/2024 | Actions ▾ |

## Closeout reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|

## Request for Information

| RFI number | Request date | Status | Date of status | Action |
|---|---|---|---|---|

Award accepted

# EMW-2024-SP-05125: FY 2024 Shelter and Services Program- Competitive (SSP-C)

## NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET

| | |
|---|---|
| Period of performance | 10/01/2023 - 09/30/2026 |
| Federal resources awarded | $22,169,838.00 |
| Required non-federal resources | $0.00 |
| Federal resources disbursed to recipient | $21,900,415.34 |
| Pending disbursements to recipient | $0.00 |
| Balance of federal resources available | $269,422.66 |

Select an action ▼

## My to do list

| Description | Status | Date of status | Due date | Action |
|---|---|---|---|---|

## Organization : NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET

This information is current of SAM.gov as of: 02/02/2025

### Registration summary

| | |
|---|---|
| UEI-EFT | K8W4TFU9L6E4 |

| | |
|---|---|
| DUNS | 155946981 |
| Registration status | **Active** |
| Registration last update date | **05/30/2024** |
| Registration expiration date | |
| Has active exclusion? | **No** |
| Debt subject to offset? | **Y** |

## Business Information

| | |
|---|---|
| Doing business as name | |
| Physical address | 255 GREENWICH ST FL 8<br>NEW YORK, NY 10007 |
| Mailing address | 255 GREENWICH STREET 8TH FLOOR<br>NEW YORK, NY 10007 |

## Payments

| Payment number | Request date | Status | Date of status | Payment amount | Action |
|---|---|---|---|---|---|
| payment 1 | 01/31/2025 | Approved | 02/07/2025 | $21,900,415.34 | Select action ▼ |

## Amendments

| Request number | Request date | Status | Date of status | Action |
|---|---|---|---|---|
| amendment 1 | 11/27/2024 | Approved | 01/08/2025 | Select action ▾ |

## Financial reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|
| Federal Financial Report for period ending 12/31/2024 | 01/30/2025 | Submitted to FEMA | 01/24/2025 | Actions ▾ |

## Performance progress reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|
| Performance Progress Report for period ending 12/31/2024 | 01/28/2025 | Review completed | 01/28/2025 | Actions ▾ |
| Performance Progress Report for period ending 09/30/2024 | 11/05/2024 | Review completed | 11/05/2024 | Actions ▾ |

## Closeout reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|

## Request for Information

| RFI number | Request date | Status | Date of status | Action |
|---|---|---|---|---|

**Award accepted**

## EMW-2023-SP-05027: FY 2023 Shelter and Services Program

**NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET**

| | |
|---|---|
| Period of performance | 03/01/2023 - 09/30/2025 |
| Federal resources awarded | $106,879,743.00 |
| Required non-federal resources | $0.00 |
| Federal resources disbursed to recipient | $70,571,977.56 |
| Pending disbursements to recipient | $0.00 |
| Balance of federal resources available | $36,307,765.44 |
| Payment prior approval | **Applied** |

Select an action ▼

## My to do list

| Description | Status | Date of status | Due date | Action |
|---|---|---|---|---|

## Organization : NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET

This information is current of SAM.gov as of: 02/02/2025

**Registration summary**

| | |
|---|---|
| UEI-EFT | **K8W4TFU9L6E4** |
| DUNS | **155946981** |
| Registration status | **Active** |
| Registration last update date | **05/30/2024** |
| Registration expiration date | |
| Has active exclusion? | **No** |
| Debt subject to offset? | **Y** |

## Business Information

| | |
|---|---|
| Doing business as name | |
| Physical address | **255 GREENWICH ST FL 8**<br>**NEW YORK, NY 10007** |
| Mailing address | **255 GREENWICH STREET 8TH FLOOR**<br>**NEW YORK, NY 10007** |

## Payments

| Payment number | Request date | Status | Date of status | Payment amount | Action |
|---|---|---|---|---|---|
| payment 3 | 01/07/2025 | Approved | 01/07/2025 | $45,114,031.45 | Select action ▼ |
| payment 2 | 07/22/2024 | Approved | 07/25/2024 | $25,457,946.11 | Select action ▼ |
| payment 1 |  | Withdrawn | 01/17/2024 |  | Select action ▼ |

# Amendments

| Request number | Request date | Status | Date of status | Action |
|---|---|---|---|---|
| amendment 4 | 08/21/2024 | Approved | 10/03/2024 | Select action ▼ |
| amendment 3 | 05/03/2024 | Approved | 05/21/2024 | Select action ▼ |
| amendment 2 | 03/08/2024 | Approved | 03/14/2024 | Select action ▼ |
| amendment 1 | 08/31/2023 | Approved | 09/28/2023 | Select action ▼ |

# Financial reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|
| Federal Financial Report for period ending 12/31/2024 | 01/30/2025 | Submitted to FEMA | 01/24/2025 | Actions ▼ |
| Federal Financial Report for period ending 09/30/2024 | 10/30/2024 | Submitted to FEMA | 10/28/2024 | Actions ▼ |
| Federal Financial Report for period ending 06/30/2024 | 07/30/2024 | Submitted to FEMA | 07/29/2024 | Actions ▼ |
| Federal Financial Report for period ending 03/31/2024 | 04/30/2024 | Submitted to FEMA | 04/29/2024 | Actions ▼ |
| Federal Financial Report for period ending 12/31/2023 | 01/30/2024 | Submitted to FEMA | 01/29/2024 | Actions ▼ |

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|
| Federal Financial Report for period ending 09/30/2023 | 10/30/2023 | Submitted to FEMA | 10/30/2023 | Actions ▼ |

## Performance progress reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|
| Performance Progress Report for period ending 12/31/2024 | 01/28/2025 | Review completed | 01/28/2025 | Actions ▼ |
| Performance Progress Report for period ending 09/30/2024 | | Review completed | 11/05/2024 | Actions ▼ |
| Performance Progress Report for period ending 06/30/2024 | 07/31/2024 | Review completed | 07/31/2024 | Actions ▼ |
| Performance Progress Report for period ending 04/30/2024 | 04/30/2024 | Review completed | 04/30/2024 | Actions ▼ |
| Performance Progress Report for period ending 01/31/2024 | | Review completed | 02/05/2024 | Actions ▼ |

## Closeout reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|

## Request for Information

| RFI number | Request date | Status | Date of status | Action |
|---|---|---|---|---|
| RFI 1 | 07/13/2023 | Expired | 07/13/2023 | Actions ▼ |