UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>DONALD J. TRUMP, et al.,<br><br>                    Defendants. | 25 Civ. 1510 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On February 21, 2025, Plaintiff the City of New York brought this action seeking declaratory and injunctive relief against President Donald J. Trump, the U.S. Department of the Treasury, Scott Bessent, Patricia Collins, the U.S. Federal Emergency Management Agency, Cameron Hamilton, the U.S. Department of Homeland Security, Kristi Noem, a U.S. department or agency of unknown identity, and John or Jane Doe.  ECF No. 1.  Plaintiff also filed a motion for a temporary restraining order and a preliminary injunction (the "Motion").  ECF Nos. 3, 5.  Today the case was assigned to this Court.  It is hereby ORDERED that:

- Plaintiff shall serve Defendants with the Complaint, a copy of this Order, the Motion, and all accompanying papers by **9:00 tonight**, and shall file proof of service on the docket by **February 25, 2025**.

- Defendants shall respond to the Motion by **February 28, 2025** at **4:00 p.m.**

- Plaintiff shall file its reply in further support of the Motion by **March 3, 2025** at **2:00 p.m.**

The parties shall provide Chambers with two (2) courtesy copies of their filings and, to the extent that the filings cite to materials other than court decisions, statutes, and regulations, the parties shall include copies of those materials as well.  Courtesy copies shall be delivered to the Daniel Patrick Moynihan Courthouse.

The Court will hear oral argument on Plaintiff's Motion on **March 5, 2025** at **12:15 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 24, 2025
      New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge