UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

THE CITY OF NEW YORK,

Plaintiff,

v.

DONALD TRUMP, in his official capacity as President of
the United States; *et al.*

Defendants.

-------------------------------------------------------------------------

Civ. Action No. 25-CV-1510

## CERTIFICATE OF SERVICE

    I, Doris F. Bernhardt declare on penalty of perjury that on February 24, 2025, I caused the Court's February 24, 2025 Order, the Complaint; the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order; the Declaration of Jacques Jiha, and annexed exhibits; the Declaration of Joshua P. Rubin and annexed exhibits; and the Memorandum of Law to be served on the below counsel for Defendants at the emails listed:

Anthony Sun
Assistant United States Attorney
SDNY
Anthony.Sun@usdoj.gov

Brandon Waterman
Assistant United States Attorney
SDNYy
Brandon.Waterman@usdoj.gov

Dated: New York, New York
      February 25, 2025

_____
Doris F. Bernhardt