AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| The City of New York | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-1510 (JHR) |
| Donald Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants

Date:    03/03/2025

*Attorney's signature*

Emily Hall (D.C. Bar No. 1780317)
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington, DC 20530

*Address*

emily.hall@usdoj.gov
*E-mail address*

(202) 307-6482
*Telephone number*

(202) 514-8071
*FAX number*