

**Muriel Goode-Trufant**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DORIS F. BERNHARDT**
Senior Counsel
Affirmative Litigation Division
Phone: 212-356-2296
Fax: 212-356-2038
email: dbernhar@law.nyc.gov

March 10, 2025

**VIA ECF**

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** City of New York v. Trump et al., 25-cv-1510

Dear Judge Rearden,

    I represent plaintiff the City of New York ("City" or "Plaintiff") in the above captioned matter. I write on behalf of Plaintiff and Defendants pursuant to the Court's March 5, 2025 Order from the bench, ordering the parties to submit a letter concerning proposed next steps.

    With no objection from Defendants, the City respectfully requests that its motion for a preliminary injunction be withdrawn without prejudice. The City is currently in the process of effecting service of the summons and complaint on Defendants. The City is considering whether to file an amended complaint as of right and if it determines to file, intends to do so on or before March 20, 2025.

    We thank the Court for its consideration.

Respectfully submitted,

s/Doris Bernhardt

Doris F. Bernhardt
Senior Counsel

cc:    via ECF and/or electronic mail to Charlie Merritt, Emily Hall, Marianne Kies (counsel for Defendants).