UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

THE CITY OF NEW YORK,

                *Plaintiff*,

       v.                                    Civ. Action No. 25-cv-1510 (JHR)

DONALD TRUMP, in his official capacity as President
of the United States, *et al.*

                *Defendants*.

-------------------------------------------------------------------------

## DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1. I am over eighteen and am not a party to this litigation.

2. I received summonses directed to defendants the U.S. Federal Emergency Management Agency, U.S. Department of Homeland Security, U.S. Department of the Treasury, Donald Trump, Cameron Hamilton, Kristi Noem, Scott Bessent and Patricia Collins.

3. On March 11, 2025 I sent copies of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 12) by certified mail to the defendants as follows:

| **Summons Directed To:** | **Summons and Complaint Mailed To:** |
|---|---|
| U.S. Federal Emergency Management Agency<br>Cameron Hamilton | Federal Emergency Management Agency Headquarters<br>500 C Street, SW.<br>Washington, DC 20472 |
| U.S. Dept. of Homeland Security<br>Kristi Noem | U.S. Department of Homeland Security<br>Office of the General Counsel<br>U.S. Dept. of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 |
| U.S. Dept. of the Treasury<br>Scott Bessent<br>Patricia Collins | U.S. Department of the Treasury<br>1500 Pennsylvania Ave., N.W., Washington, DC 20220 |
| Donald Trump | Donald Trump, President of the United States<br>1600 Pennsylvania Ave., NW, Washington, DC 2005 |
| United States | Attorney General of the United States<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |

I declare under penalty of perjury that the foregoing is true and correct.

3/11/2025
Date

Signature

Elizabeth Slater
Printed Name