UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

THE CITY OF NEW YORK,

                *Plaintiff*,

       v.                              Civ. Action No. 25-cv-1510 (JHR)

DONALD TRUMP, in his official capacity as President
of the United States, *et al*.

                *Defendants*.

-------------------------------------------------------------------------

## DECLARATION OF IN-PERSON SERVICE ON THE UNITED STATES ATTORNEY'S OFFICE

I hereby declare as follows:

1. I am over eighteen and am not a party to this litigation.

2. I received summonses directed to defendants the U.S. Federal Emergency Management Agency, U.S. Department of Homeland Security, U.S. Department of the Treasury, Donald Trump, Cameron Hamilton, Kristi Noem, Scott Bessent and Patricia Collins.

3. On March 17, 2025, I hand-delivered a copy of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 12) to the United States Attorney's Office for the Southern District of New York at 86 Chambers Street, 3rd Floor, New York, NY 10007.

4. The foregoing documents were left with an individual authorized to accept service of process of behalf of the United States Attorney's Office.

I declare under penalty of perjury that the foregoing is true and correct.

March 17, 2025
Date

*Eli H Jacobson* (signature)
Signature

Eli H. Jacobson
Printed Name