UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK, <br><br> *Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | 25 Civ. 1510 (JHR) |

**NOTICE OF MOTION TO DISMISS**

Defendants respectfully move this Court, upon the grounds detailed in the accompanying Memorandum of Law, for an order dismissing the Second Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

S/ Syed Ahmad
SYED AHMAD (IL Bar 6217343)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington, DC 20005
202-307-2092
syed.n.ahmad@usdoj.gov

*Attorneys for Defendants*