# The U. S. Department of Homeland Security (DHS) Notice of Funding Opportunity (NOFO) Fiscal Year 2024 Shelter and Services Program - Allocated (SSP-A) (Amended)

**Release Date: Aug 28, 2024**

**Download the NOFO**

**Amendment 00001: The purpose of this amendment is to update the NOFO for programmatic guidelines for Round 1 and 2 recipients and information about Round 2 (Reserve Fund) allocations**

**All entities wishing to do business with the federal government must have a unique entity identifier (UEI). The UEI number is issued by the system. Requesting a UEI using System for Award Management (SAM.gov) can be found at:** https://sam.gov/content/entity-registration

**Grants.gov registration information can be found at: Grants.gov Register webpage.**

## Updates in Grant Application Forms:

The Data Universal Numbering System (DUNS) Number was replaced by a new, non-proprietary identifier requested in, and assigned by SAM.gov. This new identifier is the Unique Entity Identifier.

Additional information can be found on Grants.gov: Grants.gov.

## Table of Contents

 **FEMA**

Page 1 of 79

Updates in Grant Application Forms

## A.    Program Description

1. Issued By
2. Assistance Listings Number
3. Assistance Listings Title.
4. Funding Opportunity Title
5. Funding Opportunity Number
6. Authorizing Authority for Program
7. Appropriation Authority for Program
8. Announcement Type
9. Program Category
10. Program Overview, Objectives, and Priorities
11. Performance Measures


## B.    Federal Award Information

1. Available Funding for the NOFO:  $300,000,000
2. Projected Number of Awards  55 in Round 1, 6 in Round 2
3. Period of Performance
4. Projected Period of Performance Start Date(s): October 1, 2023
5. Projected Period of Performance End Date(s): September 30, 2026
6. Projected Budget Period(s)
7. Funding Instrument Type:    Grant

## C.    Eligibility Information

1. Eligible Applicants
2. Applicant Eligibility Criteria
3. Subawards and Beneficiaries
4. Other Eligibility Criteria/Restrictions
5. Cost Share or Match

## D.    Application and Submission Information

1. Key Dates and Times
2. Agreeing to Terms and Conditions of the Award



3.  Address to Request Application Package
4.  Requirements: Obtain a Unique Entity Identifier (UEI) and Register in the System for Award Management (SAM.gov)
5.  Steps Required to Obtain a Unique Entity Identifier, Register in the System for Award Management (SAM), and Submit an Application
6.  Electronic Delivery
7.  How to Register to Apply
8.  Submitting the Application
9.  Submitting an Amendment
10. Timely Receipt Requirements and Proof of Timely Submission
11. Content and Form of Application Submission
11. Other Submission Requirements
12. Other Submission Requirements
13. Intergovernmental Review
14. Funding Restrictions and Allowable Costs

## E.   Application Review Information

1.  Application Evaluation Criteria
2.  Review and Selection Process

## F.   Federal Award Administration Information

1.  Notice of Award
2.  Pass-Through Requirements
3.  Administrative and National Policy Requirements
4.  Reporting
5.  Monitoring and Oversight

## G.   DHS Awarding Agency Contact Information

1.  Contact and Resource Information
2.  Systems Information

## H.   Additional Information



1.  Termination Provisions
2.  Program Evaluation
3.  Period of Performance Extensions
4.  Disability Integration
5.  Conflicts of Interest in the Administration of Federal Awards or Subawards
6.  Procurement Integrity
7.  Financial Assistance Programs for Infrastructure
8.  Record Retention
9.  Actions to Address Noncompliance
10.  Audits
11.  Payment Information
12.  Whole Community Preparedness
13.  Report issues of fraud, waste, abuse
14.  Hazard-Resistant Building Codes

Appendix A:  Allowable Activities

Appendix B:  Payment Requests and Amendment

## A.  Program Description

### 1.  Issued By

U.S. Department of Homeland Security (DHS)/Federal Emergency Management Agency (FEMA)/Grant Programs Directorate

### 2.  Assistance Listings Number

97.141

### 3.  Assistance Listings Title

Shelter and Services Program - Allocated (SSP-A)

### 4.  Funding Opportunity Title

Fiscal Year 2024 Shelter and Services Program – Allocated (SSP-A)



Page 4 of 79

### 5. Funding Opportunity Number

DHS-24-GPD-141-00-98

### 6. Authorizing Authority for Program

Department of Homeland Security Appropriations Act, 2024, Pub. L. No. 118-47, Title II Security, Enforcement, and Investigations, U.S. Customs and Border Protection, Operations and Support.

### 7. Appropriation Authority for Program

Department of Homeland Security Appropriations Act, 2024, Pub. L. No. 118-47, Title II Security, Enforcement, and Investigations, U.S. Customs and Border Protection, Operations and Support.

### 8. Announcement Type

Modification

### 9. Program Category

CBP Human Services

### 10. Program Overview, Objectives, and Priorities

### a. Overview

As directed by Congress, SSP makes federal funds available to enable non-federal entities to off-set allowable costs incurred for services associated with noncitizen migrants recently encountered and released by DHS.[1] As stated in the FY 2024 appropriation, the primary purpose of SSP is to "reliev[e] overcrowding in short-term holding facilities of [CBP]." Recipients of SSP may also seek grant funds for renovations or costs associated with  modifications to existing facilities in support of individuals who have recently been released from the custody of CBP. Refer to Appendix A of the NOFO for allowable activities.

The Department of Homeland Security (DHS) has committed to bolstering the capacity of non-federal entities to receive noncitizens after they have been processed by U.S. Customs and Border Protection (CBP) and released from a



DHS facility. DHS is committed to ensuring appropriate coordination with and support for state, local, and community leaders to help mitigate increased impacts to their communities as outlined in the DHS Plan for Southwest Border Security and Preparedness, issued on April 26, 2022, and updated on December 13, 2022.

The FY 2024 appropriation provided $650 million for SSP, including FEMA administrative costs. The SSP-A NOFO released on April 12, 2024, announced $300 million to be distributed through allocations as described in section B.1 below. This amended NOFO announces Round 2 (Reserve Fund) allocations, included in section B.1. The remaining $340.9 million was released under a separate SSP – Competitive NOFO, and $9.1 million was set aside by Congress for FEMA management and administrative costs. Updated programmatic guidelines in regard to leases and advanced funding are included in Appendix A and Appendix B respectively. These guidelines apply to both Round 1 and Round 2 recipients.

### b. Goals, Objectives, and Priorities

The goal of SSP is the safe, orderly, and humane release of noncitizen migrants from DHS short-term holding facilities.

The objectives are:

- To provide funding to non-federal entities that serve noncitizen migrants recently released from DHS custody to temporarily provide shelter, food, transportation, acute medical care, personal hygiene supplies, and labor necessary to provide these services; and,
- To provide funding to non-federal entities to increase their capacity to temporarily shelter noncitizen migrants recently released from DHS custody, including renovations and modifications to existing facilities.

### c. Alignment to Program Purpose and the DHS and FEMA Strategic Plan

SSP supports the FY 2020–2024 DHS Strategic Plan, Goal 5: Strengthen Preparedness and Resilience, Objective 5.1: Build a National Culture of Preparedness, and the 2022-2026 FEMA Strategic Plan Goal 3: Promote and Sustain a Ready FEMA and Prepared Nation.



## 11. Performance Measures

Performance measures for SSP awardees are:

- Number of meals provided.
- Number of nights of lodging provided.
- Number of noncitizen migrants transported.
- Number of acute medical care items provided, by type.
- Number of personal hygiene supplies provided, by type.
- Number of hours of labor paid to manage cases to provide these services.
- Number of clothing items provided.
- Number of noncitizen migrants served through translation services.
- Number of noncitizen migrants served through outreach activities.
- Number of renovation or modifications to existing facilities projects completed.

FEMA will calculate and analyze the above metrics through a review of performance progress reports and award monitoring to ensure that the funds are expended for their intended purpose and achieve the stated outcomes in the grant application.

## B. Federal Award Information

### 1. Available Funding for the NOFO:                    $300,000,000

Funding in this NOFO is allocated to eligible applicants listed in the below table. The Round 1 allocations were based on release and destination data received from CBP over the time period of July 1, 2023 to December 31, 2023 along with operational information available to CBP. Round 2 allocations, described below, are based on current CBP data.

In the event an eligible applicant does not apply for its full allocation or FEMA does not issue an award to an eligible applicant for other reasons, the Secretary of Homeland Security will not reallocate the funding due to the end of the fiscal year.

This modification makes available $40,874,482.14 for Round 2 of funding under this NOFO ($25,000,000 in Reserve Funds plus $15,874,482.14 in unclaimed Round 1 funds).



A reserve fund representing $25 million of the $300 million was retained by DHS to accommodate evolving operational requirements, and DHS would provide allocated awards to eligible applicants on an expedited basis.

New data provided by CBP regarding migrant encounters, releases, and demographics; and recent reports, trends, policies was used to direct reserve funding to locations that would most benefit from an exigent award. CBP data shows a reduction in the flow of migrants crossing the border. While new noncitizen migrants are not coming into the country at the same rates as earlier in the year, the noncitizen migrants who have already crossed the border into the U.S. remain in or continue to make their way to their final destinations largely in interior cities. In the reserve fund, funds are being awarded to state and local governments which are prior SSP recipients set to receive the lowest funding in SSP as a percentage of their budget requests.

Funding in the modified NOFO is allocated to eligible applicants in the table listed below titled Round 2.

## Round 1

| Eligible Applicant | Jurisdiction | FY 2024 Round 1 SSP-A Allocation |
|---|---|---|
| **Arizona** | | |
| Maricopa County | Maricopa County | $11,606,329 |
| Pima County | Pima County | $21,827,581 |



| Eligible Applicant | Jurisdiction | FY 2024 Round 1 SSP-A Allocation |
|---|---|---|
| World Hunger Ecumenical Arizona Task Force, Inc. (Maricopa) | Maricopa County | $11,606,329 |
| World Hunger Ecumenical Arizona Task Force, Inc. (Yuma) | Yuma County | $9,532,854 |
| **California** | | |
| Catholic Charities, Diocese of San Diego | San Diego | $19,592,554 |
| County of Riverside | Riverside County | $6,011,261 |
| County of San Diego | San Diego County | $19,592,554 |
| **Colorado** | | |
| City/County of Denver | Denver County | $4,852,467 |
| State of Colorado | Arapahoe County | $4,852,467 |
| **Washington D.C.** | | |
| District of Columbia | District of Columbia | $8,702,215 |



| Eligible Applicant | Jurisdiction | FY 2024 Round 1 SSP-A Allocation |
|---|---|---|
| **Florida** | | |
| United Way of Miami | Miami-Dade County | $6,469,107 |
| **Georgia** | | |
| City of Atlanta | Fulton County | $10,819,662 |
| **Illinois** | | |
| City of Chicago | Cook County | $9,632,300 |
| State of Illinois | Sangamon County | $9,632,300 |
| **Massachusetts** | | |
| Commonwealth of Massachusetts | Suffolk County | $6,994,954 |
| **Maine** | | |
| United Way of Southern Maine | Cumberland County | $255,745 |
| **Minnesota** | | |



| Eligible Applicant | Jurisdiction | FY 2024 Round 1 SSP-A Allocation |
|---|---|---|
| Hennepin County | Hennepin County | $3,955,830 |
| **New Mexico** | | |
| City of Albuquerque | Albuquerque | $330,000 |
| Colores United/Mariposa Ranch | Luna County | $800,000 |
| United Way of Southwest New Mexico | Dona Ana County | $2,951,095 |
| **New York** | | |
| Jericho Road Community Health Center | Buffalo | $289,386 |
| NYC Office of Management and Budget | Manhattan | $38,864,884 |
| The Campaign Against Hunger | Brooklyn | $511,930 |
| **Pennsylvania** | | |
| City of Philadelphia | Philadelphia | $2,868,000 |



| Eligible Applicant | Jurisdiction | FY 2024 Round 1 SSP-A Allocation |
|---|---|---|
| **Texas** | | |
| Annunciation House, Inc | El Paso County | $381,000 |
| Bishop Enrique San Pedro Ozanam Center | Brownsville | $350,000 |
| Catholic Charities - Dallas | Dallas County | $1,000,000 |
| Catholic Charities Archdiocese of San Antonio, Inc. | Bexar County | $10,877,226 |
| Catholic Charities of the Archdiocese of Galveston-Houston | Houston/Harris County | $578,474 |
| Catholic Charities of the Diocese of Laredo | Harris County | $1,644,000 |
| Catholic Charities of the Rio Grande Valley | Hidalgo County | $7,421,965 |
| Catholic Diocese of El Paso | El Paso County | $150,000 |



| Eligible Applicant | Jurisdiction | FY 2024 Round 1 SSP-A Allocation |
|---|---|---|
| City of Brownsville | Cameron County | $1,921,965 |
| City of El Paso | El Paso | $2,042,014 |
| City of McAllen | Hidalgo County | $3,921,965 |
| City of San Antonio | Bexar County | $3,000,000 |
| Corazon Ministries, Inc. | San Antonio | $10,000 |
| El Paso Baptist Association | El Paso County | $90,000 |
| El Paso County | El Paso County | $4,542,014 |
| El Pasoans Fighting Hunger | El Paso County | $822,804 |
| Episcopal Diocese of the Rio Grande | El Paso County | $130,679 |



| Eligible Applicant | Jurisdiction | FY 2024 Round 1 SSP-A Allocation |
|---|---|---|
| Episcopal Diocese of West Texas | San Antonio | $1,041,370 |
| Good Neighbor Settlement House | Brownsville | $1,636,235 |
| Holding Institute | Laredo | $2,564,468 |
| Iglesia Bautista West Brownsville | Brownsville | $216,000 |
| Interfaith Welcome Coalition | San Antonio | $500,000 |
| La Posada Providencia | Cameron County | $1,100,000 |
| Mission: Border Hope | Maverick County | $12,000,000 |
| Opportunity Center for the Homeless | El Paso County | $270,000 |
| Reynolds House Non Profit Corporation | El Paso County | $100,000 |



Page printed at fema.gov/grants/shelter-services-program/ssp-a/fy24-ssp-a-amended-reserve-funding-nofo
02/14/2025

| Eligible Applicant | Jurisdiction | FY 2024 Round 1 SSP-A Allocation |
|---|---|---|
| Salvation Army Corps Center | McAllen | $615,600 |
| San Antonio Food Bank | San Antonio County | $2,400,000 |
| St. Ignatius Church | El Paso County | $480,000 |
| Team Brownsville | Brownsville | $360,000 |
| The Salvation Army | El Paso County | $280,417 |
| **Reserve Funding** | | $25,000,000 |
| **Total Allocation** | | $300,000,000 |

## Round 2

| Eligible Applicant | Jurisdiction | SSP Reserve Fund Allocation |
|---|---|---|



| Colorado | | |
|---|---|---|
| City/County of Denver | Denver County | $5,917,592.50 |
| **Washington D.C.** | | |
| District of Columbia | District of Columbia | $2,738,815.22 |
| **Illinois** | | |
| City of Chicago | Cook County | $3,809,581.46 |
| **Massachusetts** | | |
| Commonwealth of Massachusetts | Suffolk County | $4,896,807.87 |
| **New York** | | |
| NYC Office of Management and Budget | Manhattan | $20,437,241.07 |
| **Pennsylvania** | | |
| City of Philadelphia | Philadelphia | $3,074,444.02 |
| **Total Allocation** | | $40,874,482.14 |

2.  **Projected Number of Awards**       **55 in Round 1, 6 in Round 2**



**3. Period of Performance:**          **36 months**

Extensions to the period of performance (POP) are allowed. For additional information on period of performance extensions, please refer to Section H of this NOFO.

**4. Projected Period of Performance Start Date(s):**     **10/01/2023**

**5. Projected Period of Performance End Date(s):**     **09/30/2026**

**6. Projected Budget Period(s)**

There will be only a single budget period with the same start and end dates as the period of performance.

**7. Funding Instrument Type:**          **Grant**

## C. Eligibility Information

### 1. Eligible Applicants

The applicants identified in the tables in Section B.1 Available Funding for the NOFO are the only entities eligible to submit SSP-A applications to DHS/FEMA, including those applications submitted on behalf of eligible subapplicants. Eligible applicants may change with the reserve funding.

### 2. Applicant Eligibility Criteria

Each eligible applicant may submit only one SSP-A grant application to FEMA.

An eligible applicant through their application must demonstrate their capacity, either internally or through a partnership, to carry out each SSP-A allowable activity for which they propose funding.

Funding will **not** be provided to any applicant that charges any noncitizen migrant for services.

### 3. Subawards and Beneficiaries



### a. Subaward Allowability

Under the FY 2024 SSP-A, eligible subapplicants may apply to and receive subawards from a non-federal entity that is applying for and receiving an SSP-A award directly from FEMA.

### b. Subrecipient Eligibility

Subapplicants must meet the following criteria to be eligible:

1. Are one of the following entities:
    1. Local governments as defined by 2 C.F.R. § 200.1
    2. Indian Tribes as defined by 2 C.F.R. § 200.1
    3. Nonprofit organizations as defined by 2 C.F.R. § 200.1
    4. The 50 states of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any agency or instrumentality thereof exclusive of local governments (the term "state" or "state government" where used in this NOFO refers to these entities).
2. Must have the capacity to perform each SSP-A allowable activity proposed by the applicant to be performed by the subapplicant.

Subapplicants must work directly with non-federal entities applying for SSP-A funding to be included in an application.

### c. Other Subaward Information (If Applicable)

The other parts of this NOFO that discuss requirements or restrictions specifically related to subawards/subrecipients are: cost share or match, Unique Entity Identifier, content and form of application submission, funding restrictions, allowable costs (Appendix A), management and administration costs, and indirect costs.

### d. Beneficiaries or Participants

This NOFO and any subsequent federal awards create no rights or causes of action for any participant or beneficiary.

## 4. Other Eligibility Criteria/Restrictions



Not applicable

## 5. Maintenance of Effort (MOE)

Maintenance of Effort is not required.

## 6. Cost Share or Match

Cost share or match is not required.

# D. Application and Submission Information

## 1. Key Dates and Times

a. Application Start Date:  **Round 1: 04/12/2024 at 12 p.m. ET**

**Round 2: 08/28/2024 at 2 p.m. ET**

b. Application Submission Deadline:  **Round 1: 04/26/2024 at 3 p.m. ET**

**Round 2: 09/11/2024 at 3 p.m. ET**

All applications **must** be received by the established deadline.

FEMA's Grants Outcomes System (FEMA GO) automatically records proof of timely submission and the system generates an electronic date/time stamp when FEMA GO successfully receives the application. The individual with the Authorized Organization Representative role that submitted the application will also receive the official date/time stamp and a FEMA GO tracking number in an email serving as proof of their timely submission. For additional information on how an applicant will be notified of application receipt, see the subsection titled "Timely Receipt Requirements and Proof of Timely Submission" in Section D of this NOFO.

**FEMA will not review applications that are received after the deadline or consider these late applications for funding**. FEMA may, however, extend the application deadline on request for any applicant who can demonstrate that good cause exists to justify extending the deadline. Good cause for an extension may



include technical problems outside of the applicant's control that prevent submission of the application by the deadline, other exigent or emergency circumstances, or statutory requirements for FEMA to make an award.

**Applicants experiencing technical problems outside of their control must notify FEMA as soon as possible and before the application deadline**. Failure to timely notify FEMA of the issue that prevented the timely filing of the application may preclude consideration of the award. "Timely notification" of FEMA means the following: prior to the application deadline and within 48 hours after the applicant became aware of the issue.

A list of FEMA contacts can be found in Section G of this NOFO, "DHS Awarding Agency Contact Information." For technical assistance with the FEMA GO system, please contact the FEMA GO Helpdesk at femago@fema.dhs.gov or (877) 585-3242, Monday through Friday, 9 a.m. – 6 p.m. Eastern Time (ET). For programmatic or grants management questions, please contact your Program Analyst or Grants Management Specialist. If applicants do not know who to contact or if there are programmatic questions or concerns, please contact FEMA Grants News by phone at (800) 368-6498 or by email at fema-grants-news@fema.dhs.gov, Monday through Friday, 9 a.m. – 5 p.m. ET.

c.  Anticipated Award Date:                    No later than September 30, 2024

d.  Other Key Dates:

| Event | Suggested Deadline for Completion |
|---|---|
| Obtaining Unique Entity Identifier (UEI) number | Before actual submission deadline |
| Obtaining a valid Employer Identification Number (EIN) | Before actual submission deadline |
| Creating an account with login.gov | Before actual submission deadline |
| Registering in SAM or updating SAM registration | Before actual submission deadline |



| Event | Suggested Deadline for Completion |
|---|---|
| Registering Organization in FEMA GO | Prior to beginning application |
| Submitting complete application in FEMA GO | By the submission deadline |

## 2.  Agreeing to Terms and Conditions of the Award

By submitting an application, applicants agree to comply with the requirements of this NOFO and the terms and conditions of the award, should they receive an award.

