UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>                 *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                 *Defendants*. | Case No. 1:25-cv-01510-JHR |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Civil Rule 1.4(b), Defendants respectfully request that undersigned counsel R. Charlie Merritt, Senior Counsel at the Department of Justice, be withdrawn as counsel for Defendants due to Mr. Merritt's impending departure from the Department. Defendants will continue to be represented in this case by other attorneys from the Department of Justice who have entered appearances.

Dated: November 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington, DC 20005
Phone: 202-616-8098
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

---

Application GRANTED. The Clerk of Court is directed to terminate Robert Charles Merritt as attorney of record in this case.

The Clerk of Court is further directed to terminate ECF No. 58.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: November 12, 2025

1