*Office of the General Counsel*
**U.S. Department of Homeland Security**
Washington, DC 20528



June 4, 2025

Neil Thompson
Deputy Assistant Director
New York City Office of Management and Budget
225 Greenwich Street, 8th Floor
New York, NY 10007

Re:    Notice of Investigation and Demand for Records: Shelter and Services Program Grant
Awards
        Grant Number: EMW-2023-SP-05027
        Award amount: $106,879,743.00

        Grant Number: EMW-2024-SP-05018
        Award amount: $59,302,125.07

        Grant Number: EMW-2024-SP-05125
        Award amount: $22,169,838.00

Dear Mr. Thompson:

        This letter serves as official notice that the Department of Homeland Security is investigating your use of the grant awards identified above. The investigation seeks to fulfill the Department's legal responsibility to ensure that grant recipients and subrecipients administer awards in a manner that complies with all applicable laws, including those related to immigration and the Comstock Act.

        As discussed below, you must produce the records and information related to your grant awards within 30 days of this letter's date.

        **Background**
        The Department has significant concerns that entities receiving payment under your grant program may be guilty of encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv); transporting or moving illegal aliens, *id.* § 1324(a)(1)(A)(ii); harboring, concealing, or shielding from detection illegal aliens, *id.* § 1324(a)(1)(A)(iii); or violating applicable conspiracy, aiding or abetting, or attempt provisions respecting these statutes.

        The Department is required to administer its grant awards so as to ensure that federal funding is expended, and associated programs are implemented, in full accordance with the U.S. Constitution, applicable federal statutes, and regulations. 2 C.F.R. § 200.300(a). The terms and conditions of the award allow the Department to institute appropriate remedies for noncompliance, which include

Notice of Grant Award Termination
Page 2

temporarily withholding payments or suspending or terminating the award for a failure to comply with the conditions of the award or applicable federal statutes. *See* 2 C.F.R. §§ 200.208; 200.340; and 200.339(a). The Department may also "[d]isallow costs for all or part of the activity associated with the noncompliance of the recipient or subrecipient." *Id.* § 200.339(b).

### Demand for Records and Information

To facilitate the investigation, you must produce all documents specified in Attachment B and written responses to all interrogatories specified in Attachment C within 30 days of this letter's date.[*] You will find further instructions and definitions to help you comply with these inquiries in Attachment A.

Please endeavor to be complete and truthful in your responses. Anyone who knowingly and willingly "falsifies, conceals, or covers up by any trick, scheme, or device a material fact; [] makes any materially false, fictitious, or fraudulent statement or representation; or [] makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry" is subject to serious criminal penalties. 18 U.S.C. § 1001(a).

To the extent that the Department requires additional information, it may send additional requests for production or ask to meet with your personnel for an interview related to your grant-related documents or the award in general. These requests are made without prejudice to any requirements to produce closeout documentation, *see* 2 C.F.R. §§ 200.344-45, or any other document requests related to the grant awards identified above.

My office's Grant Investigation Task Force is available to respond to any questions you may have. Please send all information and communications regarding this notification to GrantTaskForce@hq.dhs.gov, ensuring that your entity's name, the grant program acronym, and the award number(s) are in the subject line.

Sincerely,

Joseph N. Mazzara
Acting General Counsel

---

[*] The requested records are relevant to your award, and the Department is requesting this information in accordance with 2 CFR § 200.337, which specifies that you must provide access to "any records of the recipient or subrecipient pertinent to the Federal award to perform audits, execute site visits, or for any other official use" including access to interview your personnel.

**Attachment A**

## INSTRUCTIONS

A. Responses are to be served electronically by emailing GrantTaskForce@hq.dhs.gov. For the subject line, please use the following format: Production: Entity Name – Grant Program Acronym – Grant Award Number(s). For example, Production: Acme, Inc. – SSP – Award # 123.

B. These document requests and interrogatories seek information related to activity that occurred within, and aliens with whom You have interacted while carrying out, the scope of Your grant award(s).

C. In responding to these document requests, You shall furnish all documents within Your custody or control, wherever located, including documents in the possession of attorneys, representatives, agents, subgrantees, or other persons acting on Your behalf. If You cannot respond to a document request in full after exercising due diligence to secure the documents requested, You shall so state and respond to the extent possible, specifying the nature of Your inability to respond to the remainder and what efforts You have made to obtain the requested documents.

D. The singular form of any word in these requests shall also be interpreted as the plural, and vice-versa. The past tense of any verb shall also be construed as the present and the future tense, as necessary, to bring within the scope of these requests any document or information that might otherwise be construed to be outside its scope.

E. Interrogatories are directed to You and the answers thereto are to be completed to the best of Your knowledge or the knowledge of Your attorneys or their investigators, agents, employees, or other representatives.

