August 21, 2025

# NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York  10019-6022
United States

**VIA EMAIL**

Joseph N. Mazzara
Acting General Counsel
Grant Investigation Task Force
US Department of Homeland Security
Washington, DC 20528

**Sandeep Savla**
**Partner, Co-Head of Regulatory, Investigations,**
**Securities and Compliance, United States**
Direct line +1 212 318 3159
sandeep.savla@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re:    *Notice of Investigation and Demand for Records: Shelter and Services Program*
       *Grant Awards to the New York City Office of Management and Budget*

Dear Acting General Counsel Mazzara:

On behalf of the New York City Office of Management and Budget ("OMB"), we write concerning the Department of Homeland Security Grant Investigation Task Force (the "Task Force") Notice of Investigation and Demand for Records, dated June 4, 2025 (the "Notice"). Pursuant to the Notice, our mutual correspondence, and our telephone call with the Task Force on July 14, OMB, as the recipient of the subject grants (the "Grants"), is producing its final set of documents in response to the Notice as NYC-OMB-00089048 through NYC-OMB-00106084 via file share link.

OMB has acted in good faith to comply with the Notice by the deadlines imposed by DHS, as the various document productions demonstrate. Specifically, on July 26, OMB produced over 1,500 documents, consisting of OMB's application for, and requests for reimbursement to, the Federal Emergency Management Agency ("FEMA") in connection with the Grants, as well as copies of documents concerning FEMA's monitorship of one of the Grants. On August 7, OMB substantially completed its production, providing over 3,700 additional documents, identified through a review of OMB custodial email accounts, along with responses to the Interrogatories in the Notice. Finally, today, OMB produced over 1,600 documents following completion of a privilege review. The production and responses reflect documents and information "pertinent to" the Grants, *see* 2 C.F.R. § 200.337, and responsive to the Notice, which the Task Force subsequently clarified is limited to "the scope of [the Grants]," *see* Task Force's July 4, 2025 letter (*citing* Notice, Attachment A (Instructions), at ¶ B). Accordingly, it is OMB's position that it has now complied with the Task Force's Notice, consistent with applicable law.

We remain amenable to discussing the production or any other matter that the Task Force may find helpful. In fact, I will be in Washington, D.C. for part of the week of August 26, and while I am in the area, I would be pleased to provide the Task Force with an in-person overview of our production, if helpful.

\*      \*      \*

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

Acting General Counsel Mazzara
August 21, 2025
Page 2

NORTON ROSE FULBRIGHT

OMB requests confidential treatment under any applicable federal rules, including the Freedom of Information Act ("FOIA"), for this letter, the documents enclosed, and the information contained therein. These documents contain sensitive information, including information that is privileged or confidential under 5 U.S.C. § 552(b)(4), (b)(6) and (b)(7). Accordingly, the enclosed materials are marked "Confidential Treatment Requested by NYC OMB."

Pursuant to applicable laws and regulations, we hereby request that these documents and information be treated as confidential and not disclosed to any third-party, whether in response to a request under FOIA or otherwise. We also request confidential treatment for any memoranda, notes, transcripts, or writings of any kind that incorporate, include, or relate to any information contained or referred to in the materials. In the event that a FOIA request is received pursuant to which the materials could be deemed responsive, we request notification, a copy of all written material pertaining to such request, and a reasonable opportunity to respond before any determination that the materials, and/or any portion thereof, will be produced.

Our request is without prejudice to any other rights, protections, objections, privileges, or arguments that OMB may have with respect to the confidential nature of this letter, its enclosures, or the information contained therein. OMB also reserves all rights and objections as to the Notice. In addition, the production of any document or information by OMB is not intended to waive, and should not be considered a waiver of, any of its privileges, rights or protections.

*        *        *

Please do not hesitate to contact me should you have any questions or wish to discuss.

Very truly yours,

Sandeep Savla