**U.S. Department of Homeland Security**
Washington, DC  20472



May 22, 2026

Neil Thompson
New York City Office of Management & Budget
255 Greenwich ST FL 8
New York, NY 10007

Re: Shelter and Services Program FEMA GO Payment Request Decision – **Denied**

Award Number: EMW-2024-SP-05125
Payment Request: $21,900,415.34

Award Number: EMW-2024-SP-05018
Payment Request: $58,581,446.08

Greetings,

This letter serves as official notice that the Federal Emergency Management Agency (FEMA) has processed your payment requests submitted on 01/31/2025, for the grants terminated on 04/01/2026, for the Shelter and Services Program (SSP) awards identified above. Pursuant to 2 CFR 200.339, FEMA may place specific conditions on your awards if you fail to comply with the U. S. Constitution Federal statutes, regulations, or terms and conditions of your federal awards. *See* 2 CFR § 200.208.  In addition, FEMA may "Disallow costs for all or part of the activity associated with [any] noncompliance." 2 CFR § 200.339(b).

 In June 2025, the Department of Homeland Security (DHS) requested that you provide additional documentation to support your payment requests. Upon a preliminary review of the supporting documentation submitted, FEMA does not believe that the information provided is fully responsive to DHS's requests. Accordingly, the potential issues of noncompliance with the terms and conditions of your award identified in June remain unresolved, and your payment request is denied. FEMA will reconsider your payment request if you are able to provide a complete and full response to the requests outlined in this letter. A complete response must include the requested documents as well as a certification that these documents are complete, authentic, and accurate. Please be reminded that the terms and conditions of your grant require you to provide DHS/FEMA with access to records, accounts, documents, information, facilities, and staff pursuant to 2 CFR § 200.337, and to cooperate with any compliance investigation.

**Noncompliance with Terms and Conditions of Your Award**
FEMA has concerns regarding your compliance with the terms and conditions of your awards, including those outlined in the Notice of Funding Opportunities. The terms and conditions of your awards require you to provide a safe environment for the aliens housed and transported with federal funds, and to comply with various federal laws and policies. Accordingly, FEMA requests the following information to demonstrate your compliance:

- All documents that demonstrate you provided adequate security and ensured safe conditions at all facilities used to house aliens under your awards, including the Roosevelt Hotel.

- All policies, procedures used to ensure that housing for aliens funded under your awards—including facilities such as the Roosevelt Hotel—were safe, secure, free from crime, clean, sanitary, and in compliance with all local building codes.
- All documents demonstrating your compliance with the requirements of the government-wide financial assistance award term which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104), including all policies and procedures in place during the awards' periods of performance aimed at preventing human trafficking, human smuggling, drug trafficking, and gang violence.
- All documents demonstrating your compliance with E.O. 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism.
- All documents demonstrating your compliance with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c.

You have 30 days from the recipient of this letter to provide FEMA with the information and documents responsive to the additional requests above. FEMA will process your payment requests again once it receives this information and commits to providing an updated determination within 14 days of its recipient of all required documentation.

Please direct any questions related to the payment request process to the Shelter and Services Program Branch at fema-ssp@fema.dhs.gov.

Sincerely,

Erin Hoffman
Senior Official Performing the Duties of Deputy
Administrator for Resilience