**From:** Pett, Kristina <kristina.pett@fema.dhs.gov>
**Sent:** Tuesday, June 23, 2026 14:01
**To:** Mikkaela Salamatin <mikkaela.salamatin@nortonrosefulbright.com>; FEMA-SSP <fema-ssp@fema.dhs.gov>
**Cc:** Sandeep Savla <sandeep.savla@nortonrosefulbright.com>; Zach McHenry <zach.mchenry@nortonrosefulbright.com>; RLD-LIT-Ops <RLD-LIT-Ops@fema.dhs.gov>
**Subject:** RE: Production: NYC OMB – SSP – EMW-2024-SP-05125 and EMW-2024-SP-05018

 External email

Dear Mr. Savla,

Thank you for your letters dated June 16 and June 21, 2026, and for your continued cooperation with FEMA regarding the payment requests for Award Numbers EMW-2024-SP-05125 and EMW-2024-SP-05018. We acknowledge receipt of your recent document production Bates-stamped NYC-OMB-00106085 through NYC-OMB-00114300, as well as your detailed correspondence addressing FEMA's requests.

We also note OMB's prior production of 7,204 documents to DHS on August 21, 2025, which were recently transferred to FEMA for review. During our review, we discovered that the file which apparently contains OMB's interrogatory answers was inaccessible when originally provided to DHS and remains so. To ensure a complete review, we request that you resend the entire file containing the interrogatory responses.

We appreciate your patience as both DHS and FEMA have navigated a number of operational challenges over the past year.

We also acknowledge your request for confidential treatment of the materials provided, including your June 21 letter and accompanying documents. FEMA will handle these materials in accordance with applicable federal laws and regulations, including the provisions of the Freedom of Information Act (FOIA), and will notify you should any request for disclosure arise.

We will provide a more detailed response to the issues raised in your letters after we have had an opportunity to review all the information provided, including the replacement file and the recent document production.

Please let us know if you have any questions or require additional information regarding our request.

 **Kristina B. Pett**
**Deputy Associate Chief Counsel**
**Department of Homeland Security/Federal Emergency Management Agency**
**Office of Chief Counsel/Resilience Legal Division/Litigation/Write Your Own Oversight Branch**
**202-718-1982 (wor**

**Attorney Work Product // Deliberative Process // Privileged Communication**

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.  Thank you.