

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

_Washington, DC 20530_

July 31, 2026

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Subject:    Defendants' Response to Plaintiff's letter-motion for leave to file a motion for
summary judgment, ECF No. 64, re: _City of New York v. Trump et al._, 25 Civ. 1510

Dear Judge Rearden,

Defendants recommend the Court defer considering Plaintiff's letter motion until after the Court has ruled on Defendants' Motion to Dismiss, which is fully briefed.  ECF Nos. 52-56. This would be a more efficient use of resources for the Court and the parties, as the motion to dismiss may result in dismissal of this case in its entirety or, at a minimum, a narrowing of the claims subject to summary judgment.  _See, e.g., Bank of New York Mellon Tr. Co., Nat'l Ass'n v. Telos CLO 1006-1 Ltd._, 274 F. Supp. 3d 191, 214 (S.D.N.Y. 2017) ("[D]enial of the motion is particularly appropriate where, as here, the summary judgment motion was filed before the parties had an opportunity to file responsive pleadings to the claims that are the subject of the motion."); _Odom v. Calero_, 2007 WL 4191752, at *1 (S.D.N.Y. Nov. 28, 2007) ("In light of the fact that there is a motion to dismiss pending and discovery has been stayed, the summary judgment motion is premature.").  Moreover, as Defendants have raised jurisdictional arguments, the Court should determine whether it has jurisdiction to hear the case before proceeding to summary judgment briefing.  "Without jurisdiction the court cannot proceed at all in any cause." _Steel Co. v. Citizens for a Better Env't_, 523 U.S. 83, 94 (1998) (quotation omitted).

Regarding Plaintiff's claim that "Defendants' May 22, 2026 denial of [Plaintiff's] reimbursement request for roughly $80 million was arbitrary and capricious, an abuse of discretion, and contrary to law],]" Defendants note that FEMA is reconsidering its decision as requested by Plaintiff (see attached email).  We thank the Court for its consideration.

|  |  |
|---|---|
| BRETT A. SHUMATE | Respectfully submitted, |
| Assistant Attorney General | _S/ Syed Ahmad_____ |
|  | SYED AHMAD (IL Bar 6217343) |
| ANDREW I. WARDEN | Trial Attorney, U.S. Department of Justice |
| Assistant Branch Director | 202-507-6075; syed.n.ahmad@usdoj.gov |