| From: | redacted |
|---|---|
| To: | Mikkaela Salamatin; Sandeep Savla; Zach McHenry |
| Cc: | redacted                              ; RLD-LIT-Ops; Pett, Kristina |
| Subject: | RE: Production: NYC OMB – SSP – EMW-2024-SP-05125 and EMW-2024-SP-05018 |
| Date: | Wednesday, July 8, 2026 10:04:14 AM |

Mr. Savla,

We are writing to provide an update on your payment requests for Award Numbers EMW-2024-SP-05125 and EMW-2024-SP-05018. FEMA is still in the process of reviewing your June 21, 2026, production and is currently unable to give you final determination of your award reconsideration. We will provide additional information in the coming weeks.

We appreciate your patience and thank you for your continued cooperation.

Best,

redacted

Attorney Advisor

Resilience Legal Division

Litigation Branch

redacted

**From: Sent:** Wednesday, June 24, 2026 8:51 PM
**To:** Pett, Kristina <kristina.pett@fema.dhs.gov>; FEMA-SSP <fema-ssp@fema.dhs.gov>
**Cc:** Sandeep Savla <sandeep.savla@nortonrosefulbright.com>; Zach McHenry <zach.mchenry@nortonrosefulbright.com>; RLD-LIT-Ops <RLD-LIT-Ops@fema.dhs.gov>
**Subject:** RE: Production: NYC OMB – SSP – EMW-2024-SP-05125 and EMW-2024-SP-05018

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Ms. Pett,

Thank you for confirming receipt of our production.  As requested, we attach New York City Office of Management and Budget's interrogatory responses, originally produced to the DHS Grant Investigation Task Force on August 7, 2025.  Please let us know if you have any issues with accessing the file.

Best regards,

**Mikkaela Salamatin** | Associate
**Pronouns**: *she / her / elle*
Norton Rose Fulbright US LLP
1301 Avenue of the Americas, New York, New York  10019-6022, United States
Tel +1 212 318 3195 | Fax +1 212 318 3400
mikkaela.salamatin@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

---

**From:** Pett, Kristina <kristina.pett@fema.dhs.gov>
**Sent:** Tuesday, June 23, 2026 14:01
**To:** Mikkaela Salamatin <mikkaela.salamatin@nortonrosefulbright.com>; FEMA-SSP <fema-ssp@fema.dhs.gov>
**Cc:** Sandeep Savla <sandeep.savla@nortonrosefulbright.com>; Zach McHenry <zach.mchenry@nortonrosefulbright.com>; RLD-LIT-Ops <RLD-LIT-Ops@fema.dhs.gov>
**Subject:** RE: Production: NYC OMB – SSP – EMW-2024-SP-05125 and EMW-2024-SP-05018


Dear Mr. Savla,

Thank you for your letters dated June 16 and June 21, 2026, and for your continued cooperation with FEMA regarding the payment requests for Award Numbers EMW-2024-SP-05125 and EMW-2024-SP-05018. We acknowledge receipt of your recent document production Bates-stamped NYC-OMB-00106085 through NYC-OMB-00114300, as well as your detailed correspondence addressing FEMA's requests.

We also note OMB's prior production of 7,204 documents to DHS on August 21, 2025, which were recently transferred to FEMA for review. During our review, we discovered that the file which apparently contains OMB's interrogatory answers was inaccessible when originally provided to DHS and remains so. To ensure a complete review, we request that you resend the entire file containing the interrogatory responses.

We appreciate your patience as both DHS and FEMA have navigated a number of operational challenges over the past year.

We also acknowledge your request for confidential treatment of the materials provided, including your June 21 letter and accompanying documents. FEMA will handle these materials in accordance with applicable federal laws and regulations, including the provisions of the Freedom of Information Act (FOIA), and will notify you should any request for disclosure arise.

We will provide a more detailed response to the issues raised in your letters after we have had an opportunity to review all the information provided, including the replacement file and the

recent document production.

Please let us know if you have any questions or require additional information regarding our request.

**Kristina B. Pett**
**Deputy Associate Chief Counsel**
**Department of Homeland Security/Federal Emergency Management Agency**
**Office of Chief Counsel/Resilience Legal Division/Litigation/Write Your Own Oversight Branch**
**202-718-1982 (wor**


**Attorney Work Product // Deliberative Process // Privileged Communication**


This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.  Thank you.


**From:** Mikkaela Salamatin <mikkaela.salamatin@nortonrosefulbright.com>
**Sent:** Sunday, June 21, 2026 5:40 PM
**To:** FEMA-SSP <fema-ssp@fema.dhs.gov>; Pett, Kristina <kristina.pett@fema.dhs.gov>
**Cc:** Sandeep Savla <sandeep.savla@nortonrosefulbright.com>; Zach McHenry <zach.mchenry@nortonrosefulbright.com>
**Subject:** Production: NYC OMB – SSP – EMW-2024-SP-05125 and EMW-2024-SP-05018

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

**CONFIDENTIAL TREATMENT REQUESTED**

redacted        ,

Please see the attached letter regarding the New York City Office of Management and Budget's ("OMB's") document production in response to your May 22, 2026 letter.

We have uploaded the production to the following iManage Share folder for your download:
redacted

The password to the encrypted production file will follow in separate email.  Please confirm your receipt and file access.

Thank you,

Mikkaela

**Mikkaela Salamatin** | Associate
**Pronouns**: *she / her / elle*
Norton Rose Fulbright US LLP
1301 Avenue of the Americas, New York, New York  10019-6022, United States
Tel +1 212 318 3195 | Fax +1 212 318 3400
mikkaela.salamatin@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP and Norton Rose Fulbright Canada LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com/legal-notices.