## 3.  Address to Request Application Package

Applications are processed through the FEMA GO system. To access the system, go to FEMA GO.

Hard copies of the NOFO can be downloaded at Grants.gov or obtained via email from the Awarding Office points of contact listed in Section G of this NOFO, "DHS Awarding Agency Contact Information" or by TTY (800) 462-7585.

## 4.  Requirements: Obtain a Unique Entity Identifier (UEI) and Register in the System for Award Management (SAM.gov)

Each applicant, unless they have a valid exception under 2 CFR §25.110, must:

1. Be registered in SAM.gov before application submission.
2. Provide a valid UEI in its application.
3. Continue to always maintain an active System for Award Management (SAM) registration with current information during the Federal Award process.

Note: Per 2 C.F.R. § 25.300, subrecipients are NOT required to go through the full SAM registration process. First-tier subrecipients (meaning entities receiving funds directly from the recipient) are only required to obtain a UEI through SAM, but they



are not required to complete the full SAM registration to obtain a UEI. Recipients may not make subawards unless the subrecipient has obtained and provided the UEI.

Lower-tier subrecipients (meaning entities receiving funds passed through by a higher-tier subrecipient) are not required to have a UEI and are not required to register in SAM. Recipients are also not permitted to require subrecipients to register in SAM.

### 5. Steps Required to Obtain a Unique Entity Identifier, Register in the System for Award Management (SAM), and Submit an Application

Applying for an award under this program is a multi-step process and requires time to complete. Applicants are encouraged to register early as the registration process can take four weeks or more to complete. Therefore, registration should be done in sufficient time to ensure it does not impact your ability to meet required submission deadlines.

Please review the table above for estimated deadlines to complete each of the steps listed. Failure of an applicant to comply with any of the required steps before the deadline for submitting an application may disqualify that application from funding.

To apply for an award under this program, all applicants must:

1. Apply for, update, or verify their Employer Identification Number (EIN) from the Internal Revenue Service;
2. In the application, provide an UEI number;
3. Have an account with login.gov;
4. Register for, update, or verify their SAM account and UEI and ensure the account is active before submitting the application;
5. Register in FEMA GO, add the organization to the system, and establish the Authorized Organization Representative (AOR). The organization's electronic business point of contact (EBiz POC) from the SAM registration may need to be involved in this step. For step-by-step instructions, see the FEMA GO Startup Guide.
6. Submit the complete application in FEMA GO; and
7. Continue to maintain an active SAM registration with current information at all times during which it has an active federal award or an application or plan



under consideration by a federal awarding agency. As part of this, applicants must also provide information on an applicant's immediate and highest-level owner and subsidiaries, as well as on all predecessors that have been awarded federal contracts or federal financial assistance within the last three years, if applicable.

Applicants are advised that FEMA may not make a federal award until the applicant has complied with all applicable SAM requirements. Therefore, an applicant's SAM registration must be active not only at the time of application, but also during the application review period and when FEMA is ready to make a federal award. Further, as noted above, an applicant's or recipient's SAM registration must remain active for the duration of an active federal award. If an applicant's SAM registration is expired at the time of application, expires during application review, or expires any other time before award, FEMA may determine that the applicant is not qualified to receive a federal award and use that determination as a basis for making a federal award to another applicant.

Per 2 C.F.R. § 25.110(c)(2)(iii), if an applicant is experiencing exigent circumstances that prevents it from obtaining an UEI number and completing SAM registration prior to receiving a federal award, the applicant must notify FEMA as soon as possible by contacting fema-grants-news@fema.dhs.gov and providing the details of the circumstances that prevent completion of these requirements. If FEMA determines that there are exigent circumstances and FEMA has decided to make an award, the applicant will be required to obtain an UEI number, if applicable, and complete SAM registration within 30 days of the federal award date.

Further, following acceptance of a federal award, a recipient's SAM registration must remain active for the duration of the award. If a recipient's SAM registration expires during the federal award period of performance, FEMA may impose one or more remedy for noncompliance (see 2 C.F.R. § 200.339), which could include terminating the federal award.

## 6. Electronic Delivery

DHS is participating in the Grants.gov initiative to provide the grant community with a single site to find and apply for grant funding opportunities. DHS encourages or requires applicants to submit their applications online through Grants.gov, depending on the funding opportunity.



For this funding opportunity, FEMA requires applicants to submit applications through FEMA GO.

## 7. How to Register to Apply

### a. General Instructions:

Registering and applying for an award under this program is a multi-step process and requires time to complete. Read the instructions below about registering to apply for FEMA funds. Applicants should read the registration instructions carefully and prepare the information requested before beginning the registration process. Reviewing and assembling the required information before beginning the registration process will alleviate last-minute searches for required information.

**The registration process can take up to four weeks to complete.** To ensure an application meets the deadline, applicants are advised to start the required steps well in advance of their submission.

Organizations must have an UEI number, an EIN, and an active SAM registration and Grants.gov account to apply for a federal award under this funding opportunity.

### b. Obtain an UEI Number:

All entities applying for funding, including renewal funding, must have a UEI number. Applicants must enter the UEI number in the applicable data entry field on the SF-424 form.

For more detailed instructions for obtaining a UEI number, refer to: SAM.gov.

### c. Obtain Employer Identification Number

All entities applying for funding must provide an Employer Identification Number (EIN). The EIN can be obtained from the IRS by visiting: Apply for an Employer Identification Number (EIN) Online.

### d. Create a login.gov account:



Applicants must have a login.gov account in order to register with SAM or update their SAM registration. Applicants can create a login.gov account by visiting: login.gov.

Applicants only have to create a login.gov account once. For applicants that are existing SAM users, use the same email address for the login.gov account as with SAM.gov so that the two accounts can be linked.

For more information on the login.gov requirements for SAM registration, refer to: SAM.gov.

**e.  Register with SAM:**

All applicants applying online through FEMA GO must register with SAM. Failure to register with SAM will prevent an applicant from completing the application in FEMA GO. SAM registration must be renewed annually. Organizations will be issued a UEI number with the completed SAM registration.

For more detailed instructions for registering with SAM, refer to Step 2: Register with SAM.

Note: Per 2 C.F.R. § 25.200, applicants must also provide the applicant's immediate and highest-level owner, subsidiaries, and predecessors that have been awarded federal contracts or federal financial assistance within the last three years, if applicable.

**i.  Additional SAM Reminders**

Existing SAM.gov account holders should check their account to make sure it is "ACTIVE." SAM registration should be completed at the very beginning of the application period and should be renewed annually to avoid being "INACTIVE." **Please allow plenty of time before the grant application submission deadline to obtain an UEI number and then to register in SAM. It may be four weeks or more after an applicant submits the SAM registration before the registration is active in SAM, and then it may be an additional 24 hours before FEMA's system recognizes the information.**

It is imperative that the information applicants provide is correct and current. Please ensure that your organization's name, address, and EIN are up to date in



SAM and that the UEI number used in SAM is the same one used to apply for all other FEMA awards. Payment under any FEMA award is contingent on the recipient's having a current SAM registration

### ii. Help with SAM

The SAM quick start guide for new recipient registration and SAM video tutorial for new applicants are tools created by the General Services Administration (GSA) to assist those registering with SAM. If applicants have questions or concerns about a SAM registration, please contact the Federal Service Desk at https://www.fsd.gov/gsafsd_sp or call toll free (866) 606-8220.

### f. Register in FEMA GO, Add the Organization to the System, and Establish the AOR:

Applicants must register in FEMA GO and add their organization to the system. The organization's electronic business point of contact (EBiz POC) from the SAM registration may need to be involved in this step. For step-by-step instructions, see FEMA GO Startup Guide.

Note: FEMA GO will support only the most recent major release of the following browsers:

- Google Chrome
- Internet Explorer
- Mozilla Firefox
- Apple Safari
- Microsoft Edge

Users who attempt to use tablet type devices or other browsers may encounter issues with using FEMA GO.

### 8. Submitting the Application

Applicants will be prompted to submit the standard application information and any program-specific information required as described in Section D.10 of this NOFO, "Content and Form of Application Submission." The Standard Forms (SF) may be accessed in the Forms tab under the SF-424 family on Grants.gov. Applicants should review these forms before applying to ensure they have all the information



required.

After submitting the final application, FEMA GO will provide either an error message or a successfully received transmission in the form of an email sent to the AOR that submitted the application. Applicants using slow internet connections, such as dial-up connections, should be aware that transmission can take some time before FEMA GO receives your application.

For additional application submission requirements, including program-specific requirements, please refer to the subsection titled "Content and Form of Application Submission" under Section D of this NOFO.

### 9. Submitting an Amendment

Eligible applicants in the Reserve Fund that were also an eligible applicant in Round 1 do not need to submit a new application. Instead, they must submit an amendment to their Round 1 award. For step-by-step instructions on how to submit an amendment, see the FEMA GO Request an Amendment guide.

### 10. Timely Receipt Requirements and Proof of Timely Submission

All applications must be completed in FEMA GO by the application deadline. FEMA GO automatically records proof of timely submission and the system generates an electronic date/time stamp when FEMA GO successfully receives the application. The individual with the AOR role that submitted the application will also receive the official date/time stamp and a FEMA GO tracking number in an email serving as proof of their timely submission on the date and time that FEMA GO received the application.

**Applicants who experience system-related issues will be addressed until 3 p.m. ET on the date applications are due.** No new system-related issues will be addressed after this deadline. Applications not received by the application submission deadline will not be accepted.

### 11. Content and Form of Application Submission

### a. Standard Required Application Forms and Information



The following forms or information are required to be submitted via FEMA GO. The Standard Forms (SF) are also available at SF-424 family on Grants.gov.

- **SF-424, Application for Federal Assistance**
- **Grants.gov Lobbying Form, Certification Regarding Lobbying**
- **SF-424A, Budget Information (Non-Construction)**
  - **For construction under an award, submit SF-424C, Budget Information (Construction)**, in addition to or instead of SF-424A
- **SF-424B, Standard Assurances (Non-Construction)**
  - **For construction under an award, submit SF-424D, Standard Assurances (Construction)**, in addition to or instead of SF-424B
- **SF-LLL, Disclosure of Lobbying Activities**

### b. Program-Specific Required Forms and Information

The following program-specific forms or information are required to be submitted in FEMA GO:

- **SSP-A Application Worksheet:** Additional certifications for the funds requested, budget instructions, and any subapplicant information known at the time of application submission. Applicants must upload their completed worksheet to the Project Worksheet section in FEMA GO as an Excel file with the naming convention SSPA_Application_Worksheet.
- **For nonprofit applicants only:** Submit evidence entity meets definition of nonprofit organization in 2 C.F.R. 200.1; for example, submit an IRS Form 990 with your application if you have previously filed one. Applicants must upload IRS Form 990s to the Additional Attachment (General Attachment) section in FEMA GO as a PDF with the naming convention SSPA_IRS_990_Form.
- **For applicants with known nonprofit organization subapplicants only:** Applicants must verify the nonprofit status of subapplicants and retain a copy of the documentation submitted by the subapplicant(s) as evidence of their nonprofit status for auditing purposes.
- **For renovations or modifications to rented real property only:** If an applicant or subapplicant is requesting funding for renovations or modifications to rented real property, submit the rental agreement addressing space, any limitations of use, and rental period. Applicants must upload documents to the Additional Attachment (General Attachment) section in FEMA GO as a PDF with the naming convention SSPA_Rental_Property. Upload one document for



each individual rental agreement.

- **For Reimbursement Funding Requests only:**
  - **Alien Registration Number (A-Number) or evidence of DHS processing (e.g., I-94, I-385, I-860, I-862):** A summary list reporting A-Numbers, names, corresponding DHS release dates of the served population, and corresponding service dates of the served population. Please do not send copies of the forms themselves. Applicants must use the provided A-Number Submission Template to populate the information, then upload to the Project Worksheet Section in FEMA as an Excel file with the naming convention SSPA_ANumber_Worksheet. Recipients must ensure that full A-Numbers and accurate dates of service are provided.
  - **Proof of Purchase Documentation:**
    - For each requested allowable activity service category (See Appendix A), provide one example of proof of payment (e.g., canceled check, credit card statement, etc.) and a receipt reflecting the purchase. Applicants must upload proofs of payment and receipts to the Additional Attachment (General Attachment) section in FEMA GO as a PDF with the naming convention SSPA_Costs_Under_5000. Upload one document inclusive of all proofs of payment and receipts under $5,000. In the document, identify which proofs of payment and receipts are for which allowable activity service category.
    - For each purchase or allowable cost of $5,000 or more, provide proof of payment and a receipt reflecting the purchase or other documentation demonstrating calculation and allocation of cost in accordance with 2 C.F.R. Part 200, Subpart E. Applicants must upload proofs of payment and receipts to the Additional Attachment (General Attachment) section in FEMA GO as a PDF with the naming convention SSPA_Costs_Over_5000. Upload one document inclusive of all proofs of payment and receipts of $5,000 or more. In the document, identify which proofs of payment and receipts are for which allowable activity service category (See Appendix A).
    - Note: This information will be required when recipients draw down funds.

## 12.  Other Submission Requirements

Notice to applicants applying with known nonprofit organizations with 501(c) (3) IRS status subapplicants:



For nonprofit organizations that have been approved as exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code, FEMA may request a copy of IRS's approval of the applicant's or subapplicant's tax exempt status (e.g., a determination letter or affirmation letter)

Applicants requesting pre-award costs must follow the instructions outlined in Section D.13.b. Pre-Award Costs.

## 13. Intergovernmental Review

An intergovernmental review may be required. Applicants must contact their state's Single Point of Contact (SPOC) to comply with the state's process under Executive Order 12372

(See Executive Order 12372; Intergovernmental Review (SPOC List)).

## 14. Funding Restrictions and Allowable Costs

Federal funds made available through this award may be used for the purpose set forth in this NOFO and the terms and conditions of the award and must be consistent with the statutory authority for the award. Award funds may not be used for matching funds for any other federal awards, lobbying, or intervention in federal regulatory or adjudicatory proceedings. In addition, federal funds may not be used to sue the Federal Government or any other government entity.

All costs charged to federal awards (including both federal funding and any non-federal matching or cost sharing funds) must comply with applicable statutes, rules and regulations, and policies, this NOFO, and the terms and conditions of the federal award. They must also comply with the Uniform Administrative Requirements, Cost Principles, and Audit Requirements at 2 C.F.R. Part 200 unless otherwise indicated in the NOFO or the terms and conditions of the federal award. This includes, among other requirements, that costs must be incurred, and products and services must be delivered within the budget period. See 2 C.F.R. § 200.403(h) (referring to budget periods, which for FEMA awards under this program is the same as the period of performance).

The following identifies a list of activities for which a recipient may not use federal funds and any cost sharing or matching funds under federal awards:



- Matching or cost sharing requirements for other federal grants and cooperative agreements (see 2 C.F.R. § 200.306)
- Lobbying or other prohibited activities under 18 U.S.C. § 1913 or 2 C.F.R. § 200.450
- Prosecuting claims against the federal government or any other government entity (see 2 C.F.R. § 200.435). See subsections below for information on any other funding restrictions.

SSP funds may not be used for costs associated with new construction or to purchase real estate.

Costs associated with renovations or modifications to existing facilities may not exceed $250,000.00 for the entire application budget. All activities and programs funded by FEMA, including grant-funded projects, must comply with federal Environmental and Historic Preservation laws, Executive Orders, regulations, and policies, as applicable. See Section F.3.c. Environmental Planning and Historic Preservation Compliance.

## a. Prohibitions on Expending FEMA Award Funds for Covered Telecommunications Equipment or Services

Recipients, subrecipients, and their contractors must comply with the prohibitions set forth in Section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) (FY 2019 NDAA) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The FY 2019 NDAA and these regulations, as they apply to recipients, subrecipients, and their contractors and subcontractors, provide for two distinct prohibitions: (1) prevent the use of federal award funds to procure or obtain covered telecommunications equipment or services; and (2) prevent the use of federal award funds to contract with an entity that uses such covered telecommunications equipment or services.

Guidance is available at FEMA Policy #405-143-1 - Prohibitions on Expending FEMA Award Funds for Covered Telecommunications Equipment or Services.

Additional guidance is available at Contract Provisions Guide: Navigating Appendix II to Part 200 - Contract Provisions for Non-Federal Entity Contracts Under Federal Awards (fema.gov).



FEMA recipients and subrecipients **may not** use any FEMA funds under open or new awards to:

- Procure or obtain any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology of any system;
- Enter into, extend, or renew a contract to procure or obtain any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology of any system; or
- Enter into, extend, or renew contracts with entities that use covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system.

### i.   Replacement Equipment and Services

FEMA grant funding may be permitted to procure replacement equipment and services impacted by this prohibition, provided the costs are otherwise consistent with the requirements of the NOFO.

### ii.  Definitions

Per section 889(f)(2)-(3) of the FY 2019 NDAA and 2 C.F.R. § 200.216, covered telecommunications equipment or services means:

1. Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation, (or any subsidiary or affiliate of such entities);
2. For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);
3. Telecommunications or video surveillance services provided by such entities or using such equipment; or
4. Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or



otherwise connected to, the People's Republic of China.

Examples of the types of products covered by this prohibition include phones, internet, video surveillance, and cloud servers when produced, provided, or used by the entities listed in the definition of "covered telecommunications equipment or services." See 2 C.F.R. § 200.471.

### b. Pre-Award Costs

Pre-award costs are costs incurred prior to the effective date of the federal award or subaward. Pre-award costs are allowable only with the prior written approval of DHS/FEMA and if they are included in the award agreement. To request pre-award costs, applicants must include the costs with their application. The application must outline what the pre-award costs are for and include a detailed budget break-out of all costs included in the funding request.

The pre-award cost must meet the requirements of 2 C.F.R. Part 200.458, which provides that the cost must be necessary for efficient and timely performance of the grant's scope of work. FEMA reserves the right to re-evaluate and disallow pre-award costs at time of award monitoring if it is later determined that the services were not properly procured or do not satisfy the requirements of 2 C.F.R. Part 200.458.

### c. Management and Administration (M&A) Costs

Recipients may expend up to 5% of an SSP award for allowable M&A costs. Subrecipients may also expend up to 5% of their SSP subaward for allowable M&A costs. These may include services providing grants management, including grant application preparation. These may also include recordkeeping (e.g., IT assistance (contracts and external support) and costs associated with creating a database and/or tracking system to assist with managing SSP funds as well as cybersecurity assessments and enhancements).

### d. Indirect Facilities & Administrative (F&A) Costs

Indirect costs are allowable under this program as described in 2 C.F.R. Part 200, including 2 C.F.R. § 200.414. Indirect (F&A) costs (IDC) mean those costs incurred for a common or joint purpose benefitting more than one cost objective



and not readily assignable to the cost objectives specifically benefitted, without effort disproportionate to the results achieved. IDCs are allowable by the recipient [and subrecipients] as described in 2 C.F.R. Part 200, including 2 C.F.R. § 200.414. Applicants with a current negotiated IDC rate agreement who desire to charge indirect costs to a federal award must provide a copy of their IDC rate agreement with their applications. Not all applicants are required to have a current negotiated IDC rate agreement. Applicants that are not required to have a negotiated IDC rate agreement but are required to develop an IDC rate proposal must provide a copy of their proposal with their applications. Applicants who do not have a current negotiated IDC rate agreement (including a provisional rate) and wish to charge the de minimis rate must reach out to FEMA for further instructions. Applicants who wish to use a cost allocation plan in lieu of an IDC rate proposal must reach out to the FEMA Point of Contact for further instructions. As it relates to the IDC for subrecipients, a recipient must follow the requirements of 2 C.F.R. §§ 200.332 and 200.414 in approving the IDC rate for subawards.

For information on procedures for establishing indirect cost rates, see FEMA's [Preparedness Grants Manual](Preparedness Grants Manual).

### e.   Evaluation Costs

Evaluation costs are allowable.

### f.   Other Direct Costs

Refer to Appendix A for a description of eligible activities.

## E.   Application Review Information

### 1.   Application Evaluation Criteria

### a.   *Programmatic Criteria*

FEMA will review applications to ensure eligibility and compliance with all application requirements provided in this NOFO, as well as apply the following programmatic criteria:

- Activities proposed are only those identified as allowable in this NOFO.



- The applicant demonstrates their capacity, either organically or through a partnership, to provide each SSP allowable activity proposed for funding.
- Proposed deliverables are consistent with the objectives and priorities of the SSP.
- Project timelines are realistic, attainable, and conform to the performance period of the SSP.
- Proposed costs are allowable, reasonable, and cost-effective in relation to proposed activities.
- The applicant possesses the organic capacity to manage a federal award consistent with Federal statutes, regulations, and the terms and conditions of the Federal award.