F. It is important that You endeavor to be complete and truthful in Your responses. Anyone who knowingly and willingly "falsifies, conceals, or covers up by any trick, scheme, or device a material fact; [] makes any materially false, fictitious, or fraudulent statement or representation; or [] makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry" is subject to serious criminal penalties. 18 U.S.C. § 1001(a).

G. Each answer must be as complete and straightforward as the information reasonably available to You permits. If a request for information cannot be answered completely, answer it to the extent possible. If an individual interrogatory requests an answer that involves more than one part, each part of the answer should be set out clearly so that it is understandable.

H. If an individual interrogatory requests an answer which involves a response that includes an answer in more than one part, according to different dates or time periods, please set out the answer chronologically.

I. If You lack the information necessary to answer, in whole or in part, any interrogatory, please describe the specific efforts You, or those acting on Your behalf, have made to ascertain the information and state as definitely as possible when You anticipate obtaining the information to supplement the response.

J.  These interrogatories are intended as continuing interrogatories, requiring You to answer by supplemental answers, setting forth any information within the scope of the interrogatories as may be acquired by You or Your attorneys, agents, or representatives, subsequent to Your original answers.

K.  Please repeat each interrogatory prior to stating each response.

L.  Whenever an interrogatory may be answered by referring to a document, the response may refer to the document by the specific Bates-number pages for the document, or, if the document is not Bates-stamped, then it may be attached as an exhibit to the response and referred to in the response. If the document has more than one page, please refer to the specific page and section thereof where the answer to the interrogatory can be found.

M.  Your answers to these interrogatories must be verified, dated, and signed.

N.  Notwithstanding any definition set forth below, each word, term, or phrase used in the attached document requests and interrogatories is intended to be interpreted as broadly as possible. As used in the attached, the following terms are to be interpreted in accordance with these definitions:

## DEFINITIONS

A.  **ALIEN** as used herein shall mean any person who is not a citizen or national of the United States.

B.  **AND** as well as **OR** as used herein shall be construed conjunctively and disjunctively, as necessary, to bring within its scope any document or information that might otherwise be construed outside its scope.

C.  "**ANY**" as used herein shall mean any and all.

D.  **DOCUMENT** as used herein shall have the broadest possible meaning, and shall include any record of information, including writings, data, correspondence, photographs, video and audio recordings, and images. It specifically includes all communications and electronically stored information, including text messages and emails. It also includes, but is not limited to, all related policy and training documents. To the extent You have unwritten practices or policies, or routinely give instructions, guidance, or recommendations on the topic of the request, the request includes a requirement to summarize those policies as part of Your production. The term does not include any document sent by the Department of Homeland Security or the Federal Emergency Management Agency in 2025.

E.  **EACH** as used herein shall mean each and every.

F.  **GRANT AWARD** as used herein shall mean the grant award(s) mentioned in the Notice of Investigation and Demand for Records to which this document is attached.

G.  **RELATED TO** as used herein shall mean constituting, comprising, pertaining to, concerning, in connection with, reflecting, respecting, regarding, referring to, based upon, stating, showing, evidencing, establishing, supporting, negating, contradicting, describing, recording, noting, embodying, memorializing, containing, mentioning, studying, analyzing, discussing, specifying, setting forth, identifying, or in any manner logically,

2

factually, indirectly or directly, or in any other way, connecting to the matter addressed in the request, in whole or in part.

H. **PERSON** as used herein shall mean or refer to any natural person, organization, association, partnership, business, trust, corporation, or public entity.

I. **STAFF** as well as **STAFFER** as used herein shall mean and refer to each and every person employed by or volunteering for You who assists directly or indirectly in carrying out the scope of your grant, including but not limited to attorneys, agents, directors, employees, volunteers, assigns, subrecipients, contractors or anyone else acting on their behalf.

J. **WRITING** or **WRITINGS** as used herein shall have broad meanings, and include without limitation, any and all manner of written, typed, digital, analog or microwave impulses or signals, electronically stored or transmitted postings, blog entries, messages, tweets, replies, status updates, re-tweets, wall comments, and any information shared on an online social networking site, telecopies, telexes, data compilations, computer output, and all sound recordings, photographs, pictures, plans, drawings, or other representations of any kind pertaining, describing, referring to relating directly or indirectly, in whole or in part, to the subject matter of each document request or interrogatory, and from which information can be obtained. The term also includes any form of written communication whether sent or received and all non-identical copies of originals. A draft of a non-identical copy is a separate document within the meaning of this term.