### b. Financial Integrity Criteria

Prior to making a federal award, FEMA is required by 31 U.S.C. § 3354, as enacted by the Payment Integrity Information Act of 2019, Pub. L. No. 116-117 (2020); 41 U.S.C. § 2313; and 2 C.F.R. § 200.206 to review information available through any Office of Management and Budget (OMB)-designated repositories of governmentwide eligibility qualification or financial integrity information, including whether SAM.gov identifies the applicant as being excluded from receiving federal awards or is flagged for any integrity record submission. FEMA may also pose additional questions to the applicant to aid in conducting the pre-award risk review. Therefore, application evaluation criteria may include the following risk-based considerations of the applicant:

1. Financial stability.
2. Quality of management systems and ability to meet management standards.
3. History of performance in managing federal awards.
4. Reports and findings from audits.
5. Ability to effectively implement statutory, regulatory, or other requirements.

### c. Supplemental Financial Integrity Criteria and Review

Prior to making a federal award where the anticipated total federal share will be greater than the simplified acquisition threshold, currently $250,000.

FEMA is required by 41 U.S.C. § 2313 and 2 C.F.R. § 200.206(a)(2) to review and consider any information about the applicant, including information on the



applicant's immediate and highest-level owner, subsidiaries, and predecessors, if applicable, that is in the designated integrity and performance system accessible through the System for Award Management (SAM).

i.   An applicant, at its option, may review information in FAPIIS and comment on any information about itself that a federal awarding agency previously entered.

ii.   FEMA will consider any comments by the applicant, in addition to the other information in FAPIIS, in making a judgment about the applicant's integrity, business ethics, and record of performance under federal awards when completing the review of risk posed by applicants as described in 2 C.F.R. § 200.206.

## 2. Review and Selection Process

### a. *Security Review*

The DHS Office of Intelligence and Analysis receives a list of potential SSP recipient organizations, which it reviews against U.S. intelligence community reporting. The security review occurs before the review and selection process. The information provided for the security review is limited to the applicant's name and physical address. Any potentially derogatory information, as well as any potentially mitigating information, that could assist in determining whether a security risk exists, is sent to FEMA and is used in making award decisions.

### b. Subrecipient Process

For application packages that include subapplicants, the applicant must review subapplicants based on the eligibility criteria (Section C.1). As part of the review for SSP, the applicant must:

- Conduct an eligibility review; and,
- Review and include only complete subapplicant application packages (include all application submission requirements).

### c. Review and Selection Process



All proposed funding applications will undergo a federal review by DHS/FEMA to verify compliance with all administrative and eligibility criteria defined in the NOFO. The federal review will be conducted by DHS staff, who will use a checklist to verify compliance with all administrative and eligibility criteria identified in the NOFO.

## F. Federal Award Administration Information

### 1. Notice of Award

Before accepting the award, the AOR and recipient should carefully read the award package. The award package includes instructions on administering the grant award and the terms and conditions associated with responsibilities under federal awards. **Recipients must accept all conditions in this NOFO as well as any specific terms and conditions in the Notice of Award to receive an award under this program.**

FEMA will provide the federal award package to the applicant electronically via FEMA GO. Award packages include an Award Letter, Summary Award Memo, Agreement Articles, and Obligating Document. An email notification of the award package will be sent through FEMA's grant application system to the AOR that submitted the application.

Recipients must accept their awards no later than 45 days from the award date. The recipient shall notify FEMA of its intent to accept and proceed with work under the award through the FEMA GO system.

Funds will remain on hold until the recipient accepts the award through the FEMA GO system and all other conditions of the award have been satisfied or until the award is otherwise rescinded. Failure to accept a grant award within the specified timeframe may result in a loss of funds.

### 2. Pass-Through Requirements

FEMA strongly encourages recipients to pass through funds to eligible subrecipients. See Section C.3. Subapplicant Eligibility Criteria.



### 3. Administrative and National Policy Requirements

In addition to the requirements of this section and in this NOFO, FEMA may place specific terms and conditions on individual awards in accordance with 2 C.F.R. Part 200.

#### a. DHS Standard Terms and Conditions

All successful applicants for DHS grant and cooperative agreements are required to comply with DHS Standard Terms and Conditions, which are available online at: DHS Standard Terms and Conditions.

The applicable DHS Standard Terms and Conditions will be those in effect at the time the award was made. What terms and conditions will apply for the award will be clearly stated in the award package at the time of award.

#### b. Ensuring the Protection of Civil Rights

As the Nation works towards achieving the National Preparedness Goal, it is important to continue to protect the civil rights of individuals. Recipients and subrecipients must carry out their programs and activities, including those related to the building, sustainment, and delivery of core capabilities, in a manner that respects and ensures the protection of civil rights for protected populations.

Federal civil rights statutes, such as Section 504 of the Rehabilitation Act of 1973 and Title VI of the Civil Rights Act of 1964, along with DHS and FEMA regulations, prohibit discrimination on the basis of race, color, national origin, sex, religion, age, disability, limited English proficiency, or economic status in connection with programs and activities receiving federal financial assistance from FEMA, as applicable.

The DHS Standard Terms and Conditions include a fuller list of the civil rights provisions that apply to recipients. These terms and conditions can be found in the DHS Standard Terms and Conditions. Additional information on civil rights provisions is available at External Civil Rights Division webpage.

Monitoring and oversight requirements in connection with recipient compliance with federal civil rights laws are also authorized pursuant to 44 C.F.R. Part 7 or other applicable regulations.



In accordance with civil rights laws and regulations, recipients and subrecipients must ensure the consistent and systematic fair, just, and impartial treatment of all individuals, including individuals who belong to underserved communities that have been denied such treatment.

### c. *Environmental Planning and Historic Preservation (EHP) Compliance*

As a federal agency, FEMA is required to consider the effects of its actions on the environment and historic properties to ensure that all activities and programs funded by FEMA, including grant-funded projects, comply with federal EHP laws, Executive Orders, regulations, and policies, as applicable.

**Recipients and subrecipients proposing projects that have the potential to impact the environment, including, but not limited to, the construction of communication towers, modification or renovation of existing buildings, structures, and facilities, or new construction including replacement of facilities, must participate in the FEMA EHP review process.** The EHP review process involves the submission of a detailed project description along with any supporting documentation requested by FEMA in order to determine whether the proposed project has the potential to impact environmental resources including, but not limited to, threatened or endangered species and historic properties; and identify mitigation measures and/or alternative courses of action that may lessen any impact to those resources.

In some cases, FEMA is also required to consult with other regulatory agencies and the public in order to complete the review process. Federal law requires EHP review to be completed before federal funds are released to carry out proposed projects. FEMA may not be able to fund projects that are not in compliance with applicable EHP laws, Executive Orders, regulations, and policies. FEMA may recommend mitigation measures and/or alternative courses of action to lessen any impact to environmental resources and bring the project into compliance with EHP requirements.

Guidance on the EHP process is found at Environmental Planning and Historic Preservation. The site contains links to various documents including those identifying agency EHP responsibilities and program requirements, such as implementation of the National Environmental Policy Act and other EHP laws, regulations, and Executive Orders. DHS and FEMA EHP policy is also found in



the EHP Directive & Instruction. All FEMA actions, including grant-funded actions, must comply with National Flood Insurance Program criteria or any more restrictive federal, state, or local floodplain management standards or building code (44 C.F.R. § 9.11(d)(6)).

All FEMA-funded non-critical actions in 1% annual chance floodplains (also known as 100-year floodplains) that involve new construction or substantial improvement of structures must be elevated, at a minimum, to the lower of:

- Two feet above the 1% annual chance flood elevation (also known as the base flood elevation), in accordance with the Federal Flood Risk Management Standard (FFRMS) "Freeboard Value Approach" (FVA); or
- The 0.2% annual chance flood elevation. Where 0.2% annual chance flood elevations are not available, such actions must be elevated to at least two feet above the 1% annual chance flood elevation.

    All FEMA-funded critical actions in 0.2% annual chance floodplains (also known as 500-year floodplains) that involve new construction or substantial improvement of structures must be elevated, at a minimum, to the higher of:

- Three feet above the 1% annual chance flood elevation; or
- The 0.2% annual chance flood elevation. Where 0.2% annual chance flood elevations are not available, such actions must be elevated to at least three feet above the 1% annual chance flood elevation.

See Executive Order 11988, Floodplain Management, as amended by Executive Order 13690, Establishing a Federal Flood Risk Management Standard and a Process for Further Soliciting and Considering Stakeholder Input

DHS and FEMA EHP policy is found in directives and instructions available on the FEMA.gov EHP page, the FEMA website page that includes documents regarding EHP responsibilities and program requirements, including implementation of the National Environmental Policy Act and other EHP regulations and Executive Orders.

The GPD EHP screening form is located on this FEMA Form. Additionally, all recipients under this funding opportunity are required to comply with FEMA GPD EHP Policy Guidance, FEMA Policy #108-023-1.



### d.  Mandatory Disclosures

The non-federal entity or applicant for a Federal award must disclose, in a timely manner, in writing to the Federal awarding agency or pass-through entity all violations of Federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the Federal award. (2 C.F.R. 200.113)

Please note applicants and recipients may report issues of fraud, waste, abuse, and mismanagement, or other criminal or noncriminal misconduct to the Office of Inspector General (OIG) Hotline. The toll-free numbers to call are 1-800-323-8603, and TTY 1-844-889-4357.

## 4.  Reporting

Recipients are required to submit various financial and programmatic reports as a condition of award acceptance. Future awards and funds drawdown may be withheld if these reports are delinquent.

### a.  Financial Reporting Requirements

### i.  Federal Financial Report (FFR)

Recipients must report obligations and expenditures through the FFR form (SF-425) to FEMA.

Recipients may review the Federal Financial Reporting Form (FFR) (SF-425) at Grants.gov Post-Award Reporting Forms webpage.

Recipients must file the FFR electronically using FEMA GO.

### ii.  FFR Reporting Periods and Due Dates

An FFR must be submitted quarterly throughout the POP, including partial calendar quarters, as well as in periods where no grant award activity occurs. The final FFR is due within 120 calendar days after the end of the POP. Future awards and fund drawdowns may be withheld if these reports are delinquent, demonstrate lack of progress, or are insufficient in detail.



Except for the final FFR due at 120 days after the end of the POP for purposes of closeout, the following reporting periods and due dates apply for the FFR:

| Reporting Period | Report Due Date |
| --- | --- |
| October 1 – December 31 | January 30 |
| January 1 – March 31 | April 30 |
| April 1 – June 30 | July 30 |
| July 1 – September 30 | October 30 |

### b.  Programmatic Performance Reporting Requirements

### i.  Performance Progress Report (PPR)

Recipients are required to submit a performance progress report on a quarterly basis throughout the POP through FEMA GO, including partial calendar quarters, as well as in periods where no grant award activity occurs. PPRs are due 30 calendar days after the end of each reporting period. The final PPR is due within 120 calendar days after the end of the POP.

The report shall include:

- Quantitative data for all applicable SSP performance measures (e.g., how many nights of congregate shelter, how many meals served);
- Description of activities during the reporting period, as applicable; and,
- Narrative summaries of SSP funding impacts and any relevant organizational partnerships.

### ii.  PPR Periods and Due Dates (PPR)

The following reporting periods and due dates apply for the PPR:



| Reporting Period | Report Due Date |
|---|---|
| October 1–December 31 | January 30 |
| January 1–March 31 | April 30 |
| April 1–June 30 | July 30 |
| July 1–September 30 | October 30 |

### c.  Closeout Reporting Requirements

### i.  Closeout Reporting

Within 120 calendar days after the end of the period of performance for the prime award or after an amendment has been issued to close out an award before the original POP ends, recipients must liquidate all financial obligations and must submit the following:

1. The final request for payment, if applicable.
2. The final FFR (SF-425).
3. The final progress report detailing all accomplishments, including a narrative summary of the impact of those accomplishments throughout the period of performance. If applicable, the recipient must include with the final progress report an inventory of all construction projects.
4. Other documents required by this NOFO, terms and conditions of the award, or other FEMA guidance. If the final FFR and performance report periods coincide with the end of the period of performance, FEMA has discretion under 2 C.F.R. Part 200 to waive the last quarterly/semiannual/annual reports and only require the final FFR and performance report for closeout purposes. The recipient is responsible for returning any balances of unobligated or unliquidated funds that have been drawn down that are not authorized to be retained per 2 C.F.R. § 200.344(d).

In addition, pass-through entities are responsible for closing out their subawards as described in 2 C.F.R. § 200.344; subrecipients are still required to submit closeout materials within 90 calendar days of the period of performance end



date. When a subrecipient completes all closeout requirements, pass-through entities must promptly complete all closeout actions for subawards in time for the recipient to submit all necessary documentation and information to FEMA during the closeout of the prime award.

After the prime award closeout reports have been reviewed and approved by FEMA, a closeout notice will be completed to close out the grant. The notice will indicate the period of performance as closed, list any remaining funds that will be deobligated, and address the requirement of maintaining the grant records for at least three years from the date of the final FFR. The record retention period may be longer, such as due to an audit or litigation, for equipment or real property used beyond the period of performance, or due to other circumstances outlined in 2 C.F.R. § 200.334.

The recipient is responsible for refunding to FEMA any balances of unobligated cash that FEMA paid that are not authorized to be retained per 2 C.F.R. § 200.344(d).

## ii. Administrative Closeout

Administrative closeout is a mechanism for FEMA to unilaterally move forward with closeout of an award using available award information in lieu of final reports from the recipient per 2 C.F.R. § 200.344(h)-(i). It is a last resort available to FEMA, and if FEMA needs to administratively close an award, this may negatively impact a recipient's ability to obtain future funding. This mechanism can also require FEMA to make cash or cost adjustments and ineligible cost determinations based on the information it has, which may result in identifying a debt owed to FEMA by the recipient.

When a recipient is not responsive to FEMA's reasonable efforts to collect required reports needed to complete the standard closeout process, FEMA is required under 2 C.F.R. § 200.344(h) to start the administrative closeout process within the regulatory timeframe. FEMA will make at least three written attempts to collect required reports before initiating administrative closeout. If the recipient does not submit all required reports in accordance with 2 C.F.R. § 200.344, this NOFO, and the terms and conditions of the award, FEMA must proceed to administratively close the award with the information available within one year of the period of performance end date. Additionally, if the recipient does not submit all required reports within one year of the period of performance end date, per 2



C.F.R. § 200.344(i), FEMA must report in Contracting Performance Assessment Reporting System (CPARS) the recipient's material failure to comply with the terms and conditions of the award.

If FEMA administratively closes an award where no final FFR has been submitted, FEMA uses that administrative closeout date in lieu of the final FFR submission date as the start of the record retention period under 2 C.F.R. § 200.334.

In addition, if an award is administratively closed, FEMA may decide to impose remedies for noncompliance per 2 C.F.R. § 200.339, consider this information in reviewing future award applications, or apply special conditions to existing or future awards.

### d. Additional Reporting Requirements

### i.   Disclosing Information per 2 C.F.R. § 180.335

This reporting requirement pertains to disclosing information related to government-wide suspension and debarment requirements. Before a recipient enters into a grant award with FEMA, the recipient must notify FEMA if it knows if it or any of the recipient's principals under the award fall under one or more of the four criteria listed at 2 C.F.R. § 180.335:

i.   Are presently excluded or disqualified;

ii.   Have been convicted within the preceding three years of any of the offenses listed in 2 C.F.R. § 180.800(a) or had a civil judgment rendered against it or any of the recipient's principals for one of those offenses within that time period;

iii.  Are presently indicted for or otherwise criminally or civilly charged by a governmental entity (federal, state or local) with commission of any of the offenses listed in 2 C.F.R. § 180.800(a); or

iv.  Have had one or more public transactions (federal, state, or local) terminated within the preceding three years for cause or default.

At any time after accepting the award, if the recipient learns that it or any of its principals falls under one or more of the criteria listed at 2 C.F.R. § 180.335, the recipient must provide immediate written notice to FEMA in accordance with 2



C.F.R. § 180.350.

## ii.  Reporting of Matters Related to Recipient Integrity and Performance

Appendix XII to 2 C.F.R. Part 200 sets forth a term and condition related to recipient integrity and performance matters that will apply to all federal awards under this funding opportunity. If the total value of currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of a federal award under this funding opportunity, then a recipient must maintain the currency of information reported in the Contracting Performance Assessment Reporting System (CPARS) about civil, criminal, or administrative proceedings described in paragraph 2 of Appendix XII at the reporting frequency described in paragraph 4 of Appendix XII.

## iii. Single Audit Report

A recipient that expends $750,000 or more during the recipient's fiscal year in federal awards (as defined by 2 C.F.R. § 200.1) must have a single audit conducted in accordance with 2 C.F.R. § 200.514 except when it elects to have a program-specific audit conducted in accordance with 2 C.F.R. § 200.501. The audit must be conducted in accordance with 2 C.F.R. Part 200, Subpart F and, as required by 2 C.F.R. § 200.514, in accordance with the U.S. Government Accountability Office (GAO) Generally Accepted Government Auditing Standards, which can be found on the Yellow Book page of the GAO website.

## 5.  Monitoring and Oversight

The regulation at 2 C.F.R. § 200.337 provides DHS and any of its authorized representatives with the right of access to any documents, papers, or other records of the recipient [and any subrecipients] that are pertinent to a federal award in order to make audits, examinations, excerpts, and transcripts. The right also includes timely and reasonable access to the recipient's or subrecipient's personnel for the purpose of interview and discussion related to such documents. Pursuant to this right and per 2 C.F.R. § 200.329, DHS may conduct desk reviews and make site visits to review project accomplishments and management control systems to evaluate project accomplishments and to provide any required technical assistance. During site visits, DHS may review a recipient's or subrecipient's files pertinent to the federal award and interview and/or discuss



these files with the recipient's or subrecipient's personnel. Recipients and subrecipients must respond in a timely and accurate manner to DHS requests for information relating to a federal award.

Effective monitoring and oversight help FEMA ensure that recipients use grant funds for their intended purpose(s); verify that projects undertaken are consistent with approved plans; and ensure that recipients make adequate progress toward stated goals and objectives. Additionally, monitoring serves as the primary mechanism to ensure that recipients comply with applicable laws, rules, regulations, program guidance, and requirements. FEMA regularly monitors all grant programs both financially and programmatically in accordance with federal laws, regulations (including 2 C.F.R. Part 200), program guidance, and the terms and conditions of the award. All monitoring efforts ultimately serve to evaluate progress towards grant goals and proactively target and address issues that may threaten grant success during the period of performance.

FEMA staff will periodically monitor recipients to ensure that administrative processes, policies and procedures, budgets, and other related award criteria are meeting Federal Government-wide and FEMA regulations. Aside from reviewing quarterly financial and programmatic reports, FEMA may also conduct enhanced monitoring through either desk-based reviews, onsite monitoring visits, or both. Enhanced monitoring will involve the review and analysis of the financial compliance and administrative processes, policies, activities, and other attributes of each federal assistance award, and it will identify areas where the recipient may need technical assistance, corrective actions, or other support.

Financial and programmatic monitoring are complementary processes within FEMA's overarching monitoring strategy that function together to ensure effective grants management, accountability, and transparency; validate progress against grant and program goals; and safeguard federal funds against fraud, waste, and abuse. Financial monitoring primarily focuses on statutory and regulatory compliance with administrative grant requirements, while programmatic monitoring seeks to validate and assist in grant progress, targeting issues that may be hindering achievement of project goals and ensuring compliance with the purpose of the grant and grant program. Both monitoring processes are similar in that they feature initial reviews of all open awards, and additional, in-depth monitoring of grants requiring additional attention.



Recipients and subrecipients who are pass-through entities are responsible for monitoring their subrecipients in a manner consistent with the terms of the federal award at 2 C.F.R. Part 200, including 2 C.F.R. § 200.332. This includes the pass-through entity's responsibility to monitor the activities of the subrecipient as necessary to ensure that the subaward is used for authorized purposes, in compliance with federal statutes, regulations, and the terms and conditions of the subaward; and that subaward performance goals are achieved.

In terms of overall award management, recipient and subrecipient responsibilities include, but are not limited to: accounting of receipts and expenditures, cash management, maintaining adequate financial records, reporting and refunding expenditures disallowed by audits, monitoring if acting as a pass-through entity, or other assessments and reviews, and ensuring overall compliance with the terms and conditions of the award or subaward, as applicable, including the terms of 2 C.F.R. Part 200.

## G. DHS Awarding Agency Contact Information

### 1. Contact and Resource Information

#### a. *Program Office Contact*

FEMA's Grant Programs Directorate is the overall programmatic lead for the SSP. For questions related to project design and other required elements of the program, please contact FEMA-SSP@fema.dhs.gov.