K. **YOU** as well as **YOUR,** as used herein shall mean and refer to each and every grant recipient or subrecipient to whom the document request or interrogatory is addressed, including the addressee's attorneys, agents, directors, employees, volunteers, assigns, subrecipients, contractors, or anyone else acting on their behalf. The use of those terms is to be interpreted as broadly as possible for purposes of the attached requests. Accordingly, a request to which some, but not all, persons included in the definition of "You" or "Your" have responsive documents in their custody, possession, or control requires production of documents from each and every person having responsive documents.

3

## ATTACHMENT B

### Document Demands

Please produce the following:

1. All documents related to Your compliance with 8 U.S.C. § 1324. That law prohibits (1) encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law; (2) transporting, moving, concealing, harboring, or shielding from detection any alien not lawfully present in the United States; (3) conspiring to commit any of the above; and (4) aiding or abetting the commission of any of the above.

2. All documents concerning allegations that You or Your Staff encouraged others to violate federal immigration law, including (but not limited to) records of any subsequent investigation or disciplinary action concerning Your Staff.

3. All documents related to any instructions, guidance, suggestions, or recommendations for aliens to consider or use when completing immigration forms, interacting with immigration officials, or completing any United States Government or State government form, or interacting with any government official, federal or State.

4. All documents related to Your efforts to ensure that the aliens whom You serve have a lawful status in the United States.* This includes, but is not limited to, documents related to Your willingness to serve aliens despite their unlawful status as well as Your efforts to avoid knowledge as to whether the aliens You serve have lawful status.

5. All documents related to policies and procedures employed should an alien whom You serve fail to appear in removal proceedings, fail to voluntarily depart the United States within the voluntary departure period, or fail to depart the United States after receiving a final notice of removal.

6. All documents related to Your cooperation with law enforcement (including immigration officials) concerning aliens whom You have encountered.

7. All documents related to contracting with or referring aliens whom You serve to entities that fail to cooperate with federal immigration authorities, including, but not limited to, entities willing to serve aliens despite their unlawful status or that avoid knowledge as to whether the aliens they serve have lawful status.

---

* Lawful status is distinct from being lawfully present in the United States. Aliens in the United States who are considered to be in lawful immigration status generally include lawful permanent residents, including lawful temporary residents and conditional permanent residents; nonimmigrants; refugees; asylees; parolees; aliens in temporary protected status; and aliens lawfully present in the Commonwealth of the Northern Mariana Islands between November 28, 2009 and November 27, 2011 based on a valid, unexpired, and lawfully obtained period of stay that was CNMI-authorized prior to November 28, 2009 that remains valid on the date of adjustment application.

By contrast, an alien has an unlawful immigration status if he entered the United States without inspection and admission or parole; or his lawful immigration status expired or was rescinded, revoked, or otherwise terminated.

8. All documents related to instructions, guidance, or recommendations, made available to aliens, regarding how to interact with law enforcement.

9. All requests for information, documents, testimony, or other materials that any official with any prosecutorial or law enforcement agency has sent You concerning the carrying out of the scope of the grant(s). Also provide copies of all materials submitted in response to such requests.

10. All documents (including photos and videos) related to violent, felonious, or gang activity by aliens whom You have served in the scope of carrying out the grant(s) or on the property used to carry out the scope of the grant(s). This includes documents related to allegations or reports of such activity as well as instructions to security personnel for addressing the activity.

11. All documents concerning whether any aliens whom you have served were members of La Mara Salvatrucha (MS-13), Bario 18, or Tren de Aragua.

12. All documents related to referrals of aliens to Planned Parenthood, any abortion provider, or any service or entity that uses interstate mail to ship any article or thing designed, adapted, or intended for producing abortion.

13. All documents related to violent, felonious, or gang activity by aliens whom You have served in the scope of carrying out the grant or on the property used to carry out the scope of the grant.

## ATTACHMENT C

### Interrogatories

1. List all aliens with whom You have interacted in carrying out the scope of the grant award(s) referenced in the Notice of Investigation and Demand for Records to which these interrogatories are attached. For each such alien, list the full name, date of birth, country of origin, current address, contact information, alien registration number, and any other biographical data You have collected.

2. List all other categories of information You have collected about any aliens.

3. Describe all services beyond the direct scope of Your grant awards that You routinely provide to aliens whom You have met while carrying out the scope of Your grant award(s). Do not include the provision of courtesy items whose value does not total more than $10 per month, *e.g.*, offering a single bottle of water during a meeting.

4. List all aliens who have participated in services within the scope of the grant(s) whom You know to have been arrested or detained by police in relation to a felony, violent crime, or gang activity. For each such person, please indicate whether the alien continued to receive services pursuant to the grant award after that arrest or detention.

5. List the names and full contact information of all security companies with whom You have contracted to provide security services while carrying out the scope of Your grant.