#### b. *FEMA Grants News*

FEMA Grants News is a non-emergency comprehensive management and information resource developed by FEMA for grants stakeholders. This channel provides general information on all FEMA grant programs and maintains a comprehensive database containing key personnel contact information at the federal, state, and local levels. When necessary, recipients will be directed to a federal point of contact who can answer specific programmatic questions or concerns. FEMA Grants News can be reached by email at fema-grants-news@fema.dhs.gov or by phone at (800) 368-6498, Monday through Friday, 9 a.m. – 5 p.m. ET



### c. Grant Programs Directorate (GPD) Award Administration Division

GPD's Award Administration Division (AAD) provides support regarding financial matters and budgetary technical assistance. Additional guidance and information can be obtained by contacting the AAD's Help Desk via email at ASK-GMD@fema.dhs.gov.

### d. Civil Rights

The FEMA Office of Civil Rights (OCR) is responsible for compliance with and enforcement of federal civil rights obligations in connection with programs and services conducted by FEMA and recipients of FEMA financial assistance. All inquiries and communications about federal civil rights compliance for FEMA grants under this NOFO should be sent to FEMA-CivilRightsOffice@fema.dhs.gov.

### e. Environmental Planning and Historic Preservation

The EHP Team provides guidance and information about the EHP review process to recipients and subrecipients. All inquiries and communications about GPD projects under this NOFO or the EHP review process, including the submittal of EHP review materials, should be sent to gpdehpinfo@fema.dhs.gov.

## 2. Systems Information

### a. FEMA GO

For technical assistance with the FEMA GO system, please contact the FEMA GO Helpdesk at femago@fema.dhs.gov or (877) 585-3242, Monday through Friday, 9 a.m. – 6 p.m. ET.

# H. Additional Information

## 1. Termination Provisions

FEMA may terminate a federal award in whole or in part for one of the following reasons. FEMA and the recipient must still comply with closeout requirements at 2



C.F.R. §§ 200.344-200.345 even if an award is terminated in whole or in part. To the extent that subawards are permitted under this NOFO, pass-through entities should refer to 2 C.F.R. § 200.340 for additional information on termination regarding subawards.

### a. Noncompliance

If a recipient fails to comply with the terms and conditions of a federal award, FEMA may terminate the award in whole or in part. If the noncompliance can be corrected, FEMA may first attempt to direct the recipient to correct the noncompliance. This may take the form of a Compliance Notification. If the noncompliance cannot be corrected or the recipient is non-responsive, FEMA may proceed with a Remedy Notification, which could impose a remedy for noncompliance per 2 C.F.R. § 200.339, including termination. Any action to terminate based on noncompliance will follow the requirements of 2 C.F.R. §§ 200.341-200.342 as well as the requirement of 2 C.F.R. § 200.340(c) to report in FAPIIS the recipient's material failure to comply with the award terms and conditions. See also the section on Actions to Address Noncompliance in this NOFO.

### b. With the Consent of the Recipient

FEMA may also terminate an award in whole or in part with the consent of the recipient, in which case the parties must agree upon the termination conditions, including the effective date, and in the case of partial termination, the portion to be terminated.

### c. Notification by the Recipient

The recipient may terminate the award, in whole or in part, by sending written notification to FEMA setting forth the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated. In the case of partial termination, FEMA may determine that a partially terminated award will not accomplish the purpose of the federal award, so FEMA may terminate the award in its entirety. If that occurs, FEMA will follow the requirements of 2 C.F.R. §§ 200.341-200.342 in deciding to fully terminate the award.

## 2. Program Evaluation



Federal agencies are required to structure NOFOs that incorporate program evaluation activities from the outset of their program design and implementation to meaningfully document and measure their progress towards meeting agency priority goal(s) and program outcomes.

OMB Memorandum M-21-27, Evidence-Based Policymaking: Learning Agendas and Annual Evaluation Plans, implementing Title I of the Foundations for Evidence-Based Policymaking Act of 2018, Pub. L. No. 115-435 (2019) (Evidence Act), urges federal awarding agencies to use program evaluation as a critical tool to learn, improve equitable delivery, and elevate program service and delivery across the program lifecycle. Evaluation means "an assessment using systematic data collection and analysis of one or more programs, policies, and organizations intended to assess their effectiveness and efficiency." Evidence Act, § 101 (codified at 5 U.S.C. § 311).

As such, recipients and subrecipients are required to participate in a DHS-, Component-, or Program Office-led evaluation if selected, which may be carried out by a third-party on behalf of the DHS, its component agencies, or the Program Office. Such an evaluation may involve information collections including, but not limited to, surveys, interviews, or discussions with individuals who benefit from the federal award program operating personnel, and award recipients, as specified in a DHS-, component agency-, or Program Office-approved evaluation plan. More details about evaluation requirements may be provided in the federal award, if available at that time, or following the award as evaluation requirements are finalized. Evaluation costs incurred during the period of performance are allowable costs (either as direct or indirect). Recipients and subrecipients are also encouraged, but not required, to participate in any additional evaluations after the period of performance ends, although any costs incurred to participate in such evaluations are not allowable and may not be charged to the federal award.

## 3. Period of Performance Extensions

Extensions to the period of performance (POP) for this program may be permitted only with prior written approval from FEMA. Recipients must request extensions prior to the expiration of the POP. Extensions to the POP identified in the award will only be considered through formal, written requests to the recipient's FEMA Program Analyst or other relevant FEMA position and must contain specific and compelling justifications as to why an extension is required. Recipients are advised to coordinate with the FEMA Program Analyst or other relevant FEMA



position as needed when preparing an extension request.

All extension requests must address the following:

a.   The grant program, fiscal year, and award number;

b.   Reason for the delay –including details of the legal, policy, or operational challenges that prevent the final outlay of awarded funds by the deadline;

c.   Current status of the activity(ies);

d.   Approved POP termination date and new project completion date;

e.   Amount of funds drawn down to date;

f.   Remaining available funds, both federal and, if applicable, non-federal;

g.   Budget outlining how remaining federal and, if applicable, non-federal funds will be expended;

h.   Plan for completion, including milestones and timeframes for achieving each milestone and the position or person responsible for implementing the plan for completion; and

i.   Certification that the activity(ies) will be completed within the extended POP without any modification to the original statement of work and as approved by FEMA.

Extension requests will be granted only due to compelling legal, policy, or operational challenges. Extension requests will only be considered for the following reasons:

- Contractual commitments by the recipient or subrecipient with vendors prevent completion of the project, including delivery of equipment or services, within the existing POP;
- The project must undergo a complex environmental review that cannot be completed within the existing POP;
- Projects are long-term by design, and therefore acceleration would compromise core programmatic goals; or
- Where other special or extenuating circumstances exist.



Recipients should submit all proposed extension requests to FEMA for review and approval at least 120 days prior to the end of the POP to allow sufficient processing time. Extensions may be granted one time for up to 120 days. Extensions are typically granted for no more than a six-month period.

## 4. Disability Integration

Pursuant to Section 504 of the Rehabilitation Act of 1973, recipients of FEMA financial assistance must ensure that their programs and activities do not discriminate against qualified individuals with disabilities.

Grant and cooperative agreement recipients should engage with the whole community to advance individual and community preparedness and to work as a nation to build and sustain resilience. In doing so, recipients are encouraged to consider the needs of individuals with disabilities into the activities and projects funded by the grant or cooperative agreement.

FEMA expects that the integration of the needs of people with disabilities will occur at all levels, including planning; alerting, notification, and public outreach; training; purchasing of equipment and supplies; protective action implementation; and exercises/drills.

The following are examples that demonstrate the integration of the needs of people with disabilities in carrying out FEMA awards:

- Include representatives of organizations that work with/for people with disabilities on planning committees, work groups and other bodies engaged in development and implementation of the grant programs and activities.
- Hold all activities related to the grant in locations that are accessible to persons with physical disabilities and intellectual disabilities to the extent practicable.
- Provide auxiliary aids and services, including American Sign Language interpreters, that provide public information across the community and in shelters.
- Ensure shelter-specific grant funds are in alignment with FEMA's Guidance on Planning for Integration of Functional Needs Support Services in General Population Shelters.
- If making alterations to an existing building to a primary function area utilizing federal funds, complying with the most recent codes and standards and making path of travel to the primary function area accessible to the greatest extent



possible.

- Implement specific procedures used by public transportation agencies that include evacuation and passenger communication plans and measures for individuals with disabilities.
- Identify, create, and deliver training to address any training gaps specifically aimed toward whole-community preparedness. Include and interact with individuals with disabilities, aligning with the designated program capability.
- Establish best practices in inclusive planning and preparedness that consider physical access, needs of individuals with intellectual disabilities, and information access.

FEMA grant recipients can fund projects towards the resiliency of the whole community, including people with disabilities, such as training, outreach and safety campaigns, provided that the project aligns with this NOFO and the terms and conditions of the award.

## 5. Conflicts of Interest in the Administration of Federal Awards or Subawards

For conflicts of interest under grant-funded procurements and contracts, refer to the section on Procurement Integrity in this NOFO and 2 C.F.R. §§ 200.317 – 200.327.

To eliminate and reduce the impact of conflicts of interest in the subaward process, recipients and pass-through entities must follow their own policies and procedures regarding the elimination or reduction of conflicts of interest when making subawards. Recipients and pass-through entities are also required to follow any applicable federal and state, local, tribal, or territorial (SLTT) statutes or regulations governing conflicts of interest in the making of subawards.

The recipient or pass-through entity must disclose to the respective Program Analyst or Program Manager, in writing, any real or potential conflict of interest that may arise during the administration of the federal award, as defined by the federal or SLTT statutes or regulations or their own existing policies, within five days of learning of the conflict of interest. Similarly, subrecipients, whether acting as subrecipients or as pass-through entities, must disclose any real or potential conflict of interest to the recipient or next-level pass-through entity as required by the recipient or pass-through entity's conflict of interest policies, or any applicable federal or SLTT statutes or regulations.



Conflicts of interest may arise during the process of FEMA making a federal award in situations where an employee, officer, or agent, any members of his or her immediate family, his or her partner has a close personal relationship, a business relationship, or a professional relationship, with an applicant, subapplicant, recipient, subrecipient, or FEMA employees.

## 6. Procurement Integrity

Through audits conducted by the DHS Office of Inspector General (OIG) and FEMA grant monitoring, findings have shown that some FEMA recipients have not fully adhered to the proper procurement requirements at 2 C.F.R. §§ 200.317 – 200.327when spending grant funds. Anything less than full compliance with federal procurement requirements jeopardizes the integrity of the grant as well as the grant program. To assist with determining whether an action is a procurement or instead a subaward, please consult 2 C.F.R. § 200.331. For detailed guidance on the federal procurement standards, recipients and subrecipients should refer to various materials issued by FEMA's Procurement Disaster Assistance Team (PDAT), such as the PDAT Field Manual and Contract Provisions Guide. Additional resources, including an upcoming trainings schedule, can be found on the PDAT Website.

The below highlights the federal procurement requirements for FEMA recipients when procuring goods and services with federal grant funds. FEMA will include a review of recipients' procurement practices as part of the normal monitoring activities. **All procurement activity must be conducted in accordance with federal procurement standards at 2 C.F.R. §§ 200.317 – 200.327.** Select requirements under these standards are listed below. The recipient and any of its subrecipients must comply with all requirements, even if they are not listed below.

Under 2 C.F.R. § 200.317, when procuring property and services under a federal award, states (including territories) must follow the same policies and procedures they use for procurements from their non-federal funds; additionally, states must now follow 2 C.F.R. § 200.321 regarding socioeconomic steps, 200.322 regarding domestic preferences for procurements, 200.323 regarding procurement of recovered materials, and 2 C.F.R. § 200.327 regarding required contract provisions.



All other non-federal entities, such as tribes (collectively, non-state entities), must have and use their own documented procurement procedures that reflect applicable SLTT laws and regulations, provided that the procurements conform to applicable federal law and the standards identified in 2 C.F.R. Part 200. These standards include, but are not limited to, providing for full and open competition consistent with the standards of 2 C.F.R. § 200.319 and the required procurement methods at § 200.320.

### a.  Important Changes to Procurement Standards in 2 C.F.R. Part 200

States are now required to follow the socioeconomic steps in soliciting small and minority businesses, women's business enterprises, and labor surplus area firms per 2 C.F.R. § 200.321. All non-federal entities should also, to the greatest extent practicable under a federal award, provide a preference for the purchase, acquisition, or use of goods, products, or materials produced in the United States per 2 C.F.R. § 200.322. More information on OMB's revisions to the federal procurement standards can be found in Purchasing Under a FEMA Award: OMB Revisions Fact Sheet.

The recognized procurement methods in 2 C.F.R. § 200.320 have been reorganized into informal procurement methods, which include micro-purchases and small purchases; formal procurement methods, which include sealed bidding and competitive proposals; and noncompetitive procurements. The federal micro-purchase threshold is currently $10,000, and non-state entities may use a lower threshold when using micro-purchase procedures under a FEMA award. If a non-state entity wants to use a micro-purchase threshold higher than the federal threshold, it must follow the requirements of 2 C.F.R. § 200.320(a)(1)(iii)-(v). The federal simplified acquisition threshold is currently $250,000, and a non-state entity may use a lower threshold but may not exceed the federal threshold when using small purchase procedures under a FEMA award. See 2 C.F.R. § 200.1 (citing the definition of simplified acquisition threshold from 48 C.F.R. Part 2, Subpart 2.1).

See 2 C.F.R. §§ 200.216, 200.471, and Appendix II as well as section D.13.a of the NOFO regarding prohibitions on covered telecommunications equipment or services.

### b.  Competition and Conflicts of Interest

 FEMA

Among the requirements of 2 C.F.R. § 200.319(b) applicable to all non-federal entities other than states, in order to ensure objective contractor performance and eliminate unfair competitive advantage, contractors that develop or draft specifications, requirements, statements of work, or invitations for bids or requests for proposals must be excluded from competing for such procurements. FEMA considers these actions to be an organizational conflict of interest and interprets this restriction as applying to contractors that help a non-federal entity develop its grant application, project plans, or project budget. This prohibition also applies to the use of former employees to manage the grant or carry out a contract when those former employees worked on such activities while they were employees of the non-federal entity.

Under this prohibition, unless the non-federal entity solicits for and awards a contract covering both development <u>and</u> execution of specifications (or similar elements as described above), and this contract was procured in compliance with 2 C.F.R. §§ 200.317 – 200.327, federal funds cannot be used to pay a contractor to carry out the work if that contractor also worked on the development of those specifications. This rule applies to all contracts funded with federal grant funds, including pre-award costs, such as grant writer fees, as well as post-award costs, such as grant management fees.

Additionally, some of the situations considered to be restrictive of competition include, but are not limited to:

- Placing unreasonable requirements on firms for them to qualify to do business;
- Requiring unnecessary experience and excessive bonding;
- Noncompetitive pricing practices between firms or between affiliated companies;
- Noncompetitive contracts to consultants that are on retainer contracts;
- Organizational conflicts of interest;
- Specifying only a "brand name" product instead of allowing "an equal" product to be offered and describing the performance or other relevant requirements of the procurement; and
- Any arbitrary action in the procurement process.

Per 2 C.F.R. § 200.319(c), non-federal entities other than states must conduct procurements in a manner that prohibits the use of statutorily or administratively imposed SLTT geographical preferences in the evaluation of bids or proposals, except in those cases where applicable federal statutes expressly mandate or



encourage geographic preference. Nothing in this section preempts state licensing laws. When contracting for architectural and engineering services, geographic location may be a selection criterion provided its application leaves an appropriate number of qualified firms, given the nature and size of the project, to compete for the contract.

Under 2 C.F.R. § 200.318(c)(1), non-federal entities other than states are required to maintain written standards of conduct covering conflicts of interest and governing the actions of their employees engaged in the selection, award, and administration of contracts. **No employee, officer, or agent may participate in the selection, award, or administration of a contract supported by a federal award if he or she has a real or apparent conflict of interest.** Such conflicts of interest would arise when the employee, officer or agent, any member of his or her immediate family, his or her partner, or an organization that employs or is about to employ any of the parties indicated herein, has a financial or other interest in or a tangible personal benefit from a firm considered for a contract. The officers, employees, and agents of the non-federal entity may neither solicit nor accept gratuities, favors, or anything of monetary value from contractors or parties to subcontracts. However, non-federal entities may set standards for situations in which the financial interest is not substantial, or the gift is an unsolicited item of nominal value. The standards of conduct must provide for disciplinary actions to be applied for violations of such standards by officers, employees, or agents of the non-federal entity.

Under 2 C.F.R. 200.318(c)(2), if the recipient or subrecipient (other than states) has a parent, affiliate, or subsidiary organization that is not a state, local, tribal, or territorial government, the non-federal entity must also maintain written standards of conduct covering organizational conflicts of interest. In this context, organizational conflict of interest means that because of a relationship with a parent company, affiliate, or subsidiary organization, the non-federal entity is unable or appears to be unable to be impartial in conducting a procurement action involving a related organization. The non-federal entity must disclose in writing any potential conflicts of interest to FEMA or the pass-through entity in accordance with applicable FEMA policy.

### c. Supply Schedules and Purchasing Programs

Generally, a non-federal entity may seek to procure goods or services from a federal supply schedule, state supply schedule, or group purchasing agreement.



### i.  General Services Administration Schedules

States, tribes, and local governments, and any instrumentality thereof (such as local education agencies or institutions of higher education) may procure goods and services from a General Services Administration (GSA) schedule. GSA offers multiple efficient and effective procurement programs for state, tribal, and local governments, and instrumentalities thereof, to purchase products and services directly from pre-vetted contractors. The GSA Schedules (also referred to as the Multiple Award Schedules and the Federal Supply Schedules) are long-term government-wide contracts with commercial firms that provide access to millions of commercial products and services at volume discount pricing.

Information about GSA programs for states, tribes, and local governments, and instrumentalities thereof, can be found on the GSA webpages for State and Local Governments Resources and Schedule Buyers.

For tribes, local governments, and their instrumentalities that purchase off of a GSA schedule, this will satisfy the federal requirements for full and open competition provided that the recipient follows the GSA ordering procedures; however, tribes, local governments, and their instrumentalities will still need to follow the other rules under 2 C.F.R. §§ 200.317 – 200.327, such as solicitation of minority businesses, women's business enterprises, small businesses, or labor surplus area firms (§ 200.321), domestic preferences (§ 200.322), contract cost and price (§ 200.324), and required contract provisions (§ 200.327 and Appendix II).

### ii.  Other Supply Schedules and Programs

For non-federal entities other than states, such as tribes, local governments, and nonprofits, that want to procure goods or services from a state supply schedule, cooperative purchasing program, or other similar program, in order for such procurements to be permissible under federal requirements, the following must be true:

- The procurement of the original contract or purchasing schedule and its use by the non-federal entity complies with state and local law, regulations, and written procurement procedures;
- The state or other entity that originally procured the original contract or purchasing schedule entered into the contract or schedule with the express



purpose of making it available to the non-federal entity and other similar types of entities;

- The contract or purchasing schedule specifically allows for such use, and the work to be performed for the non-federal entity falls within the scope of work under the contract as to type, amount, and geography;
- The procurement of the original contract or purchasing schedule complied with all the procurement standards applicable to a non-federal entity other than states under 2 C.F.R. §§ 200.317 – 200.327; and
- With respect to the use of a purchasing schedule, the non-federal entity must follow ordering procedures that adhere to applicable state, tribal, and local laws and regulations and the minimum requirements of full and open competition under 2 C.F.R. Part 200.

If a non-federal entity other than a state seeks to use a state supply schedule, cooperative purchasing program, or other similar type of arrangement, FEMA recommends the recipient discuss the procurement plans with its FEMA Program Analyst or other relevant FEMA position.

### d. Procurement Documentation

Per 2 C.F.R. § 200.318(i), non-federal entities other than states and territories are required to maintain and retain records sufficient to detail the history of procurement covering at least the rationale for the procurement method, selection of contract type, contractor selection or rejection, and the basis for the contract price. States and territories are encouraged to maintain and retain this information as well and are reminded that in order for any cost to be allowable, it must be adequately documented per 2 C.F.R. § 200.403(g).

Examples of the types of documents that would cover this information include but are not limited to:

- Solicitation documentation, such as requests for quotes, invitations for bids, or requests for proposals;
- Responses to solicitations, such as quotes, bids, or proposals;
- Pre-solicitation independent cost estimates and post-solicitation cost/price analyses on file for review by federal personnel, if applicable;
- Contract documents and amendments, including required contract provisions; and



- Other documents required by federal regulations applicable at the time a grant is awarded to a recipient.
- Additional information on required procurement records can be found on pages 24-26 of the PDAT Field Manual.

## 7. Financial Assistance Programs for Infrastructure

### e.  Build America, Buy America Act

Recipients and subrecipients must comply with the Build America, Buy America Act (BABAA), which was enacted as part of the Infrastructure Investment and Jobs Act §§ 70901-70927, Pub. L. No. 117-58 (2021); and Executive Order 14005, Ensuring the Future is Made in All of America by All of America's Workers. See also 2 C.F.R. Part 184 and Office of Management and Budget (OMB) Memorandum M-24-02, Implementation Guidance on Application of Buy America Preference in Federal Financial Assistance Programs for Infrastructure.

None of the funds provided under this program may be used for a project for infrastructure unless the iron and steel, manufactured products, and construction materials used in that infrastructure are produced in the United States.

The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project.

For FEMA's official policy on BABAA, please see FEMA Policy 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: Buy America Preference in FEMA Financial Assistance Programs for Infrastructure. To see whether a particular FEMA federal financial assistance program is considered an infrastructure program and thus required to include a Buy America preference, please see Programs and Definitions: Build America, Buy America Act | FEMA.gov and Buy America Preference in FEMA Financial Assistance Programs for Infrastructure.



## f. Waivers

When necessary, recipients (and subrecipients through their pass-through entity) may apply for, and FEMA may grant, a waiver from these requirements.

A waiver of the domestic content procurement preference may be granted by the agency awarding official if FEMA determines that:

- Applying the domestic content procurement preference would be inconsistent with the public interest.
- The types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality.
- The inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25%.

For FEMA awards, the process for requesting a waiver from the Buy America preference requirements can be found on FEMA's website at: "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov.

## g. Definitions

For BABAA specific definitions, please refer to the FEMA Buy America website at: "Programs and Definitions: Build America, Buy America Act | FEMA.gov."

Please refer to the applicable DHS Standard Terms & Conditions for the BABAA specific term applicable to all FEMA financial assistance awards for infrastructure.

## 8. Record Retention

## a. Record Retention Period

Financial records, supporting documents, statistical records, and all other non-federal entity records pertinent to a Federal award generally must be maintained for at least three years from the date the final FFR is submitted. See 2 C.F.R. § 200.334. Further, if the recipient does not submit a final FFR and the award is administratively closed, FEMA uses the date of administrative closeout as the start



of the general record retention period.

The record retention period **may be longer than three years or have a different start date** in certain cases. These include:

- Records for real property and equipment acquired with Federal funds must be retained for **three years after final disposition of the property**. See 2 C.F.R. § 200.334(c).
- If any litigation, claim, or audit is started before the expiration of the three-year period, the records **must be retained until** all litigation, claims, or audit findings involving the records **have been resolved and final action taken**. See 2 C.F.R. § 200.334(a).
- The **record retention period will be extended if the non-federal entity is notified in writing** of the extension by FEMA, the cognizant or oversight agency for audit, or the cognizant agency for indirect costs, or pass-through entity. See 2 C.F.R. § 200.334(b).
- Where FEMA requires recipients to report program income after the period of performance ends, the **program income record retention period begins at the end of the recipient's fiscal year in which program income is earned**. See 2 C.F.R. § 200.334(e).
- For indirect cost rate computations and proposals, cost allocation plans, or any similar accounting computations of the rate at which a particular group of costs is chargeable (such as computer usage chargeback rates or composite fringe benefit rates), the start of the record retention period depends on whether the indirect cost rate documents were submitted for negotiation. If the **indirect cost rate documents were submitted for negotiation, the record retention period begins from the date those documents were submitted** for negotiation. If indirect cost rate documents were **not submitted for negotiation, the record retention period begins at the end of the recipient's fiscal year or other accounting period covered by that indirect cost rate**. See 2 C.F.R. § 200.334(f).

### b.  Types of Records to Retain

FEMA requires that non-federal entities maintain the following documentation for federally funded purchases:

- Specifications



- Solicitations
- Competitive quotes or proposals
- Basis for selection decisions
- Purchase orders
- Contracts
- Invoices
- Cancelled checks

Non-federal entities should keep detailed records of all transactions involving the grant. FEMA may at any time request copies of any relevant documentation and records, including purchasing documentation along with copies of canceled checks for verification. See, e.g., 2 C.F.R. §§ 200.318(i), 200.334, 200.337.

In order for any cost to be allowable, it must be adequately documented per 2 C.F.R. § 200.403(g). Non-federal entities who fail to fully document all purchases may find their expenditures questioned and subsequently disallowed.

## 9. Actions to Address Noncompliance

Non-federal entities receiving financial assistance funding from FEMA are required to comply with requirements in the terms and conditions of their awards or subawards, including the terms set forth in applicable federal statutes, regulations, NOFOs, and policies. Throughout the award lifecycle or even after an award has been closed, FEMA or the pass-through entity may discover potential or actual noncompliance on the part of a recipient or subrecipient. This potential or actual noncompliance may be discovered through routine monitoring, audits, civil rights complaint investigations and compliance reviews, closeout, or reporting from various sources.

In the case of any potential or actual noncompliance, FEMA may place special conditions on an award per 2 C.F.R. §§ 200.208 and 200.339, FEMA may place a hold on funds until the matter is corrected, or additional information is provided per 2 C.F.R. § 200.339, or it may do both. Similar remedies for noncompliance with certain federal civil rights laws are authorized pursuant to 44 C.F.R. Parts 7 and 19 or other applicable regulations.

In the event the noncompliance is not able to be corrected by imposing additional conditions or the recipient or subrecipient refuses to correct the matter, FEMA may take other remedies allowed under 2 C.F.R. § 200.339. These remedies



include actions to disallow costs, recover funds, wholly or partly suspend or terminate the award, initiate suspension and debarment proceedings, withhold further federal awards, or take other remedies that may be legally available. For further information on termination due to noncompliance, see the section on Termination Provisions in the NOFO.

FEMA may discover and take action on noncompliance even after an award has been closed. The closeout of an award does not affect FEMA's right to disallow costs and recover funds as long as the action to disallow costs takes place during the record retention period. See 2 C.F.R. §§ 200.334, 200.345(a). Closeout also does not affect the obligation of the non-federal entity to return any funds due as a result of later refunds, corrections, or other transactions. 2 C.F.R. § 200.345(a)(2).

The types of funds FEMA may attempt to recover include, but are not limited to, improper payments, cost share reimbursements, program income, interest earned on advance payments, or equipment disposition amounts.

FEMA may seek to recover disallowed costs through a Notice of Potential Debt Letter, a Remedy Notification, or other letter. The document will describe the potential amount owed, the reason why FEMA is recovering the funds, the recipient's appeal rights, how the amount can be paid, and the consequences for not appealing or paying the amount by the deadline.

If the recipient neither appeals nor pays the amount by the deadline, the amount owed will become final. Potential consequences if the debt is not paid in full or otherwise resolved by the deadline include the assessment of interest, administrative fees, and penalty charges; administratively offsetting the debt against other payable federal funds; and transferring the debt to the U.S. Department of the Treasury for collection.

FEMA notes the following common areas of noncompliance for FEMA's grant programs:

- Insufficient documentation and lack of record retention.
- Failure to follow the procurement under grants requirements.
- Failure to submit closeout documents in a timely manner.
- Failure to follow EHP requirements.
- Failure to comply with the POP deadline.



## 10. Audits

FEMA grant recipients are subject to audit oversight from multiple entities including the DHS OIG, the GAO, the pass-through entity, or independent auditing firms for single audits, and may cover activities and costs incurred under the award. Auditing agencies such as the DHS OIG, the GAO, and the pass-through entity (if applicable), and FEMA in its oversight capacity, must have access to records pertaining to the FEMA award. Recipients and subrecipients must retain award documents for at least three years from the date the final FFR is submitted, and even longer in many cases subject to the requirements of 2 C.F.R. § 200.334. In the case of administrative closeout, documents must be retained for at least three years from the date of closeout, or longer subject to the requirements of 2 C.F.R. § 200.334. If documents are retained longer than the required retention period, the DHS OIG, the GAO, and the pass-through entity, as well as FEMA in its oversight capacity, have the right to access these records as well. See 2 C.F.R. §§ 200.334, 200.337.

Additionally, non-federal entities must comply with the single audit requirements at 2 C.F.R. Part 200, Subpart F. Specifically, non-federal entities, other than for-profit subrecipients, that expend $750,000 or more in federal awards during their fiscal year must have a single or program-specific audit conducted for that year in accordance with Subpart F. 2 C.F.R. § 200.501. A single audit covers all federal funds expended during a fiscal year, not just FEMA funds. The cost of audit services may be allowable per 2 C.F.R. § 200.425, but non-federal entities must select auditors in accordance with 2 C.F.R. § 200.509, including following the proper procurement procedures. For additional information on single audit reporting requirements, see section F of this NOFO under the header "Single Audit Report" within the subsection "Additional Reporting Requirements" or other applicable document.

The objectives of single audits are to:

- Determine if financial statements conform to generally accepted accounting principles (GAAP);
- Determine whether the schedule of expenditures of federal awards is presented fairly;
- Understand, assess, and test the adequacy of internal controls for compliance with major programs; and



- Determine if the entity complied with applicable laws, regulations, and contracts or grants.

For single audits, the auditee is required to prepare financial statements reflecting its financial position, a schedule of federal award expenditures, and a summary of the status of prior audit findings and questioned costs. The auditee also is required to follow up and take appropriate corrective actions on new and previously issued but not yet addressed audit findings. The auditee must prepare a corrective action plan to address the new audit findings. 2 C.F.R. §§ 200.508, 200.510, 200.511.

Non-federal entities must have an audit conducted, either single or program-specific, of their financial statements and federal expenditures annually or biennially pursuant to 2 C.F.R. § 200.504. Non-federal entities must also follow the information submission requirements of 2 C.F.R. § 200.512, including submitting the audit information to the Federal Audit Clearinghouse within the earlier of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period. The audit information to be submitted include the data collection form described at 2 C.F.R. § 200.512(c) and Appendix X to 2 C.F.R. Part 200 as well as the reporting package described at 2 C.F.R. § 200.512(b).

The non-federal entity must retain one copy of the data collection form and one copy of the reporting package for three years from the date of submission to the Federal Audit Clearinghouse. 2 C.F.R. § 200.512; see also 2 C.F.R. § 200.517 (setting requirements for retention of documents by the auditor and access to audit records in the auditor's possession).

FEMA, the DHS OIG, the GAO, and the pass-through entity (if applicable), as part of monitoring or as part of an audit, may review a non-federal entity's compliance with the single audit requirements. In cases of continued inability or unwillingness to have an audit conducted in compliance with 2 C.F.R. Part 200, Subpart F, FEMA and the pass-through entity, if applicable, are required to take appropriate remedial action under 2 C.F.R. § 200.339 for noncompliance, pursuant to 2 C.F.R. § 200.505.

## 11. Payment Information

FEMA uses the Direct Deposit/Electronic Funds Transfer (DD/EFT) method of payment to recipients.



Payment requests are submitted through FEMA GO.

## 12. Whole Community Preparedness

Preparedness is a shared responsibility that calls for the involvement of everyone—not just the government—in preparedness efforts. By working together, everyone can help keep the nation safe from harm and help keep it resilient when struck by hazards, such as natural disasters, acts of terrorism, and pandemics.

Whole Community includes:

- Individuals and families, including those with access and functional needs
- Businesses
- Faith-based and community organizations
- Nonprofit groups
- Schools and academia
- Media outlets
- All levels of government, including state, local, tribal, territorial, and federal partners

The phrase "Whole Community" often appears in preparedness materials, as it is one of the guiding principles. It means two things:

1. Involving people in the development of national preparedness documents.

2. Ensuring their roles and responsibilities are reflected in the content of the materials.

## 13. Report issues of fraud, waste, abuse

Please note, when applying to this notice of funding opportunity and when administering the grant, applicants may report issues of fraud, waste, abuse, and mismanagement, or other criminal or noncriminal misconduct to the Office of Inspector General (OIG) Hotline. The toll-free numbers to call are 1-800-323-8603, and TTY 1-844-889-4357.

## 14. Hazard-Resistant Building Codes

Hazard-resistant building codes are a foundational element of a more resilient nation, safeguarding communities and lives against natural disasters, with an



estimated $11:1 return on investment. The adoption, enforcement and application of modern building codes mitigates community vulnerabilities, reduces disaster recovery costs, and strengthens nationwide capability. FEMA is working to promote and support building codes in all areas of its work in support of the multi-agency National Initiative to Advance Building Codes. In the interest of building a stronger, more resilient nation, FEMA encourages all grant recipients and subrecipients to meet current published editions of relevant consensus-based building codes, specifications and standards, and to exceed them where feasible.

## Appendix A: Allowable Activities

To be reimbursed, all costs must be allowable, reasonable, and allocable (2 C.F.R. 200.403 - 405). In addition to the criteria at 2 C.F.R. § 200.403, costs are allowable only for activities identified in Appendix A. At least one primary service is required for all eligible applicants. All services are allowed only for noncitizen migrants released from a DHS facility. Recipients must ensure they are not charging to FY 2024 SSP-A prior costs associated with Emergency Food and Shelter Program-Humanitarian or other SSP awards.

**Primary Services**

- Shelter
    - Per diem per noncitizen migrant sheltered in an overnight congregate facility; applicants can request full per diem on the first through last days of any multi-day stay (rate cannot exceed $12.50 per noncitizen migrant per day)
    - Rental costs of real property used for providing services covered under SSP.
    - Hotel/motel room costs used to provide services (costs should be reasonable based on the rate set by the U.S. General Services Administration (GSA) for the location plus necessary taxes and fees, or to the extent the costs do not exceed charges normally allowed by the applicant in its regular operations).
    - Cots and beds, including pillows
    - Temporary structures (e.g., tents)
    - Linens (e.g., sheets, towels, washcloths)
    - Overnight shelter utilities (electricity, gas, water, cell phone plans, internet plans) (rate cannot exceed $10 per noncitizen migrant served per day)
    - Non-overnight facility utilities (electricity, gas, water, cell phone plans, internet plans) (rate cannot exceed $5 per noncitizen migrant served per day)



- Maintenance and housekeeping (e.g., repair and cleaning supplies, shower maintenance)
    - Contracted Services (e.g., security, laundry, trash pickup, cleaning services)
    - Applicants are strongly encouraged to consider use of shelter services in compliance with the Hotel and Motel Fire Safety Act of 1990, which encourages fire safety in places that offer lodging to the public.
- Food
    - Food items
    - Food banks (direct food/meal-supportive purchases for noncitizen migrants recently released by DHS)
    - Food banks (indirect support of noncitizen migrants recently released by DHS by giving food/meal supportive items to other agencies that provide the direct services)
    - Contracted meals (paying a contractor to pay for/provide meals) (rate cannot exceed $15 per meal)
    - Food storage containers (e.g., separating bulk food purchases, storing prepared food)
    - Dishes, utensils, and linens (e.g., plates, forks, knives, napkins)
    - Cookware and serveware (e.g., pots, pans)
    - Maintenance and housekeeping (e.g., repair and cleaning supplies)
    - Contracted services (e.g., security, trash pickup, cleaning services)
- Transportation
    - Subject to the limitations below, transportation expenses are allowable for the following activities:
        - Transportation of noncitizen migrants from DHS release facility to the shelter or services provider's location.  Eligible transportation expenses from DHS facility to shelter or service provider may include charter bus, taxi, mileage, etc.
        - Onward destination transportation, which is defined as transportation of a noncitizen migrant from a shelter and/or service provider's location to the noncitizen migrant's final destination/point of contact
            - Long distance transportation (50 miles or more) includes air, bus, or train expenses to move families and individuals released by DHS to another city or state.
        - Transportation of a noncitizen migrant from one shelter or service provider's location to another shelter or service provider's location to decompress the population at the shelter or service provider.
        - Rideshares:



- Rideshares are allowable for transportation from DHS release facility to a shelter or service provider and for transportation between shelter or service providers but are not allowable for onward destination travel.
- If rideshares are purchased, total mileage cannot exceed 50 miles per ride
- Parking (e.g., local street, airport).
- *Transportation Limitations:*
    - Transportation used must be the most cost-effective form and be at a reasonable overall cost to maximize grant dollars.
    - Any form of contracted transportation services must meet the procurement standards in 2 C.F.R. Part 200.
    - International transportation is not allowable. Only transportation within the contiguous United States (lower 48 states and Washington, D.C.) are allowed.
    - All fares must be coach class on a commercial airline or train; any form of "luxury" transportation is not allowable (e.g., business or first class, limousine services, etc.).
    - If tickets are purchased for individuals, airfare cannot exceed $700 per ticket.
    - For all applicable transportation expenses, the mileage rate cannot exceed current GSA federal rate
    - Rental/lease of multi passenger vans may be used only for transportation of noncitizen migrants from DHS facility to shelter and service provider location.
    - Charter bus and other forms of grouped transportation should operate at a minimum average of 66% capacity. This minimum should be achieved on average, across multiple charter bus or other grouped transportation trips over the course of a documented period of time. Recipients should self-verify average grouped transportation capacity metrics on a weekly, monthly, or quarterly basis, as applicable.
- Additional limitations on transportation of a noncitizen migrant from one shelter or service provider's location to another shelter or service provider's location:
    - This transportation is allowable only if the transportation was coordinated, in writing, between the providers prior to travel.
    - Coordination includes but is not limited to: a minimum of 48-hour (distance permitting) notice before arrival; the identification of an arrival time and location that is suitable to the receiving service provider; and



the identification of any critical unmet needs.
- Upon request, recipients may be required to provide proof of this written coordination in order to be reimbursed.
- The chartering of aircraft, watercraft, or other vehicle not specifically stated in this Appendix is not allowable.
- If an individual released by DHS presents themselves or is observed to have acute or severe medical issues, those issues must be addressed before engaging in long-distance travel (50 miles or greater) or the cost is not allowable.

- Acute medical care
  - Basic first aid care and supplies (e.g., band-aids)
  - Health screenings, including for mental health
  - Medical care for assessment and stabilization for onward travel, including ground-based ambulance transport
  - Testing and limited care related to quarantining and isolation
  - Over-The-Counter Medication (e.g., aspirin)
  - Personal Protective Equipment (PPE) for both shelter staff and noncitizen migrants
  - Limited Durable Medical Equipment (DME)
    - Examples of DME include: bariatric cots, wheelchairs, wheelchair ramps, walkers, commodes, toilet seats, IV-Poles, canes, crutches, handheld shower, shower chair, transfer boards, gait belt, gravity feeding set, assistive listening devices, headset, magnifying glass, communication cards, adaptive eating devices, bedside commode, elevated toilet seat, 3-in-one commode, shower mat non-slip, digital infrared thermometer, seated (Bariatric) walker, comfort box, small refrigerator for medications.
  - Prescription medication for managing acute or chronic care
  - Lab testing
- Personal hygiene supplies (hygiene items, toiletries, feminine hygiene products, baby wipes, diapers, etc.)
- Labor for primary services (for more information, see 2 CFR 200.430)
  - Labor for primary services means only the compensation for the time employees or contractors are directly providing primary services and/or receiving training on the provision of primary services. Labor (personal services) must follow the requirements and guidelines established in 2 CFR 200.430.
  - Personnel managing cases to provide primary services, such as coordinating initial transportation and onward destination movement, is allowable.


**FEMA**

- Travel and relocation expenses for primary labor (personal service) costs are not allowable.
- Costs associated with management and administration are addressed separately below.

## Secondary Services

- Renovations or modifications to existing facilities
  - Applications that include funding requests for renovations or modifications to existing facilities cannot exceed $250,000 for the entire application budget.
  - SSP funding may only be used for those parts of the facility that are directly associated with providing services to noncitizen migrants released from DHS custody.
  - Funding can be used for:
    - Improvements to expand capacity and services and to address safety concerns. Renovations and modifications to existing facilities cannot change the existing footprint of the facility.
    - Repairs to facilities to provide services (e.g., update bathroom/renovate kitchen) to make them safe and sanitary or compliant with state and local codes.
    - Planning costs to support the SSP renovations or modifications to existing facilities are allowable. These planning activities include the following:
      - Develop plans, protocols, or procedures for the operation and use related to new capabilities as a result of the renovations or modifications to existing facilities;
      - Conduct physical security assessments;
      - Analyze design and implementation of protection system (e.g., fire protection and suppression, atmospheric filtration, explosives mitigation) for renovations or modifications to existing facilities.
    - Obtaining permits and completing inspections which are necessary for specified improvements.
- Clothing (shirts, pants, outerwear, underwear and bras, socks, shoes/shoelaces, backpacks, belts, etc.)
- Outreach information (e.g., communications development and distribution, contracts, printing services)
- Translation services (e.g., contracts and external support)
- Labor for secondary services (see 2 CFR 200.430))



- Labor for secondary services means only the compensation for the time employees or contractors are directly providing secondary services and/or receiving training on the provision of secondary services.
- Travel and relocation expenses for secondary labor (personal service) costs are not allowable.
- Costs associated with management and administration are addressed separately below.

### Management & Administration

Management & Administration (M&A) costs are allowable and do not count as a primary or secondary service. M&A is defined as director/manager level and administrative staff time, contracted or otherwise, to provide services directly or to support needs of families and individuals released by DHS. Recipients may expend up to 5% of an SSP award for allowable M&A costs. Subrecipients may also expend up to 5% of their SSP subaward for allowable M&A costs. These may include services providing grants management, including grant application preparation. These may also include recordkeeping (e.g., IT assistance (contracts and external support) and costs associated with creating a database and/or tracking system to assist with managing SSP funds as well as cybersecurity assessments and enhancements.

### Leases

Rental costs and leases are allowable under FY 2024 SSP-A. Leased property can be reimbursed (as allocable) for any SSP service.

## Appendix B: Payment Requests and Amendments

Appendix B contains detailed information on SSP Award Administration. Reviewing this information may help recipients in the programmatic and financial administration of their award(s).

### Payments and Amendments

FEMA uses the Direct Deposit/Electronic Funds Transfer (DD/EFT) method of payment to recipients. SSP payment/drawdown requests are generated using FEMA GO. SSP payment/drawdown requests will be governed by applicable federal regulations in effect at the time a grant is awarded to the recipient and may



be either advances or reimbursements. Recipients should not expend funds until all special conditions listed on the grant award document have been met, including completion of EHP review, active SAM.gov registration, and the request for payment in FEMA GO has been approved.

Recipients should draw down funds based upon immediate disbursement requirements; however, FEMA strongly encourages recipients to draw down funds as close to disbursement or expenditure as possible to avoid accruing interest.

Non-federal entities must submit the following documents at time of drawdown requests:

- If the drawdown request includes money for a subrecipient, specify the subrecipient and allowable activities the funding covers.
- For renovations or modifications to rented real property only: If an applicant or subapplicant is requesting funding for renovations or modifications to rented real property and documentation has not previously been provided, submit rental agreement addressing space, any limitations of use, and rental period.
- For all services covered by the draw down request, provide Alien Registration Numbers (A-Numbers) or evidence of DHS processing (e.g., I-94, I-385, I-860, I-862): A summary list reporting A-Numbers, names, corresponding DHS release dates of the served population, and corresponding service dates of the served population. Please do not send copies of the forms themselves. Applicants must use the provided A-Number Submission Template to populate the information. Recipients must ensure that full A-Numbers and accurate dates of service are provided.
- Proof of Purchase Documentation:
  - For each requested allowable activity service category (See Appendix A), provide one example of proof of payment (e.g., canceled check, credit card statement, etc.) and a receipt reflecting the purchase. Provide one document inclusive of all proofs of payment and receipts less than $5,000. In the document (a spreadsheet is preferred), identify the following things:
    - For each proof of payment receipt, the allowable activity/service category being funded (see the Application Worksheet, Budget Worksheet tab for categories)
    - The date of the receipt
    - The proof of purchase associated with the line item (file name, page number, transaction ID, or other unique identifier to clearly link the line item with the proof of purchase)



- The line item details from the receipt (what the item is)
- The quantity if more than one
- The amount requested for reimbursement by line item, not receipt total
- If applicable, which proofs of payment and receipts are for which subrecipient.
  - For each purchase or allowable cost of $5,000 or more, provide proof of payment and a receipt reflecting the purchase or other documentation demonstrating calculation and allocation of cost in accordance with 2 CFR Part 200, Subpart E. Provide one document inclusive of all proofs of payment and receipts $5,000 or more. In the document, identify which proofs of payment and receipts are for which allowable activity service category (See Appendix A). If applicable, also identify which proofs of payment and receipts are for which subrecipient.

Non-federal entities should keep detailed records of all transactions involving the grant. FEMA may at any time request copies of any relevant documentation and records. See, e.g., 2 C.F.R. §§ 200.318(i), 200.334, 200.337.

**Reimbursement and Advanced Funding**

FEMA recognizes that many SSP recipients and subrecipients – particularly nonprofit organizations – may not have the requisite cash on hand readily available for immediate procurement of services. Given this situation, FEMA will allow for advanced-based funding in addition to the preferred reimbursement-based funding, with the following caveats:

**Reimbursement**

Payment by reimbursement is the preferred method (see 2 C.F.R. § 200.305). As a prerequisite of SSP approval for reimbursement requests, recipients shall include proof of purchase, in the form of a canceled check or credit card transaction, active SAM.gov registration, and a final invoice(s) in each reimbursement SSP Program payment/drawdown request. In accordance with U.S. Department of Treasury regulations at 31 C.F.R. Part 205, if applicable, the recipient shall maintain procedures to minimize the time elapsing between the transfer of funds and the disbursement of said funds.

**Advanced Funding**



Recipients may be paid in advance, provided they maintain or demonstrate the willingness and ability to maintain procedures to minimize the time elapsing between the transfer of funds and its disbursement by the recipient (not to exceed 90 days), and the financial management systems that meet the standards for fund control and accountability as established in 2 C.F.R. Part 200. The recipient shall include invoice(s) and/or purchase orders for advance SSP payment/drawdown requests. In the case of advance payments, recipients submit additional documentation (e.g., A-Number template) after the disbursement of funds. EHP review requirements must be met prior to advanced payments. Although advance drawdown requests are permissible, recipients remain subject to applicable federal laws in effect at the time a grant is awarded to the recipient. Governing interest requirements include the Uniform Administrative Requirements Cost Principles, and Audit Requirements for Federal Awards at 2 C.F.R. Part 200 and the Cash Management Improvement Act (CMIA) and its implementing regulations at 31 C.F.R. Part 205. Interest under CMIA will accrue from the time federal funds are credited to a recipient's account until the time the recipient pays out the funds for program purposes. For the rate to use in calculating interest, please visit Treasury Current Value rate.

**Payment Requests During Closeout**

A recipient may only submit reimbursement payment requests up to 120 calendar days after the expiration of the period of performance, during an award's closeout reconciliation. Reimbursement payments are the only eligible type of requests to be submitted after a grant's period of performance has expired. The expenditure must have been obligated and received during the period of performance of the award. The recipient's request should contain clear and specific information certifying that the liquidation of federal funds is reimbursement for an obligation properly incurred during the active period of performance; FEMA may request documentation supporting the reimbursement for review at any time.

**Amendments**

FEMA may approve SSP award amendments on a case-by-case basis, for the following reasons:

- Extension of the period of performance in order to complete the scope of work;
- Changes to the activity, mission, retroactive approval (pre-award), closeout issues, and some excess funds requests;



- Program adjustments due to pressing need (transfer or redistribute available funds from uses described in the submitted budget to other uses within the grant scope);
- Budget changes (adding funds to award/non-closeout deobligation of funds); or
- Adding subrecipients to an award. To add a subrecipient to an award:
  - Provide the information listed on Tab 3 Subapplicant Information of the Application Worksheet.
  - Applicants must verify the nonprofit status of subapplicants and retain a copy of the documentation submitted by the subapplicant(s) as evidence of their nonprofit status for auditing purposes.

FEMA will only consider amendments submitted via FEMA GO. These requests must contain specific and compelling justifications for the requested change. Amendments or changes to the scope of work may require additional EHP review. FEMA strongly encourages recipients to expend grant funds in a timely manner, to be consistent with SSP goals and objectives. All amendments require recipients to maintain an active SAM.gov registration.

***NOTE: A recipient may deobligate (i.e., return) unused funds (i.e., those remaining funds previously drawn down via payment request and/or remaining award funding that was never requested) to DHS/FEMA prior to the end of an award's period of performance. To exercise this option, a recipient must submit an amendment via FEMA GO and state in the amendment that the unliquidated funds (i.e., the funds to be returned) are not necessary for the fulfillment or success of the grant's obligations or mission. The recipient must also indicate in the amendment that it understands that the returned funds will be deobligated and unavailable for any future award expenses. Deobligation of funds will decrease the federal portion of the grant and the amount of the recipient's Cost Share obligation. FEMA will confirm deobligation amendments with all points of contact; after confirmation of the recipient's intent to deobligate, FEMA will hold the approved deobligation request for 14 calendar days as a period for recipient reconsideration before FEMA processes the deobligation request. The deobligation of funds cannot be reversed.***



**Footnotes**

1. The term Encounter as used in this announcement means: An encounter is an apprehension by a U.S. Border Patrol (Title 8) Agent or a determination of inadmissibility by a CBP Officer at a Port of Entry (Title 8).



# Award Letter

U.S. Department of Homeland Security
Washington, D.C. 20472

Effective date: 07/08/2024



Neil Thompson
NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET
255 GREENWICH STREET 8TH FLOOR
NEW YORK, NY 10007

EMW-2024-SP-05018

Dear Neil Thompson,

Congratulations on behalf of the Department of Homeland Security, your application submitted for the FY 2024 Shelter and Services Program, has been approved in the amount of $38,864,884.00 in Federal funding. This award of federal assistance is executed as a Grant.

Before you request and receive any of the Federal funds awarded to you, you must establish acceptance of the award through the FEMA Grants Outcomes (FEMA GO) system. By accepting this award, you acknowledge that the terms of the following documents are incorporated into the terms of your award:

- Award Summary - included in this document
- Agreement Articles - included in this document
- Obligating Document - included in this document
- FY 2024 Shelter and Services Program Notice of Funding Opportunity - Targeted Allocation

Please make sure you read, understand, and maintain a copy of these documents in your official file for this award.

Sincerely,

PAMELA WILLIAMS
Assistant Administrator, Grant Programs

# Award Summary

**Program:** Fiscal Year 2024 Shelter and Services Program
**Recipient:** NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET
**UEI-EFT:** K8W4TFU9L6E4
**DUNS number:** 155946981
**Award number:** EMW-2024-SP-05018

## Summary description of award

The Fiscal Year (FY) 2024 Shelter and Services Program (SSP) provides grant funding to non-federal entities that serve noncitizen migrants recently released from DHS custody to temporarily provide shelter, food, transportation, acute medical care, personal hygiene supplies, and labor necessary to manage cases to provide these services, and to provide funding to non-federal entities to increase their capacity to temporarily shelter noncitizen migrants recently released from DHS custody, including renovations and modifications to existing facilities.

## Construction budget summary table

The amount of the construction budget is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for Cost classification within this award

| Cost classification | Total cost |
|---|---|
| Administrative and legal expenses | $0.00 |
| Land, structures, rights-of-way, appraisals, etc. | $0.00 |
| Relocation expenses and payments | $0.00 |
| Architectural and engineering fees | $0.00 |
| Other architectural and engineering fees | $0.00 |
| Project inspection fees | $0.00 |
| Site work | $0.00 |
| Demolition and removal | $0.00 |
| Construction | $0.00 |
| Equipment | $0.00 |
| Miscellaneous | $0.00 |
| **SUBTOTAL** | $0.00 |
| Contingencies | $0.00 |
| **SUBTOTAL** | $0.00 |
| Project (program) income | $0.00 |
| **TOTAL PROJECT COSTS** | $0.00 |

## Amount awarded table

The amount of the award is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for object classes for this award (including Federal share plus your cost share, if applicable):

| Object Class | Total |
|---|---:|
| Personnel | $4,552,193.59 |
| Fringe benefits | $0.00 |
| Travel | $11,294,365.35 |
| Equipment | $3,152,352.00 |
| Supplies | $0.00 |
| Contractual | $19,865,973.06 |
| Construction | $0.00 |
| Other | $0.00 |
| Indirect charges | $0.00 |
| Federal | $38,864,884.00 |
| Non-federal | $0.00 |
| Total | $38,864,884.00 |
| Program Income | $0.00 |

## Approved scope of work

After review of your application, FEMA has approved the below scope of work. Justifications are provided for any differences between the scope of work in the original application and the approved scope of work under this award. You must submit scope or budget revision requests for FEMA's prior approval, via an amendment request, as appropriate per 2 C.F.R. § 200.308 and the FY2024 SSP NOFO.

**Changes to program income:**

Below are the approved changes to program income. Justifications are provided for the differences in the original application and the approved funding under this award.

## Program Income

$0.00

CHANGE FROM APPLICATION

**Program income** changed from **$0.00 to $0.00**

JUSTIFICATION

**No program income.**

**Approved request details:**

# Project

## Travel

DESCRIPTION

Labor for Primary Services - N/A Food service labor in hotel facility

|        | QUANTITY | UNIT PRICE | TOTAL        | BUDGET CLASS |
|--------|----------|------------|--------------|--------------|
| Cost 1 | 165,528  | $4.71      | $779,636.88  | Travel       |

## Equipment

DESCRIPTION

Food - Contracted Meals Meals provided in a congregate facility. Unit price is a per-diem rate.

|        | QUANTITY | UNIT PRICE | TOTAL        | BUDGET CLASS |
|--------|----------|------------|--------------|--------------|
| Cost 1 | 59,640   | $14.00     | $834,960.00  | Equipment    |

## Travel

DESCRIPTION

Labor for Primary Services - N/A Case and shelter coordination in congregate facilities

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 60,705 | $27.83 | $1,689,420.15 | Travel |

## Contractual

DESCRIPTION

Shelter - Other Allowable Lodging Related Activities Hotel laundry - this rate is separated to account for outside contractors providing this service

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $8.83 | $1,461,612.24 | Contractual |

## Contractual

DESCRIPTION

Shelter - Other Allowable Lodging Related Activities Hotel security

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $24.32 | $4,025,640.96 | Contractual |

## Contractual

DESCRIPTION

Shelter - Nights of Lodging in a Congregate Facility $12.50 is used as the per-diem congregate shelter rate because the City's average cost of sheltering a single non-citizen migrant in a congregate facilities per night exceeds the SSP cap of $12.50.

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 60,705 | $12.50 | $758,812.50 | Contractual |

## Contractual

DESCRIPTION

Shelter - Nights of Lodging in a Hotel/Motel Service Average cost of sheltering a non-citizen migrant in a hotel facility per night

|        | QUANTITY | UNIT PRICE | TOTAL           | BUDGET CLASS |
|--------|----------|------------|-----------------|--------------|
| Cost 1 | 162,624  | $62.19     | $10,113,586.56  | Contractual  |

## Contractual

DESCRIPTION

Shelter - Other Allowable Lodging Related Activities Congregate security

|        | QUANTITY | UNIT PRICE | TOTAL          | BUDGET CLASS |
|--------|----------|------------|----------------|--------------|
| Cost 1 | 60,705   | $39.33     | $2,387,527.65  | Contractual  |

## Contractual

DESCRIPTION

Shelter - Other Allowable Lodging Related Activities Congregate operating costs (utilities and maintenance). Costs are claimed together because they are on the same invoice. A rate of $3.53 for utilities is used as the per person per diem.

|        | QUANTITY | UNIT PRICE | TOTAL          | BUDGET CLASS |
|--------|----------|------------|----------------|--------------|
| Cost 1 | 60,705   | $18.43     | $1,118,793.15  | Contractual  |

## Personnel

DESCRIPTION

Acute Medical Care - Other (Acute Medical Care) Acute medical care supplies and labor for hotel facilities

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $20.00 | $3,310,560.00 | Personnel |

## Equipment

DESCRIPTION

Food - Contracted Meals Meals provided in a hotel facility. Unit price is a per diem rate.

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $14.00 | $2,317,392.00 | Equipment |

## Personnel

DESCRIPTION

Acute Medical Care - Other (Acute Medical Care) Acute medical care supplies and labor for congregate facilities A negative offset is applied due to the City's per-diem costs exceeding its allocation. Because negative entries are not allowed, this is submitted as a single unit. The per-diem rate for "acute medical care supplies and labor for congregate facilities" is $20.55 and the quantity is 60,705 nights. The negative offset is -$5,854.16

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $1,241,633.59 | $1,241,633.59 | Personnel |

## Travel

DESCRIPTION

Labor for Primary Services - N/A Case and shelter coordination for hotel facilities

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $53.19 | $8,804,434.32 | Travel |

## Travel

DESCRIPTION

Labor for Primary Services - N/A Food service labor in congregate facility

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 59,640 | $0.35 | $20,874.00 | Travel |

Of the total Federal funds, $6471497.62 has been placed on hold. See the following terms in the Agreement Articles for more details:

| Article number | Title | Payment hold |
|---|---|---|
| Article 48 | Funding Hold: Detailed Cost Breakdown & Justification Required | $6471497.62 |

# Agreement Articles

**Program:** Fiscal Year 2024 Shelter and Services Program
**Recipient:** NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET
**UEI-EFT:** K8W4TFU9L6E4
**DUNS number:** 155946981
**Award number:** EMW-2024-SP-05018

# Table of contents

**Article 1** Assurances, Administrative Requirements, Cost Principles, Representations, and Certifications

**Article 2** General Acknowledgements and Assurances

**Article 3** Acknowledgement of Federal Funding from DHS

**Article 4** Activities Conducted Abroad

**Article 5** Age Discrimination Act of 1975

**Article 6** Americans with Disabilities Act of 1990

**Article 7** Best Practices for Collection and Use of Personally Identifiable Information

**Article 8** Civil Rights Act of 1964 – Title VI

**Article 9** Civil Rights Act of 1968

**Article 10** Copyright

**Article 11** Debarment and Suspension

**Article 12** Drug-Free Workplace Regulations

**Article 13** Duplicative Costs

**Article 14** Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX

**Article 15** E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety

**Article 16** Energy Policy and Conservation Act

**Article 17** False Claims Act and Program Fraud Civil Remedies

**Article 18** Federal Debt Status

**Article 19** Federal Leadership on Reducing Text Messaging while Driving

**Article 20** Fly America Act of 1974

**Article 21** Hotel and Motel Fire Safety Act of 1990

**Article 22** John S. McCain National Defense Authorization Act of Fiscal Year 2019

**Article 23** Limited English Proficiency (Civil Rights Act of 1964, Title VI)

**Article 24** Lobbying Prohibitions

**Article 25** National Environmental Policy Act

**Article 26** Nondiscrimination in Matters Pertaining to Faith-Based Organizations

**Article 27** Non-Supplanting Requirement

**Article 28** Notice of Funding Opportunity Requirements

**Article 29** Patents and Intellectual Property Rights

**Article 30** Procurement of Recovered Materials

**Article 31** Rehabilitation Act of 1973

**Article 32**  **Reporting of Matters Related to Recipient Integrity and Performance**

**Article 33**  **Reporting Subawards and Executive Compensation**

**Article 34**  **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials**

**Article 35**  **SAFECOM**

**Article 36**  **Terrorist Financing**

**Article 37**  **Trafficking Victims Protection Act of 2000 (TVPA)**

**Article 38**  **Universal Identifier and System of Award Management**

**Article 39**  **USA PATRIOT Act of 2001**

**Article 40**  **Use of DHS Seal, Logo and Flags**

**Article 41**  **Whistleblower Protection Act**

**Article 42**  **Environmental Planning and Historic Preservation (EHP) Review**

**Article 43**  **Applicability of DHS Standard Terms and Conditions to Tribes**

**Article 44**  **Acceptance of Post Award Changes**

**Article 45**  **Disposition of Equipment Acquired Under the Federal Award**

**Article 46**  **Prior Approval for Modification of Approved Budget**

**Article 47**  **Indirect Cost Rate**

**Article 48**  **Funding Hold: Detailed Cost Breakdown & Justification Required**

| Article 1 | **Assurances, Administrative Requirements, Cost Principles, Representations, and Certifications**<br>I. Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances as instructed by the federal awarding agency. |
|---|---|
| Article 2 | **General Acknowledgements and Assurances**<br>Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located at 2 C.F.R. Part 200 and adopted by DHS at 2 C.F.R. § 3002.10. All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337. I. Recipients must cooperate with any DHS compliance reviews or compliance investigations. II. Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities and personnel. III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports. IV. Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or federal awarding agency program guidance. V. Recipients must complete the DHS Civil Rights Evaluation Tool within thirty (30) days of receiving the Notice of Award for the first award under which this term applies. Recipients of multiple federal awards from DHS should only submit one completed tool for their organization, not per federal award. After the initial submission, recipients are required to complete the tool once every two (2) years if they have an active federal award, not every time a federal award is made. Recipients must submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in these DHS Standard Terms and Conditions. Subrecipients are not required to complete and submit this tool to DHS. The evaluation tool can be found at https://www.dhs.gov/publication/dhs- civil-rights-evaluation-tool. DHS Civil Rights Evaluation Tool | Homeland Security. The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension to the 30-day deadline if the recipient identifies steps and a timeline for completing the tool. Recipients must request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline. |
| Article 3 | **Acknowledgement of Federal Funding from DHS**<br>Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds. |

| | |
|---|---|
| **Article 4** | **Activities Conducted Abroad**<br>Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals. |
| **Article 5** | **Age Discrimination Act of 1975**<br>Recipients must comply with the requirements of the Age Discrimination Act of 1975, Pub. L. No. 94-135 (codified as amended at 42 U.S.C. § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance. |
| **Article 6** | **Americans with Disabilities Act of 1990**<br>Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities. |
| **Article 7** | **Best Practices for Collection and Use of Personally Identifiable Information**<br>Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively. |
| **Article 8** | **Civil Rights Act of 1964 – Title VI**<br>Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964, Pub. L. No. 88-352 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21. Recipients of an award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 7. |
| **Article 9** | **Civil Rights Act of 1968**<br>Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90-284 (codified as amended at 42 U.S.C. § 3601 et seq.) which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.) |

| **Article 10** | **Copyright** |
| | Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so. |
| **Article 11** | **Debarment and Suspension** |
| | Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000. These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities. |
| **Article 12** | **Drug-Free Workplace Regulations** |
| | Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government- wide implementation (2 C.F.R. Part 182) of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106). |
| **Article 13** | **Duplicative Costs** |
| | Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing or matching requirements of any other federal award in either the current or a prior budget period. (See 2 C.F.R. § 200.403(f)). However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal financial assistance award terms and conditions. |
| **Article 14** | **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX** |
| | Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. No. 92-318 (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17. Recipients of an award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 19. |
| **Article 15** | **E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety** |
| | Recipient State, Tribal, local, or territorial law enforcement agencies must comply with the requirements of section 12(c) of E.O. 14074. Recipient State, Tribal, local, or territorial law enforcement agencies are also encouraged to adopt and enforce policies consistent with E.O. 14074 to support safe and effective policing. |

| | |
|---|---|
| **Article 16** | **Energy Policy and Conservation Act**<br>Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act. |
| **Article 17** | **False Claims Act and Program Fraud Civil Remedies**<br>Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§ 3729- 3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.) |
| **Article 18** | **Federal Debt Status**<br>All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. (See OMB Circular A-129.) |
| **Article 19** | **Federal Leadership on Reducing Text Messaging while Driving**<br>Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government. Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of E.O. 13513. |
| **Article 20** | **Fly America Act of 1974**<br>Recipients must comply with Preference for U.S. Flag Air Carriers (a list of certified air carriers can be found at: Certificated Air Carriers List | US Department of Transportation, https://www.transportation.gov/policy/aviation-policy/certificated-air-carriers-list)for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942. |
| **Article 21** | **Hotel and Motel Fire Safety Act of 1990**<br>Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a. |
| **Article 22** | **John S. McCain National Defense Authorization Act of Fiscal Year 2019**<br>Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons. |

| | |
|---|---|
| **Article 23** | **Limited English Proficiency (Civil Rights Act of 1964, Title VI)**<br>Recipients must comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance-published-help- department-supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov. |
| **Article 24** | **Lobbying Prohibitions**<br>Recipients must comply with 31 U.S.C. § 1352 and 6 C.F.R. Part 9, which provide that none of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Per 6 C.F.R. Part 9, recipients must file a lobbying certification form as described in Appendix A to 6 C.F.R. Part 9 or available on Grants.gov as the Grants.gov Lobbying Form and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 or available on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL). |
| **Article 25** | **National Environmental Policy Act**<br>Recipients must comply with the requirements of the National Environmental Policy Act of 1969, Pub. L. No. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq.) (NEPA) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans. |
| **Article 26** | **Nondiscrimination in Matters Pertaining to Faith-Based Organizations**<br>It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statues, regulations, and guidance governing the participations of faith- based organizations in individual DHS programs. |
| **Article 27** | **Non-Supplanting Requirement**<br>Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose. |

| | |
|---|---|
| **Article 28** | **Notice of Funding Opportunity Requirements** |
| | All the instructions, guidance, limitations, scope of work, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this federal award are incorporated by reference. All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the Award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect. |
| **Article 29** | **Patents and Intellectual Property Rights** |
| | Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14. |
| **Article 30** | **Procurement of Recovered Materials** |
| | States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. No. 89-272 (1965) (codified as amended by the Resource Conservation and Recovery Act at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition. |
| **Article 31** | **Rehabilitation Act of 1973** |
| | Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. No. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. |
| **Article 32** | **Reporting of Matters Related to Recipient Integrity and Performance** |
| | If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference. |
| **Article 33** | **Reporting Subawards and Executive Compensation** |
| | For federal awards that equal or exceed $30,000, recipients are required to comply with the requirements set forth in the government-wide award term on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference. |

| | |
|---|---|
| **Article 34** | **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials**<br><br>Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless: (1) all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project. Waivers When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. The agency should notify the recipient for information on the process for requesting a waiver from these requirements. (a) When the Federal agency has determined that one of the following exceptions applies, the awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that: (1) applying the domestic content procurement preference would be inconsistent with the public interest; (2) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or (3) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent. A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office. There may be instances where an award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure \| FEMA.gov. Definitions The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference. |
| **Article 35** | **SAFECOM**<br><br>Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment \| CISA. |

| Article 36 | **Terrorist Financing**<br>Recipients must comply with E.O. 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the E.O. and laws. |
|---|---|
| Article 37 | **Trafficking Victims Protection Act of 2000 (TVPA)**<br>Recipients must comply with the requirements of the government-wide financial assistance award term which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The award term is located at 2 C.F.R. § 175.15, the full text of which is incorporated by reference. |
| Article 38 | **Universal Identifier and System of Award Management**<br>Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference. |
| Article 39 | **USA PATRIOT Act of 2001**<br>Recipients must comply with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c. |
| Article 40 | **Use of DHS Seal, Logo and Flags**<br>Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials. |
| Article 41 | **Whistleblower Protection Act**<br>Recipients must comply with the statutory requirements for whistleblower protections at 10 U.S.C § 470141 U.S.C. § 4712. |

**Article 42**  **Environmental Planning and Historic Preservation (EHP) Review**
DHS/FEMA funded activities that may require an Environmental Planning and Historic Preservation (EHP) review are subject to the FEMA EHP review process. This review does not address all federal, state, and local requirements. Acceptance of federal funding requires the recipient to comply with all federal, state and local laws. DHS/FEMA is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS/FEMA grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; National Historic Preservation Act of 1966, as amended; National Flood Insurance Program regulations; and any other applicable laws and executive orders. General guidance for FEMA's EHP process is available on the DHS/FEMA Website at: https://www.fema.gov/grants/guidance-tools/environmental-historic. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program and applicants should contact their grant Program Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The EHP review process must be completed before funds are released to carry out the proposed project; otherwise, DHS/FEMA may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies. If ground disturbing activities occur during construction, applicant will monitor ground disturbance, and if any potential archaeological resources are discovered the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS/FEMA.

**Article 43**  **Applicability of DHS Standard Terms and Conditions to Tribes**
The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to sub-recipients as a matter of law, regulation, or executive order. If the requirement does not apply to Indian tribes or there is a federal law or regulation exempting its application to Indian tribes, then the acceptance by Tribes of, or acquiescence to, DHS Standard Terms and Conditions does not change or alter its inapplicability to an Indian tribe. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribe where it does not already exist.

**Article 44**  **Acceptance of Post Award Changes**
In the event FEMA determines that an error in the award package has been made, or if an administrative change must be made to the award package, recipients will be notified of the change in writing. Once the notification has been made, any subsequent requests for funds will indicate recipient acceptance of the changes to the award. Please call FEMA Grant Management Operations at (866) 927-5646 or via e-mail to: ASK-GMD@fema.dhs.gov if you have any questions.

**Article 45**  **Disposition of Equipment Acquired Under the Federal Award**
For purposes of original or replacement equipment acquired under this award by a non-state recipient or non-state sub-recipients, when that equipment is no longer needed for the original project or program or for other activities currently or previously supported by a federal awarding agency, you must request instructions from FEMA to make proper disposition of the equipment pursuant to 2 C.F.R. section 200.313. State recipients and state sub-recipients must follow the disposition requirements in accordance with state laws and procedures.

| **Article 46** | **Prior Approval for Modification of Approved Budget** |
|---|---|

Before making any change to the FEMA approved budget for this award, you must request prior written approval from FEMA where required by 2 C.F.R. section 200.308. For purposes of non-construction projects, FEMA is utilizing its discretion to impose an additional restriction under 2 C.F.R. section 200.308(f) regarding the transfer of funds among direct cost categories, programs, functions, or activities. Therefore, for awards with an approved budget where the federal share is greater than the simplified acquisition threshold (currently $250,000), you may not transfer funds among direct cost categories, programs, functions, or activities without prior written approval from FEMA where the cumulative amount of such transfers exceeds or is expected to exceed ten percent (10%) of the total budget FEMA last approved. For purposes of awards that support both construction and non-construction work, FEMA is utilizing its discretion under 2 C.F.R. section 200.308(h)(5) to require the recipient to obtain prior written approval from FEMA before making any fund or budget transfers between the two types of work. You must report any deviations from your FEMA approved budget in the first Federal Financial Report (SF-425) you submit following any budget deviation, regardless of whether the budget deviation requires prior written approval.

| **Article 47** | **Indirect Cost Rate** |
|---|---|

2 C.F.R. section 200.211(b)(15) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for this award is stated in the budget documents or other materials approved by FEMA and included in the award file.

| **Article 48** | **Funding Hold: Detailed Cost Breakdown & Justification Required** |
|---|---|

FEMA has placed a funding hold on $6,471,497.62 in the FEMA financial systems. NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET is prohibited from obligating, expending, or drawing down the federal funds associated with the following cost items: Shelter/Contractual: $1,118,793.15; Labor for Primary Services/Travel: $779,636.88 and $20,874.00; Acute Medical Care/Personnel: $3,310,560.00 and $1,241,633.59. Specific descriptions and calculations needed to justify how each total was developed. Additional information required. Budget details provided were not sufficient to determine if costs are allowable, allocable, and reasonable. To release the funding hold, the recipient must provide a detailed cost breakdown and justification for the cost items listed above. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification.

# Obligating document

| 1. Agreement No. EMW-2024-SP-05018 | 2. Amendment No. N/A | 3. Recipient No. 136400434 | 4. Type of Action AWARD | 5. Control No. WX04608N2024T |
|---|---|---|---|---|

| 6. Recipient Name and Address NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET 255 GREENWICH ST FL 8 NEW YORK, NY 10007 | 7. Issuing FEMA Office and Address Grant Programs Directorate 500 C Street, S.W. Washington DC, 20528-7000 1-866-927-5646 | 8. Payment Office and Address FEMA, Financial Services Branch 500 C Street, S.W., Room 723 Washington DC, 20742 |
|---|---|---|

| 9. Name of Recipient Project Officer Neil Thompson | 9a. Phone No. 212-7887637 | 10. Name of FEMA Project Coordinator Shelter and Services Program Grant Program | 10a. Phone No. 1-877-585-3242 |
|---|---|---|---|

| 11. Effective Date of This Action 07/08/2024 | 12. Method of Payment OTHER - FEMA GO | 13. Assistance Arrangement COST REIMBURSEMENT | 14. Performance Period 10/01/2023 to 09/30/2026 **Budget Period** 10/01/2023 to 09/30/2026 |
|---|---|---|---|

**15. Description of Action a. (Indicate funding data for awards or financial changes)**

| Program Name Abbreviation | Assistance Listing No. | Accounting Data (ACCS Code) | Prior Total Award | Amount Awarded This Action + or (-) | Current Total Award | Cumulative Non-Federal Commitment |
|---|---|---|---|---|---|---|
| SSP | 97.141 | 2024-FA-PA12 - P410-xxxx-4101-D | $0.00 | $38,864,884.00 | $38,864,884.00 | See Totals |
| | | Totals | $0.00 | $38,864,884.00 | $38,864,884.00 | $0.00 |

**b. To describe changes other than funding data or financial changes, attach schedule and check here:**
N/A

~~16. FOR NON-DISASTER PROGRAMS: RECIPIENT IS REQUIRED TO SIGN AND RETURN THREE (3) COPIES OF THIS DOCUMENT TO FEMA (See Block 7 for address)~~
This field is not applicable for digitally signed grant agreements

| 17. RECIPIENT SIGNATORY OFFICIAL (Name and Title) Neil Thompson | DATE 07/15/2024 |
|---|---|
| 18. FEMA SIGNATORY OFFICIAL (Name and Title) PAMELA WILLIAMS, Assistant Administrator, Grant Programs | DATE 07/08/2024 |

# Amendment Memo

U.S. Department of Homeland Security
Washington, D.C. 20472

Effective date: 09/11/2024



FEMA has made an amendment to your award: EMW-2024-SP-05018. The change to your grant was reviewed and is hereby approved as specified below. All other terms and conditions of the grant remain unchanged.

## Budget or scope amendment

FEMA has amended the budget or scope of work of your award. Please view the full budget or scope of work within the Award Summary below, including justifications for differences between the approved costs and scope of work in this amendment and the previously approved costs and scope of work.

- Project

**Cost share change:** Yes

**Budget change:**

| Object Class | Previous total | Adjusted total |
|---|---|---|
| Personnel | $4,552,193.59 | $4,552,193.59 |
| Fringe benefits | $0.00 | $0.00 |
| Travel | $11,294,365.35 | $11,294,365.35 |
| Equipment | $3,152,352.00 | $3,152,352.00 |
| Supplies | $0.00 | $0.00 |
| Contractual | $19,865,973.06 | $19,865,973.06 |
| Construction | $0.00 | $0.00 |
| Other | $0.00 | $20,437,241.07 |
| Indirect charges | $0.00 | $0.00 |
| Federal | $38,864,884.00 | $59,302,125.07 |
| Non-federal | $0.00 | $0.00 |
| Total | $38,864,884.00 | $59,302,125.07 |

## Terms and conditions amendment(s)

FEMA has reviewed the terms and conditions of your award.

### The following terms and conditions have been added to your award:

### Article 48  Funding Hold: Detailed Cost Breakdown & Justification Required

FEMA has placed a funding hold on $6,471,497.62 in the FEMA financial systems. NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET is prohibited from obligating, expending, or drawing down the federal funds associated with the following cost items: Shelter/Contractual: $1,118,793.15; Labor for Primary Services/Travel: $779,636.88 and $20,874.00; Acute Medical Care/Personnel: $3,310,560.00 and $1,241,633.59. Specific descriptions and calculations needed to justify how each total was developed. Additional information required. Budget details provided were not sufficient to determine if costs are allowable, allocable, and reasonable. To release the funding hold, the recipient must provide a detailed cost breakdown and justification for the cost items listed above. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification.

### Article 49  Funding Hold: Detailed Cost Breakdown & Justification Required

FEMA has placed a funding hold on $20,437,241.07 in the FEMA financial systems. NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET is prohibited from obligating, expending, or drawing down the federal funds associated with the following cost items: Other/Reserve Funding $20,437,241.07. Specific descriptions and calculations needed to justify how each total was developed. Additional information required. Budget details provided were not sufficient to determine if costs are allowable, allocable, and reasonable. To release the funding hold, the recipient must provide a detailed cost breakdown and justification for the cost items listed above. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification.

### The following terms and conditions have been changed in your award:

*Changed from:*

### Article 48  Funding Hold: Detailed Cost Breakdown & Justification Required

FEMA has placed a funding hold on $6,471,497.62 in the FEMA financial systems. NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET is prohibited from obligating, expending, or drawing down the federal funds associated with the following cost items: Shelter/Contractual: $1,118,793.15; Labor for Primary Services/Travel: $779,636.88 and $20,874.00; Acute Medical Care/Personnel: $3,310,560.00 and $1,241,633.59. Specific descriptions and calculations needed to justify how each total was developed. Additional information required. Budget details provided were not sufficient to determine if costs are allowable, allocable, and reasonable. To release the funding hold, the recipient must provide a detailed cost breakdown and justification for the cost items listed above. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification. Financial hold amount: $6471497.62

*Changed to:*

### Article 48  Funding Hold: Detailed Cost Breakdown & Justification Required

FEMA has placed a funding hold on $6,471,497.62 in the FEMA financial systems. NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET is prohibited from obligating, expending, or drawing down the federal funds associated with the following cost items: Shelter/Contractual: $1,118,793.15; Labor for Primary Services/Travel: $779,636.88 and $20,874.00; Acute Medical Care/Personnel: $3,310,560.00 and $1,241,633.59. Specific descriptions and calculations needed to justify how each total was developed. Additional information required. Budget details

provided were not sufficient to determine if costs are allowable, allocable, and reasonable. To release the funding hold, the recipient must provide a detailed cost breakdown and justification for the cost items listed above. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification.
Financial hold amount: $6471497.62


Your amended award package is included below. The amended award package incorporates changes approved in this amendment as well as any previously approved amendments.

# Award Letter

U.S. Department of Homeland Security
Washington, D.C. 20472

Effective date: 09/11/2024

FEMA

Neil Thompson
NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET
255 GREENWICH STREET 8TH FLOOR
NEW YORK, NY 10007

EMW-2024-SP-05018

Dear Neil Thompson,

Congratulations on behalf of the Department of Homeland Security, your application submitted for the FY 2024 Shelter and Services Program, has been approved in the amount of $59,302,125.07 in Federal funding. This award of federal assistance is executed as a Grant.

Before you request and receive any of the Federal funds awarded to you, you must establish acceptance of the award through the FEMA Grants Outcomes (FEMA GO) system. By accepting this award, you acknowledge that the terms of the following documents are incorporated into the terms of your award:

- Award Summary - included in this document
- Agreement Articles - included in this document
- Obligating Document - included in this document
- FY 2024 Shelter and Services Program Notice of Funding Opportunity - Targeted Allocation

Please make sure you read, understand, and maintain a copy of these documents in your official file for this award.

Sincerely,

PAMELA WILLIAMS
Assistant Administrator, Grant Programs

# Award Summary

**Program:** Fiscal Year 2024 Shelter and Services Program
**Recipient:** NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET
**UEI-EFT:** K8W4TFU9L6E4
**DUNS number:** 155946981
**Award number:** EMW-2024-SP-05018

## Summary description of award

The Fiscal Year (FY) 2024 Shelter and Services Program (SSP) provides grant funding to non-federal entities that serve noncitizen migrants recently released from DHS custody to temporarily provide shelter, food, transportation, acute medical care, personal hygiene supplies, and labor necessary to manage cases to provide these services, and to provide funding to non-federal entities to increase their capacity to temporarily shelter noncitizen migrants recently released from DHS custody, including renovations and modifications to existing facilities.

## Construction budget summary table

The amount of the construction budget is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for Cost classification within this amended award

| Cost classification | Total cost |
|---|---|
| Administrative and legal expenses | $0.00 |
| Land, structures, rights-of-way, appraisals, etc. | $0.00 |
| Relocation expenses and payments | $0.00 |
| Architectural and engineering fees | $0.00 |
| Other architectural and engineering fees | $0.00 |
| Project inspection fees | $0.00 |
| Site work | $0.00 |
| Demolition and removal | $0.00 |
| Construction | $0.00 |
| Equipment | $0.00 |
| Miscellaneous | $0.00 |
| **SUBTOTAL** | $0.00 |
| Contingencies | $0.00 |
| **SUBTOTAL** | $0.00 |
| Project (program) income | $0.00 |
| **TOTAL PROJECT COSTS** | $0.00 |

## Amount awarded table

The amount of the award is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for object classes for this amended award (including Federal share plus your cost share, if applicable):

| Object Class | Total |
| --- | --- |
| Personnel | $4,552,193.59 |
| Fringe benefits | $0.00 |
| Travel | $11,294,365.35 |
| Equipment | $3,152,352.00 |
| Supplies | $0.00 |
| Contractual | $19,865,973.06 |
| Construction | $0.00 |
| Other | $20,437,241.07 |
| Indirect charges | $0.00 |
| Federal | $59,302,125.07 |
| Non-federal | $0.00 |
| Total | $59,302,125.07 |
| Program Income | $0.00 |

## Approved scope of work

FEMA has approved the below scope of work. Differences between the approved scope of work in this amendment and the previously approved scope of work are justified below. You must submit scope or budget revision requests for FEMA's prior approval, via an amendment request, as appropriate per 2 C.F.R. § 200.308 and the FY2024 SSP NOFO.

**Changes to program income:**

Below are the approved changes to program income. Justifications are provided for the differences in the original application and the approved funding under this award.

| Program Income |
| --- |
| $0.00 |
| CHANGE FROM APPLICATION<br>**Program income** changed from **$0.00 to $0.00** |
| JUSTIFICATION |

**Approved request details:**

## Project

### Travel

DESCRIPTION

Labor for Primary Services - N/A Food service labor in hotel facility

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $4.71 | $779,636.88 | Travel |

### Equipment

DESCRIPTION

Food - Contracted Meals Meals provided in a congregate facility. Unit price is a per-diem rate.

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 59,640 | $14.00 | $834,960.00 | Equipment |

### Travel

DESCRIPTION

Labor for Primary Services - N/A Case and shelter coordination in congregate facilities

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 60,705 | $27.83 | $1,689,420.15 | Travel |

### Contractual

DESCRIPTION

Shelter - Other Allowable Lodging Related Activities Hotel laundry - this rate is separated to account for outside contractors providing this service

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $8.83 | $1,461,612.24 | Contractual |

## Contractual

DESCRIPTION

Shelter - Other Allowable Lodging Related Activities Hotel security

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $24.32 | $4,025,640.96 | Contractual |

## Contractual

DESCRIPTION

Shelter - Nights of Lodging in a Congregate Facility $12.50 is used as the per-diem congregate shelter rate because the City's average cost of sheltering a single non-citizen migrant in a congregate facilities per night exceeds the SSP cap of $12.50.

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 60,705 | $12.50 | $758,812.50 | Contractual |

## Contractual

DESCRIPTION

Shelter - Nights of Lodging in a Hotel/Motel Service Average cost of sheltering a non-citizen migrant in a hotel facility per night

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 162,624 | $62.19 | $10,113,586.56 | Contractual |

## Contractual

DESCRIPTION

Shelter - Other Allowable Lodging Related Activities Congregate security

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 60,705 | $39.33 | $2,387,527.65 | Contractual |

## Contractual

DESCRIPTION

Shelter - Other Allowable Lodging Related Activities Congregate operating costs (utilities and maintenance). Costs are claimed together because they are on the same invoice. A rate of $3.53 for utilities is used as the per person per diem.

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 60,705 | $18.43 | $1,118,793.15 | Contractual |

## Personnel

DESCRIPTION

Acute Medical Care - Other (Acute Medical Care) Acute medical care supplies and labor for hotel facilities

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $20.00 | $3,310,560.00 | Personnel |

## Equipment

DESCRIPTION

Food - Contracted Meals Meals provided in a hotel facility. Unit price is a per diem rate.

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $14.00 | $2,317,392.00 | Equipment |

## Other

DESCRIPTION

Other/Reserve Funds

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $20,437,241.07 | $20,437,241.07 | Other |

CHANGE FROM APPLICATION

**Item created**

JUSTIFICATION

NYC OMB submitted an amendment to apply for reserve funds on 9/11/24.

## Personnel

DESCRIPTION

Acute Medical Care - Other (Acute Medical Care) Acute medical care supplies and labor for congregate facilities A negative offset is applied due to the City's per-diem costs exceeding its allocation. Because negative entries are not allowed, this is submitted as a single unit. The per-diem rate for "acute medical care supplies and labor for congregate facilities" is $20.55 and the quantity is 60,705 nights. The negative offset is -$5,854.16

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $1,241,633.59 | $1,241,633.59 | Personnel |

## Travel

DESCRIPTION

Labor for Primary Services - N/A Case and shelter coordination for hotel facilities

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 165,528 | $53.19 | $8,804,434.32 | Travel |

## Travel

DESCRIPTION

Labor for Primary Services - N/A Food service labor in congregate facility

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 59,640 | $0.35 | $20,874.00 | Travel |

Of the total Federal funds, $26908738.69 has been placed on hold. See the following terms in the Agreement Articles for more details:

| Article number | Title | Payment hold |
|---|---|---|
| Article 48 | Funding Hold: Detailed Cost Breakdown & Justification Required | $6471497.62 |
| Article 49 | Funding Hold: Detailed Cost Breakdown & Justification Required | $20437241.07 |

# Agreement Articles

**Program:** Fiscal Year 2024 Shelter and Services Program
**Recipient:** NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET
**UEI-EFT:** K8W4TFU9L6E4
**DUNS number:** 155946981
**Award number:** EMW-2024-SP-05018

# Table of contents

| Article 1 | Assurances, Administrative Requirements, Cost Principles, Representations, and Certifications |
|---|---|
| Article 2 | General Acknowledgements and Assurances |
| Article 3 | Acknowledgement of Federal Funding from DHS |
| Article 4 | Activities Conducted Abroad |
| Article 5 | Age Discrimination Act of 1975 |
| Article 6 | Americans with Disabilities Act of 1990 |
| Article 7 | Best Practices for Collection and Use of Personally Identifiable Information |
| Article 8 | Civil Rights Act of 1964 – Title VI |
| Article 9 | Civil Rights Act of 1968 |
| Article 10 | Copyright |
| Article 11 | Debarment and Suspension |
| Article 12 | Drug-Free Workplace Regulations |
| Article 13 | Duplicative Costs |
| Article 14 | Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX |
| Article 15 | E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety |
| Article 16 | Energy Policy and Conservation Act |
| Article 17 | False Claims Act and Program Fraud Civil Remedies |
| Article 18 | Federal Debt Status |
| Article 19 | Federal Leadership on Reducing Text Messaging while Driving |
| Article 20 | Fly America Act of 1974 |
| Article 21 | Hotel and Motel Fire Safety Act of 1990 |
| Article 22 | John S. McCain National Defense Authorization Act of Fiscal Year 2019 |
| Article 23 | Limited English Proficiency (Civil Rights Act of 1964, Title VI) |
| Article 24 | Lobbying Prohibitions |
| Article 25 | National Environmental Policy Act |
| Article 26 | Nondiscrimination in Matters Pertaining to Faith-Based Organizations |
| Article 27 | Non-Supplanting Requirement |
| Article 28 | Notice of Funding Opportunity Requirements |
| Article 29 | Patents and Intellectual Property Rights |
| Article 30 | Procurement of Recovered Materials |
| Article 31 | Rehabilitation Act of 1973 |
| Article 32 | Reporting of Matters Related to Recipient Integrity and Performance |
| Article 33 | Reporting Subawards and Executive Compensation |
| Article 34 | Required Use of American Iron, Steel, Manufactured Products, and Construction Materials |

**Article 35**   **SAFECOM**

**Article 36**   **Terrorist Financing**

**Article 37**   **Trafficking Victims Protection Act of 2000 (TVPA)**

**Article 38**   **Universal Identifier and System of Award Management**

**Article 39**   **USA PATRIOT Act of 2001**

**Article 40**   **Use of DHS Seal, Logo and Flags**

**Article 41**   **Whistleblower Protection Act**

**Article 42**   **Environmental Planning and Historic Preservation (EHP) Review**

**Article 43**   **Applicability of DHS Standard Terms and Conditions to Tribes**

**Article 44**   **Acceptance of Post Award Changes**

**Article 45**   **Disposition of Equipment Acquired Under the Federal Award**

**Article 46**   **Prior Approval for Modification of Approved Budget**

**Article 47**   **Indirect Cost Rate**

**Article 48**   **Funding Hold: Detailed Cost Breakdown & Justification Required**

**Article 49**   **Funding Hold: Detailed Cost Breakdown & Justification Required**

| Article 1 | **Assurances, Administrative Requirements, Cost Principles, Representations, and Certifications** I. Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances as instructed by the federal awarding agency. |
|---|---|
| Article 2 | **General Acknowledgements and Assurances** Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located at 2 C.F.R. Part 200 and adopted by DHS at 2 C.F.R. § 3002.10. All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337. I. Recipients must cooperate with any DHS compliance reviews or compliance investigations. II. Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities and personnel. III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports. IV. Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or federal awarding agency program guidance. V. Recipients must complete the DHS Civil Rights Evaluation Tool within thirty (30) days of receiving the Notice of Award for the first award under which this term applies. Recipients of multiple federal awards from DHS should only submit one completed tool for their organization, not per federal award. After the initial submission, recipients are required to complete the tool once every two (2) years if they have an active federal award, not every time a federal award is made. Recipients must submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in these DHS Standard Terms and Conditions. Subrecipients are not required to complete and submit this tool to DHS. The evaluation tool can be found at https://www.dhs.gov/publication/dhs- civil-rights-evaluation-tool. DHS Civil Rights Evaluation Tool | Homeland Security. The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension to the 30-day deadline if the recipient identifies steps and a timeline for completing the tool. Recipients must request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline. |
| Article 3 | **Acknowledgement of Federal Funding from DHS** Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds. |
| Article 4 | **Activities Conducted Abroad** Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals. |
| Article 5 | **Age Discrimination Act of 1975** Recipients must comply with the requirements of the Age Discrimination Act of 1975, Pub. L. No. 94-135 (codified as amended at 42 U.S.C. § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance. |

| | |
|---|---|
| **Article 6** | **Americans with Disabilities Act of 1990** Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities. |
| **Article 7** | **Best Practices for Collection and Use of Personally Identifiable Information** Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively. |
| **Article 8** | **Civil Rights Act of 1964 – Title VI** Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964, Pub. L. No. 88-352 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21. Recipients of an award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 7. |
| **Article 9** | **Civil Rights Act of 1968** Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90-284 (codified as amended at 42 U.S.C. § 3601 et seq.) which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.) |
| **Article 10** | **Copyright** Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so. |
| **Article 11** | **Debarment and Suspension** Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000. These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities. |
| **Article 12** | **Drug-Free Workplace Regulations** Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government- wide implementation (2 C.F.R. Part 182) of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106). |

**Article 13**  **Duplicative Costs** Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing or matching requirements of any other federal award in either the current or a prior budget period. (See 2 C.F.R. § 200.403(f)). However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal financial assistance award terms and conditions.

**Article 14**  **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX** Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. No. 92-318 (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17. Recipients of an award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 19.

**Article 15**  **E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety** Recipient State, Tribal, local, or territorial law enforcement agencies must comply with the requirements of section 12(c) of E.O. 14074. Recipient State, Tribal, local, or territorial law enforcement agencies are also encouraged to adopt and enforce policies consistent with E.O. 14074 to support safe and effective policing.

**Article 16**  **Energy Policy and Conservation Act** Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

**Article 17**  **False Claims Act and Program Fraud Civil Remedies** Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§ 3729- 3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.)

**Article 18**  **Federal Debt Status** All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. (See OMB Circular A-129.)

**Article 19**  **Federal Leadership on Reducing Text Messaging while Driving** Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government. Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of E.O. 13513.

**Article 20**  **Fly America Act of 1974** Recipients must comply with Preference for U.S. Flag Air Carriers (a list of certified air carriers can be found at: Certificated Air Carriers List | US Department of Transportation, https://www.transportation.gov/policy/aviation-policy/certificated-air-carriers-list)for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

| | |
|---|---|
| **Article 21** | **Hotel and Motel Fire Safety Act of 1990** Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a. |
| **Article 22** | **John S. McCain National Defense Authorization Act of Fiscal Year 2019** Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons. |
| **Article 23** | **Limited English Proficiency (Civil Rights Act of 1964, Title VI)** Recipients must comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance-published-help- department-supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov. |
| **Article 24** | **Lobbying Prohibitions** Recipients must comply with 31 U.S.C. § 1352 and 6 C.F.R. Part 9, which provide that none of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Per 6 C.F.R. Part 9, recipients must file a lobbying certification form as described in Appendix A to 6 C.F.R. Part 9 or available on Grants.gov as the Grants.gov Lobbying Form and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 or available on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL). |
| **Article 25** | **National Environmental Policy Act** Recipients must comply with the requirements of the National Environmental Policy Act of 1969, Pub. L. No. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq.) (NEPA) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans. |
| **Article 26** | **Nondiscrimination in Matters Pertaining to Faith-Based Organizations** It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statues, regulations, and guidance governing the participations of faith- based organizations in individual DHS programs. |

| | |
|---|---|
| **Article 27** | **Non-Supplanting Requirement** Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose. |
| **Article 28** | **Notice of Funding Opportunity Requirements** All the instructions, guidance, limitations, scope of work, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this federal award are incorporated by reference. All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the Award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect. |
| **Article 29** | **Patents and Intellectual Property Rights** Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14. |
| **Article 30** | **Procurement of Recovered Materials** States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. No. 89-272 (1965) (codified as amended by the Resource Conservation and Recovery Act at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition. |
| **Article 31** | **Rehabilitation Act of 1973** Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. No. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. |
| **Article 32** | **Reporting of Matters Related to Recipient Integrity and Performance** If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference. |
| **Article 33** | **Reporting Subawards and Executive Compensation** For federal awards that equal or exceed $30,000, recipients are required to comply with the requirements set forth in the government-wide award term on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference. |

| | |
|---|---|
| **Article 34** | **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials** Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless: (1) all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project. Waivers When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. The agency should notify the recipient for information on the process for requesting a waiver from these requirements. (a) When the Federal agency has determined that one of the following exceptions applies, the awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that: (1) applying the domestic content procurement preference would be inconsistent with the public interest; (2) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or (3) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent. A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office. There may be instances where an award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure \| FEMA.gov. Definitions The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference. |
| **Article 35** | **SAFECOM** Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment \| CISA. |
| **Article 36** | **Terrorist Financing** Recipients must comply with E.O. 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the E.O. and laws. |
| **Article 37** | **Trafficking Victims Protection Act of 2000 (TVPA)** Recipients must comply with the requirements of the government-wide financial assistance award term which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The award term is located at 2 C.F.R. § 175.15, the full text of which is incorporated by reference. |

| Article 38 | **Universal Identifier and System of Award Management** Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference. |
| --- | --- |
| Article 39 | **USA PATRIOT Act of 2001** Recipients must comply with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c. |
| Article 40 | **Use of DHS Seal, Logo and Flags** Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials. |
| Article 41 | **Whistleblower Protection Act** Recipients must comply with the statutory requirements for whistleblower protections at 10 U.S.C § 470141 U.S.C. § 4712. |
| Article 42 | **Environmental Planning and Historic Preservation (EHP) Review** DHS/FEMA funded activities that may require an Environmental Planning and Historic Preservation (EHP) review are subject to the FEMA EHP review process. This review does not address all federal, state, and local requirements. Acceptance of federal funding requires the recipient to comply with all federal, state and local laws. DHS/FEMA is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS/FEMA grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; National Historic Preservation Act of 1966, as amended; National Flood Insurance Program regulations; and any other applicable laws and executive orders. General guidance for FEMA's EHP process is available on the DHS/FEMA Website at: https://www.fema.gov/grants/guidance-tools/environmental-historic. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program and applicants should contact their grant Program Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The EHP review process must be completed before funds are released to carry out the proposed project; otherwise, DHS/FEMA may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies. If ground disturbing activities occur during construction, applicant will monitor ground disturbance, and if any potential archaeological resources are discovered the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS/FEMA. |
| Article 43 | **Applicability of DHS Standard Terms and Conditions to Tribes** The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to sub-recipients as a matter of law, regulation, or executive order. If the requirement does not apply to Indian tribes or there is a federal law or regulation exempting its application to Indian tribes, then the acceptance by Tribes of, or acquiescence to, DHS Standard Terms and Conditions does not change or alter its inapplicability to an Indian tribe. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribe where it does not already exist. |
| Article 44 | **Acceptance of Post Award Changes** In the event FEMA determines that an error in the award package has been made, or if an administrative change must be made to the award package, recipients will be notified of the change in writing. Once the notification has been made, any subsequent requests for funds will indicate recipient acceptance of the changes to the award. Please call FEMA Grant Management Operations at (866) 927-5646 or via e-mail to: ASK-GMD@fema.dhs.gov if you have any questions. |

**Article 45**    **Disposition of Equipment Acquired Under the Federal Award** For purposes of original or replacement equipment acquired under this award by a non-state recipient or non-state sub-recipients, when that equipment is no longer needed for the original project or program or for other activities currently or previously supported by a federal awarding agency, you must request instructions from FEMA to make proper disposition of the equipment pursuant to 2 C.F.R. section 200.313. State recipients and state sub-recipients must follow the disposition requirements in accordance with state laws and procedures.

**Article 46**    **Prior Approval for Modification of Approved Budget** Before making any change to the FEMA approved budget for this award, you must request prior written approval from FEMA where required by 2 C.F.R. section 200.308. For purposes of non-construction projects, FEMA is utilizing its discretion to impose an additional restriction under 2 C.F.R. section 200.308(f) regarding the transfer of funds among direct cost categories, programs, functions, or activities. Therefore, for awards with an approved budget where the federal share is greater than the simplified acquisition threshold (currently $250,000), you may not transfer funds among direct cost categories, programs, functions, or activities without prior written approval from FEMA where the cumulative amount of such transfers exceeds or is expected to exceed ten percent (10%) of the total budget FEMA last approved. For purposes of awards that support both construction and non-construction work, FEMA is utilizing its discretion under 2 C.F.R. section 200.308(h)(5) to require the recipient to obtain prior written approval from FEMA before making any fund or budget transfers between the two types of work. You must report any deviations from your FEMA approved budget in the first Federal Financial Report (SF-425) you submit following any budget deviation, regardless of whether the budget deviation requires prior written approval.

**Article 47**    **Indirect Cost Rate** 2 C.F.R. section 200.211(b)(15) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for this award is stated in the budget documents or other materials approved by FEMA and included in the award file.

**Article 48**    **Funding Hold: Detailed Cost Breakdown & Justification Required** FEMA has placed a funding hold on $6,471,497.62 in the FEMA financial systems. NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET is prohibited from obligating, expending, or drawing down the federal funds associated with the following cost items: Shelter/Contractual: $1,118,793.15; Labor for Primary Services/Travel: $779,636.88 and $20,874.00; Acute Medical Care/Personnel: $3,310,560.00 and $1,241,633.59. Specific descriptions and calculations needed to justify how each total was developed. Additional information required. Budget details provided were not sufficient to determine if costs are allowable, allocable, and reasonable. To release the funding hold, the recipient must provide a detailed cost breakdown and justification for the cost items listed above. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification.

**Article 49**    **Funding Hold: Detailed Cost Breakdown & Justification Required** FEMA has placed a funding hold on $20,437,241.07 in the FEMA financial systems. NEW YORK CITY OFFICE OF MANAGEMENT & BUDGET is prohibited from obligating, expending, or drawing down the federal funds associated with the following cost items: Other/Reserve Funding $20,437,241.07. Specific descriptions and calculations needed to justify how each total was developed. Additional information required. Budget details provided were not sufficient to determine if costs are allowable, allocable, and reasonable. To release the funding hold, the recipient must provide a detailed cost breakdown and justification for the cost items listed above. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification.

# Obligating document

| 1. Agreement No.<br>EMW-2024-SP-05018 | 2. Amendment No.<br>1 | 3. Recipient No.<br>136400434 | 4. Type of Action<br>AMENDMENT | 5. Control No.<br>WX04608N2024T |
|---|---|---|---|---|

| 6. Recipient Name and Address<br>NEW YORK CITY OFFICE OF<br>MANAGEMENT & BUDGET<br>255 GREENWICH ST FL 8<br>NEW YORK, NY 10007 | 7. Issuing FEMA Office<br>and Address<br>Grant Programs Directorate<br>500 C Street, S.W.<br>Washington DC, 20528-7000<br>1-866-927-5646 | 8. Payment Office and<br>Address<br>FEMA, Financial Services<br>Branch<br>500 C Street, S.W., Room<br>723<br>Washington DC, 20742 |
|---|---|---|

| 9. Name of Recipient Project<br>Officer<br>Neil Thompson | 9a. Phone<br>No.<br>212-7887637 | 10. Name of FEMA Project<br>Coordinator<br>Shelter and Services Program Grant<br>Program | 10a. Phone<br>No.<br>1-877-585-<br>3242 |
|---|---|---|---|

| 11. Effective Date of This<br>Action<br><br>09/11/2024 | 12. Method of<br>Payment<br><br>OTHER - FEMA GO | 13. Assistance<br>Arrangement<br><br>COST REIMBURSEMENT | 14. Performance<br>Period<br>10/01/2023 to<br>**09/30/2026**<br>Budget Period<br>10/01/2023 to<br>**09/30/2026** |
|---|---|---|---|

### 15. Description of Action a. (Indicate funding data for awards or financial changes)

| Program<br>Name<br>Abbreviation | Assistance<br>Listing No. | Accounting<br>Data<br>(ACCS<br>Code) | Prior Total<br>Award | Amount<br>Awarded This<br>Action + or (-) | Current Total<br>Award | Cumulative<br>Non-Federal<br>Commitment |
|---|---|---|---|---|---|---|
| SSP | 97.141 | 2024-FA-<br>PA12 -<br>P410-xxxx-<br>4101-D | $38,864,884.00 | $20,437,241.07 | $59,302,125.07 | See Totals |
|  |  | Totals | $38,864,884.00 | $20,437,241.07 | $59,302,125.07 | $0.00 |

**b. To describe changes other than funding data or financial changes, attach schedule and check here:**
N/A

~~16.FOR NON-DISASTER PROGRAMS: RECIPIENT IS REQUIRED TO SIGN AND RETURN THREE (3) COPIES OF THIS DOCUMENT TO FEMA (See Block 7 for address)~~
This field is not applicable for digitally signed grant agreements

~~17. RECIPIENT SIGNATORY OFFICIAL (Name and Title)~~
(Recipients are not required to sign and return copies of this document. However, recipients should print and keep a copy of this documents for their records.)

| 18. FEMA SIGNATORY OFFICIAL (Name and Title)<br>**PAMELA WILLIAMS, Assistant Administrator, Grant Programs** | DATE<br>**07/08/2024** |
|---|---|